REDACTED

JS 45 (11/2002)

**Criminal Case Cover Sheet**                                          **U.S. District Court**

| **Place of Offense:** | | **Under Seal:** Yes ☐ No ☒ | **Judge Assigned:** |
|---|---|---|---|
| City: EDVA | Superseding Indictment: | | Criminal Number: 2:19cr 47 |
| County/Parish: | Same Defendant: | | New Defendant: |
| | Magistrate Judge Case Number: | | Arraignment Date: |
| | Search Warrant Case Number: | | |
| | R 20/R 40 from District of _____ . | | |

**Defendant Information:**

| Juvenile: Yes ☐ No ☐ | FBI#: | | |
|---|---|---|---|
| Defendant Name: Kent Maerki | | Alias Name(s): | |
| Address: Scottsdale, AZ | | | |
| Employment: N/A | | | |
| Birth Date: 1942 | SS#: xxx/xx/7273 | Sex: M  Race: White | Nationality: US  Place of Birth: |
| Height: | Weight: lbs | Hair:  Eyes: | Scars/Tattoos: |
| Interpreter: Yes ☐ No ☒ | List Language and/or dialect: | | |

**Location Status:**

| Arrest Date: | |
|---|---|
| ☐ Already in Federal Custody as of: _____ in: _____. | |
| ☐ Already in State Custody | ☐ On Pretrial Release | ☐ Not in Custody |
| ☒ Arrest Warrant Requested | ☐ Fugitive | ☐ Summons Requested |
| ☐ Arrest Warrant Pending | ☐ Detention Sought | ☐ Bond |

**Defense Counsel Information:**

| Name: | ☐ Court Appointed |
|---|---|
| Address: | ☐ Retained |
| Telephone: | ☐ Public Defender |
| | ☐ Office of Federal Public Defender should not be appointed due to conflict of interest |
| | ☒ CJA attorney: See Attached _____ should not be appointed due to conflict of interest |

**U.S. Attorney Information:**

| AUSA: Melissa O'Boyle | Telephone No. 757-441-6331 | Bar #: 47449 |
|---|---|---|

**Complainant Agency, Address & Phone Number or Person & Title:**

Federal Bureau of Investigation – 509 Resource Row, Chesapeake, VA 23320

**U.S.C. Citations:**

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 U.S.C. § 1349 | Conspiracy to Commit Mail and Wire Fraud | 1-2 | Felony |

| Defendant's Name: | Kent Maerki |
|---|---|
| **District Court Case Number (To be filled in by Deputy Clerk):** | 2:19cr |

## U.S.C. Citations (continued)

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 2 | 18 U.S.C. §§ 1343 and 2 | Wire Fraud | 3-17 | Felony |
| Set 3 | 18 U.S.C. § 1956(h) | Conspiracy to Launder Monetary Instruments | 18 | Felony |
| Set 4 | | | | |
| Set 5 | | | | |
| Set 6 | | | | |
| Set 7 | | | | |
| Set 8 | | | | |
| Set 9 | | | | |
| Set 10 | | | | |
| Set 11 | | | | |
| Set 12 | | | | |
| Set 13 | | | | |
| Set 14 | | | | |
| Set 15 | | | | |
| Set 16 | | | | |
| Set 17 | | | | |
| Set 18 | | | | |
| Set 19 | | | | |
| Set 20 | | | | |
| Set 21 | | | | |
| Set 22 | | | | |
| Set 23 | | | | |
| Set 24 | | | | |
| Set 25 | | | | |
| Set 26 | | | | |
| Set 27 | | | | |

REDACTED

JS 45 (11/2002)

# Criminal Case Cover Sheet

**U.S. District Court**

| **Place of Offense:** | | **Under Seal:** Yes ☐ No ☒ | **Judge Assigned:** |
|---|---|---|---|
| City: EDVA | Superseding Indictment: | | **Criminal Number:** 2:19cr 47 |
| County/Parish: | Same Defendant: | | New Defendant: |
| | Magistrate Judge Case Number: | | **Arraignment Date:** |
| | Search Warrant Case Number: | | |
| | R 20/R 40 from District of _____ . | | |

