IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

UNITED STATES OF AMERICA

v.                                                    Case No. 2:19cr47

AGHEE WILLIAM SMITH, II,

                Defendant.

NOTICE OF APPEARANCE

       This notice is to advise the Court that Keith Loren Kimball, Assistant Federal Public

Defender, will serve as co-counsel for defendant Aghee William Smith, II on behalf of the Office

of the Federal Public Defender.

                          Respectfully submitted,

                          AGHEE WILLIAM SMITH, II

                          By_____/s/_____
                            Of counsel

Keith Loren Kimball
VSB No. 31046
Assistant Federal Public Defender
Attorney for Defendant Aghee William Smith, II
Office of the Federal Public Defender
150 Boush Street, Suite 403
Norfolk, Virginia 23510
Telephone: 757-457-0800
Telefax: 757-457-0880
Email: keith_kimball@fd.org

## CERTIFICATE OF SERVICE

I certify that on this 24th day of April, 2019, I electronically filed the foregoing with the Clerk

of Court using the CM/ECF system, which will send a notification (NEF) to:


Melissa E. O'Boyle, Esquire
Elizabeth M. Yusi, Esquire
Andrew C. Bosse, Esquire
Assistant United States Attorneys
Office of the United States Attorney
101 W. Main Street, Suite 8000
Norfolk, Virginia 23510
Telephone: 757-441-6331
Email: melissa.oboyle@usdoj.gov
        elizabeth.yusi@usdoj.gov
        andrew.bosse@usdoj.gov


                                        /s/
                              _____
                              Keith Loren Kimball
                              VSB No. 31046
                              Assistant Federal Public Defender
                              Attorney for Defendant Aghee William
                              Smith, II
                              Office of the Federal Public Defender
                              150 Boush Street, Suite 403
                              Norfolk, Virginia 23510
                              Telephone: 757-457-0800
                              Telefax: 757-457-0880
                              Email: keith_kimball@fd.org