# ARRAIGNMENT/DETENTION MINUTES:

| | | | |
|---|---|---|---|
| Time Set: | 2:30 p.m. | Date: | 5/1/2019 |
| Started: | 3:06 pm | Presiding Judge: | Douglas E. Miller |
| Ended: | 3:11 pm | Courtroom Deputy: | C. Dodd |
| | | Court Reporter: | FTR |
| Split Time: | | U.S. Attorney: | Beth Yusi / Melissa O'Boyle |
| | | Defense Counsel: | Lindsay McCaslin |
| Case Number: | 2:19cr47 | ( ) Retained ( ) Court appointed (X) AFPD | Keith Kimball |
| Defendant: | Aghee William Smith | Interpreter: | |

**INITIAL APPEARANCE:**
( ) Indictment
( ) Supervised Release
( ) Probation
( ) Pretrial Violation

**DETENTION:**
( ) Detention Hearing ( )Held ( ) Waived
( ) Government motion for detention:
( ) Granted( )Denied ( )Motion to Withdraw
( ) Detention Ordered ( ) Remanded
( ) Bond set _____
( ) Special Conditions of Release
( ) Defendant continued on previous bond
( ) Additional Conditions of Release
( ) Defendant failed to appear
( ) Government motion for warrant -Granted

**COUNSEL:**
( ) Court explained right to counsel
( ) Counsel waived
( ) Counsel desired.
( ) Affidavit executed and filed in open court
( ) Court directed appointment of counsel
( ) Defendant ordered to pay $_____ beginning _____ and each month thereafter until paid in full

**ORDERS:**
(X) Agreed Discovery/Protective Order Entered

**ARRAIGNMENT:**
( ) Defendant formally arraigned
( ) Defendant waived formal arraignment ✱
( ) Defendant entered plea of guilty
( ) Defendant entered plea of not guilty
( ) Jury demanded
( ) Jury Waived
( ) Jury waiver executed and filed
( ) Preliminary motions deadline 8/16/19
( ) Response motions deadline _____
(X) TRIAL ( ) SRVH ( ) PVH set on 1/21/20 @ 10am before RAJ (X) Norfolk ( ) Newport News

**PRELIMINARY HEARING:**
( ) Preliminary Hearing ( ) Held ( ) Waived
( ) Defendant stipulated to probable cause
( ) Court finds probable cause
( ) Defendant held for Grand Jury

**SPEEDY TRIAL:**
(X) By agreement of all parties, due to the complexity of the case and/or in the interest of justice, pursuant to 18 USC 3161(h), speedy trial is waived

**APPEARANCE AT PRELIMINARY HEARING:**
( ) Court inquired as to whether defendant wishes appear at preliminary hearing.
( ) Waiver of Appearance executed
( ) Arraignment: _____

( ) SRV/Probation Hearing:_____
( ) _____
( ) _____
( ) _____

**SPEEDY TRIAL:**
( ) The defendant requested time to file pretrial motions. The court granted this motion under 18 U.S.C. 3161(h)(7) and Bloate v. U.S., 2010 WL 757660 (U.S.) and finds that the ends of justice are served by granting this request which outweighs the best interest of the public and the defendant in a speedy trial and the time period from the arraignment to the motions deadline of _____ is excluded under the Speedy Trial Act.

(waived appearance @ arraignment)