IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

FILED
IN OPEN COURT

MAY - 1 2019

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

*Norfolk Division*

UNITED STATES OF AMERICA          )
                                  )
v.                                )          Case No. 2:19cr47-3
                                  )
AGHEE WILLIAM SMITH, II,          )
                                  )
                Defendant.        )

## DECLARATION

I, Aghee William Smith, II, have been advised by my counsel about my right to a speedy trial

pursuant to Title 18, United States Code, §§ 3161(h)(7)(A) and (B). I hereby waive my right to a

speedy trial, and agree with counsel that the case should be deemed complex and that it is

unreasonable to expect adequate preparation for pretrial proceedings and for trial itself within

speedy trial limits. I understand that trial could be set in January 2020, and I consent to a trial

date set in January 2020.

Aghee William Smith, II

Lindsay J. McCaslin
VSB # 78800
Assistant Federal Public Defender
Office of the Federal Public Defender
Attorney for Aghee William Smith, II
150 Boush Street, Suite 403
Norfolk, Virginia 23510
Telephone: 757-457-0800
Facsimile: 757-457-0880
lindsay_mccaslin@fd.org