IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

UNITED STATES OF AMERICA

v.                                                 CRIMINAL NO. 2:19cr47

KENT MAERKI,
DAVID ALCORN,
AGHEE WILLIAM SMITH, II,
TONY SCOTT SELLERS,
THOMAS L. BARNETT,
and
NORMA JEAN COFFIN,
a/k/a "Norma Jean Maule," "Norma Jean,"

    Defendants.

## RECUSAL ORDER

This action was randomly assigned to the undersigned on April 29, 2019. After reviewing the indictment and the charges alleged therein, the undersigned is now aware of a conflict that requires his recusal pursuant to Canons 1 and 2 of the Code of Conduct for United States Judges (effective March 12, 2019). Accordingly, the Clerk is hereby **DIRECTED** to randomly reassign this matter to a different district judge of this Court.

The Clerk is **DIRECTED** to forward a copy of this Recusal Order to all Counsel of Record.

**IT IS SO ORDERED**.

Norfolk, VA
May 13, 2019

/s/
Robert G. Doumar
Senior United States District Judge