IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Norfolk Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 2:19cr47 |
| | ) | |
| AGHEE WILLIAM SMITH, II, | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT MOTION FOR ENTRY OF A STIPULATED PROTECTIVE ORDER

The United States of America, by and through G. Zachary Terwilliger, United States Attorney, and Melissa E. O'Boyle, Elizabeth M. Yusi, and Andrew C. Bosse, Assistant United States Attorneys, and the defendant, by his undersigned counsel, respectfully move this Court for entry of the attached stipulated Protective Order, pursuant to Federal Rule of Criminal Procedure 16(d)(1) and Federal Rule of Evidence 502(d). In support thereof, the parties state as follows:

1. During the course of the investigation, the United States has gathered or generated voluminous documents, including electronic records, which contain the confidential information and Personally Identifiable Information (PII), such as social security numbers, tax information, or other sensitive information for victims, co-defendants, and non-parties in this case. These documents and electronic records include, but are not limited to, business records, law enforcement investigative reports, and other documents obtained by grand jury subpoena, grand jury testimony and/or other Jencks Act materials. The United States intends to produce these documents and electronic records (hereinafter, "Protected Documents"), in accordance with the Federal Rules of Criminal Procedure, relevant case law, and any discovery order that is entered in this matter.

2.	Accordingly, the proposed Protective Order regulates discovery in this case by restricting the use and dissemination of documents and electronic records obtained through discovery. In sum, the proposed Protective Order prohibits the dissemination of these documents and electronic records and the information contained therein to third parties, other than as necessary for the defendant's investigation of the allegations and the preparation of his defenses. In addition, the proposed Protective Order prohibits the defendant from reviewing any Protected Documents outside of counsel's presence.

3.	The defendant and his counsel have reviewed this Motion and the Protective Order, and have agreed to its terms.

WHEREFORE, the undersigned respectfully request that the Court enter the proposed Protective Order.

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

By: _____
Melissa E. O'Boyle
Elizabeth M. Yusi
Andrew C. Bosse
Attorneys for the United States
United States Attorney's Office
101 West Main Street, Suite 8000
Norfolk, VA 23510
Office: 757-441-6331
Facsimile: 757-441-6689
E-Mail: melissa.oboyle.@usdoj.gov
         beth.yusi@usdoj.gov
         andrew.bosse@usdoj.gov

SEEN AND AGREED:

_____
Lindsay Jo McCaslin, Esq.
Counsel for Defendant
Federal Public Defender's Office
150 Boush Street, Suite 403
Norfolk, VA 23510
Telephone: 757-457-0800
Facsimile: 757-457-0880
Email: lindsay_mcaslin@fd.org