## Defendant Information:

| Juvenile: Yes ☐ No ☐ | FBI#: | | |
|---|---|---|---|
| Defendant Name: Albert Alcorn | | Alias Name(s): | |
| Address: Scottsdale, AZ | | | |
| Employment: N/A | | | |
| Birth Date: 1944 | SS#: xxx/xx/1374 | Sex: M | Race: White | Nationality: | Place of Birth: |
| Height: | Weight: lbs | Hair: | Eyes: | Scars/Tattoos: |
| Interpreter: Yes ☐ No ☒ | List Language and/or dialect: | | | |

## Location Status:

| Arrest Date: | |
|---|---|
| ☐ Already in Federal Custody as of: _____ in: _____ . | |
| ☐ Already in State Custody | ☐ On Pretrial Release | ☐ Not in Custody |
| ☒ Arrest Warrant Requested | ☐ Fugitive | ☐ Summons Requested |
| ☐ Arrest Warrant Pending | ☐ Detention Sought | ☐ Bond |

## Defense Counsel Information:

| Name: | ☐ Court Appointed |
|---|---|
| Address: | ☐ Retained |
| Telephone: | ☐ Public Defender |
| | ☐ Office of Federal Public Defender should not be appointed due to conflict of interest |
| | ☒ CJA attorney: __See Attached__ should not be appointed due to conflict of interest |

## U.S. Attorney Information:

| AUSA: Melissa O'Boyle | Telephone No. 757-441-6331 | Bar #: 47449 |
|---|---|---|

**Complainant Agency, Address & Phone Number or Person & Title:**

Federal Bureau of Investigation – 509 Resource Row, Chesapeake, VA 23320

## U.S.C. Citations:

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 U.S.C. § 1349 | Conspiracy to Commit Mail and Wire Fraud | 2 | Felony |

| Defendant's Name: | David Alcorn |
|---|---|
| District Court Case Number (To be filled in by Deputy Clerk): | 2:19cr |

## U.S.C. Citations (continued)

|  | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 2 | 18 U.S.C. §§ 1343 and 2 | Wire Fraud | 7-17 | Felony |
| Set 3 | 18 U.S.C. § 1957 | Unlawful Monetary Transactions | 19 | Felony |
| Set 4 | | | | |
| Set 5 | | | | |
| Set 6 | | | | |
| Set 7 | | | | |
| Set 8 | | | | |
| Set 9 | | | | |
| Set 10 | | | | |
| Set 11 | | | | |
| Set 12 | | | | |
| Set 13 | | | | |
| Set 14 | | | | |
| Set 15 | | | | |
| Set 16 | | | | |
| Set 17 | | | | |
| Set 18 | | | | |
| Set 19 | | | | |
| Set 20 | | | | |
| Set 21 | | | | |
| Set 22 | | | | |
| Set 23 | | | | |
| Set 24 | | | | |
| Set 25 | | | | |
| Set 26 | | | | |
| Set 27 | | | | |

REDACTED

JS 45 (11/2002)

# Criminal Case Cover Sheet U.S. District Court

| Place of Offense: | | Under Seal: Yes ☐ No ☒ | Judge Assigned: |
|---|---|---|---|
| City: EDVA | Superseding Indictment: | | Criminal Number: 2:19cr 47 |
| County/Parish: | Same Defendant: | | New Defendant: |
| | Magistrate Judge Case Number: | | Arraignment Date: |
| | Search Warrant Case Number: | | |
| | R 20/R 40 from District of _____. | | |

**Defendant Information:**

| Juvenile: Yes ☐ No ☐ | FBI#: | | |
|---|---|---|---|
| Defendant Name: Aghee William Smith II | | Alias Name(s): | |
| Address: Roseville, CA | | | |
| Employment: N/A | | | |
| Birth Date: 1951 | SS#: xxx/xx/5502 | Sex: M | Race: White | Nationality: | Place of Birth: |
| Height: | Weight: lbs | Hair: | Eyes: | Scars/Tattoos: |
| Interpreter: Yes ☐ No ☒ | List Language and/or dialect: | | |

**Location Status:**

| Arrest Date: | | |
|---|---|---|
| ☐ Already in Federal Custody as of: _____ in: _____. | | |
| ☐ Already in State Custody | ☐ On Pretrial Release | ☐ Not in Custody |
| ☒ Arrest Warrant Requested | ☐ Fugitive | ☐ Summons Requested |
| ☐ Arrest Warrant Pending | ☐ Detention Sought | ☐ Bond |

**Defense Counsel Information:**

| Name: Lindsey McCaslin | ☐ Court Appointed |
|---|---|
| Address: 150 Boush Street, Suite 403, Norfolk, VA 23510 | ☐ Retained |
| Telephone: (757) 457-0800 | ☒ Public Defender |
| | ☐ Office of Federal Public Defender should not be appointed due to conflict of interest |
| | ☐ CJA attorney: _____ should not be appointed due to conflict of interest |

**U.S. Attorney Information:**

| AUSA: Melissa O'Boyle | Telephone No. 757-441-6331 | Bar #: 47449 |
|---|---|---|

**Complainant Agency, Address & Phone Number or Person & Title:**

Federal Bureau of Investigation – 509 Resource Row, Chesapeake, VA 23320

**U.S.C. Citations:**

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 U.S.C. § 1349 | Conspiracy to Commit Mail and Wire Fraud | 1-2 | Felony |

| Defendant's Name: | Aghee William Smith II |
|---|---|
| District Court Case Number (To be filled in by Deputy Clerk): | 2:19cr |

## U.S.C. Citations (continued)

|  | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 2 | 18 U.S.C. §§ 1343 and 2 | Wire Fraud | 8-9, 16-17 | Felony |
| Set 3 | | | | |
| Set 4 | | | | |
| Set 5 | | | | |
| Set 6 | | | | |
| Set 7 | | | | |
| Set 8 | | | | |
| Set 9 | | | | |
| Set 10 | | | | |
| Set 11 | | | | |
| Set 12 | | | | |
| Set 13 | | | | |
| Set 14 | | | | |
| Set 15 | | | | |
| Set 16 | | | | |
| Set 17 | | | | |
| Set 18 | | | | |
| Set 19 | | | | |
| Set 20 | | | | |
| Set 21 | | | | |
| Set 22 | | | | |
| Set 23 | | | | |
| Set 24 | | | | |
| Set 25 | | | | |
| Set 26 | | | | |
| Set 27 | | | | |

REDACTED

JS 45 (11/2002)

# Criminal Case Cover Sheet | U.S. District Court

| Place of Offense: | Under Seal: Yes ☐ No ☒ | Judge Assigned: |
|---|---|---|
| City: EDVA | Superseding Indictment: | Criminal Number: 2:19cr 47 |
| County/Parish: | Same Defendant: | New Defendant: |
| | Magistrate Judge Case Number: | Arraignment Date: |
| | Search Warrant Case Number: | |
| | R 20/R 40 from District of _____ . | |

## Defendant Information:

| Juvenile: Yes ☐ No ☐ | FBI#: | | |
|---|---|---|---|
| Defendant Name: Tony Scott Sellers | | Alias Name(s): | |
| Address: Idaho Falls, ID | | | |
| Employment: N/A | | | |
| Birth Date: 1959 | SS#:xxx/xx/2167 | Sex: M | Race: White | Nationality: | Place of Birth: |
| Height: | Weight: lbs | Hair: | Eyes: | Scars/Tattoos: |
| Interpreter: Yes ☐ No ☒ | List Language and/or dialect: | | | |

## Location Status:

Arrest Date:

☐ Already in Federal Custody as of: _____ in: _____ .
☐ Already in State Custody ☐ On Pretrial Release ☐ Not in Custody
☒ Arrest Warrant Requested ☐ Fugitive ☐ Summons Requested
☐ Arrest Warrant Pending ☐ Detention Sought ☐ Bond

## Defense Counsel Information:

| Name: | ☐ Court Appointed |
|---|---|
| Address: | ☐ Retained |
| Telephone: | ☐ Public Defender |
| | ☐ Office of Federal Public Defender should not be appointed due to conflict of interest |
| | ☐ CJA attorney: _____ should not be appointed due to conflict of interest |

## U.S. Attorney Information:

AUSA: Melissa O'Boyle | Telephone No. 757-441-6331 | Bar #: 47449

### Complainant Agency, Address & Phone Number or Person & Title:

Federal Bureau of Investigation – 509 Resource Row, Chesapeake, VA 23320

## U.S.C. Citations:

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 U.S.C. § 1349 | Conspiracy to Commit Mail and Wire Fraud | 1-2 | Felony |

| Defendant's Name: | Tony Scott Sellers |
|---|---|
| District Court Case Number (To be filled in by Deputy Clerk): | 2:19cr |

## U.S.C. Citations (continued)

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 2 | 18 U.S.C. §§ 1343 and 2 | Wire Fraud | 7,12,16-17 | Felony |
| Set 3 | | | | |
| Set 4 | | | | |
| Set 5 | | | | |
| Set 6 | | | | |
| Set 7 | | | | |
| Set 8 | | | | |
| Set 9 | | | | |
| Set 10 | | | | |
| Set 11 | | | | |
| Set 12 | | | | |
| Set 13 | | | | |
| Set 14 | | | | |
| Set 15 | | | | |
| Set 16 | | | | |
| Set 17 | | | | |
| Set 18 | | | | |
| Set 19 | | | | |
| Set 20 | | | | |
| Set 21 | | | | |
| Set 22 | | | | |
| Set 23 | | | | |
| Set 24 | | | | |
| Set 25 | | | | |
| Set 26 | | | | |
| Set 27 | | | | |

REDACTED

JS 45 (11/2002)

# Criminal Case Cover Sheet

U.S. District Court

| | | |
|---|---|---|
| **Place of Offense:** | **Under Seal:** Yes ☐ No ☒ | **Judge Assigned:** |
| City: EDVA | Superseding Indictment: | **Criminal Number:** 2:19cr 47 |
| County/Parish: | Same Defendant: | New Defendant: |
| | Magistrate Judge Case Number: | **Arraignment Date:** |
| | Search Warrant Case Number: | |
| | R 20/R 40 from District of _____ . | |

**Defendant Information:**

| | | | |
|---|---|---|---|
| **Juvenile:** Yes ☐ No ☐ | **FBI#:** | | |
| **Defendant Name:** Thomas L. Barnett | | **Alias Name(s):** | |
| **Address:** Sacramento, CA | | | |
| **Employment:** N/A | | | |
| **Birth Date:** 1952 | **SS#:** xxx/xx/6038 | **Sex:** M | **Race:** White | **Nationality:** | **Place of Birth:** |
| **Height:** | **Weight:** lbs | **Hair:** | **Eyes:** | **Scars/Tattoos:** |
| **Interpreter:** Yes ☐ No ☒ | **List Language and/or dialect:** | | | |

**Location Status:**

| Arrest Date: | | |
|---|---|---|
| ☐ Already in Federal Custody as of: _____ in: _____ . | | |
| ☐ Already in State Custody | ☐ On Pretrial Release | ☐ Not in Custody |
| ☒ Arrest Warrant Requested | ☐ Fugitive | ☐ Summons Requested |
| ☐ Arrest Warrant Pending | ☐ Detention Sought | ☐ Bond |

**Defense Counsel Information:**

| | |
|---|---|
| Name: | ☐ Court Appointed |
| Address: | ☐ Retained |
| Telephone: | ☐ Public Defender |
| | ☐ Office of Federal Public Defender should not be appointed due to conflict of interest |
| | ☒ CJA attorney: __See Attached__ should not be appointed due to conflict of interest |

**U.S. Attorney Information:**

| AUSA: Melissa O'Boyle | Telephone No. 757-441-6331 | Bar #: 47449 |
|---|---|---|

**Complainant Agency, Address & Phone Number or Person & Title:**

Federal Bureau of Investigation – 509 Resource Row, Chesapeake, VA 23320

**U.S.C. Citations:**

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 U.S.C. § 1349 | Conspiracy to Commit Mail and Wire Fraud | 1-2 | Felony |

| Defendant's Name: | Thomas L. Barnett |
|---|---|
| District Court Case Number (To be filled in by Deputy Clerk): | 2:19cr |

## U.S.C. Citations (continued)

|  | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 2 | 18 U.S.C. §§ 1343 and 2 | Wire Fraud | 10-11, 16-17 | Felony |
| Set 3 |  |  |  |  |
| Set 4 |  |  |  |  |
| Set 5 |  |  |  |  |
| Set 6 |  |  |  |  |
| Set 7 |  |  |  |  |
| Set 8 |  |  |  |  |
| Set 9 |  |  |  |  |
| Set 10 |  |  |  |  |
| Set 11 |  |  |  |  |
| Set 12 |  |  |  |  |
| Set 13 |  |  |  |  |
| Set 14 |  |  |  |  |
| Set 15 |  |  |  |  |
| Set 16 |  |  |  |  |
| Set 17 |  |  |  |  |
| Set 18 |  |  |  |  |
| Set 19 |  |  |  |  |
| Set 20 |  |  |  |  |
| Set 21 |  |  |  |  |
| Set 22 |  |  |  |  |
| Set 23 |  |  |  |  |
| Set 24 |  |  |  |  |
| Set 25 |  |  |  |  |
| Set 26 |  |  |  |  |
| Set 27 |  |  |  |  |

REDACTED

JS 45 (11/2002)

## Criminal Case Cover Sheet — U.S. District Court

| | |
|---|---|
| Place of Offense: | Under Seal: Yes ☐ No ☒ |
| City: EDVA | Judge Assigned: |
| County/Parish: | Criminal Number: 2:19cr 47 |
| | Superseding Indictment: |
| | Same Defendant: New Defendant: |
| | Magistrate Judge Case Number: |
| | Search Warrant Case Number: Arraignment Date: |
| | R 20/R 40 from District of _____ . |

### Defendant Information:

Juvenile: Yes ☐  No ☐     FBI#:

Defendant Name: Norma Jean Coffin     Alias Name(s): "Norma Jean Maule," "Norma Maerki"

Address: Scottsdale, AZ

Employment: N/A

Birth Date: 1942     SS#: xxx/xx//0236     Sex: F     Race: White     Nationality:     Place of Birth:

Height:     Weight: lbs     Hair:     Eyes:     Scars/Tattoos:

Interpreter: Yes ☐  No ☒     List Language and/or dialect:

### Location Status:

Arrest Date:

☐ Already in Federal Custody as of: _____ in: _____ .
☐ Already in State Custody        ☐ On Pretrial Release        ☐ Not in Custody
☒ Arrest Warrant Requested        ☐ Fugitive                    ☐ Summons Requested
☐ Arrest Warrant Pending          ☐ Detention Sought            ☐ Bond

### Defense Counsel Information:

| | |
|---|---|
| Name: | ☐ Court Appointed |
| Address: | ☐ Retained |
| Telephone: | ☐ Public Defender |
| | ☐ Office of Federal Public Defender should not be appointed due to conflict of interest |
| | ☒ CJA attorney: _See Attached_ should not be appointed due to conflict of interest |

### U.S. Attorney Information:

AUSA: Melissa O'Boyle     Telephone No. 757-441-6331     Bar #: 47449

Complainant Agency, Address & Phone Number or Person & Title:

Federal Bureau of Investigation – 509 Resource Row, Chesapeake, VA 23320

### U.S.C. Citations:

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 U.S.C. § 1349 | Conspiracy to Commit Mail and Wire Fraud | 1 | Felony |

| Defendant's Name: | Norma Jean Coffin |
|---|---|
| District Court Case Number (To be filled in by Deputy Clerk): | 2:19cr |

## U.S.C. Citations (continued)

|  | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 2 | 18 U.S.C. §§ 1343 and 2 | Wire Fraud | 1-3, 16-17 | Felony |
| Set 3 | 18 U.S.C. § 1956(h) | Conspiracy to Launder Monetary Instruments | 18 | Felony |
| Set 4 | | | | |
| Set 5 | | | | |
| Set 6 | | | | |
| Set 7 | | | | |
| Set 8 | | | | |
| Set 9 | | | | |
| Set 10 | | | | |
| Set 11 | | | | |
| Set 12 | | | | |
| Set 13 | | | | |
| Set 14 | | | | |
| Set 15 | | | | |
| Set 16 | | | | |
| Set 17 | | | | |
| Set 18 | | | | |
| Set 19 | | | | |
| Set 20 | | | | |
| Set 21 | | | | |
| Set 22 | | | | |
| Set 23 | | | | |
| Set 24 | | | | |
| Set 25 | | | | |
| Set 26 | | | | |
| Set 27 | | | | |