AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

**ORIGINAL**

| United States of America | ) |
|---|---|
| v. | ) |
| Kent Maerki, et al. | ) Case No. 2:19cr47 |
| | ) |
| *Defendant* | ) |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: The Bank of Commerce
Subpoena Compliance Dept.
3113 S. 25th E.
Idaho Falls, ID 83406

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Walter E. Hoffman U.S. Courthouse 600 Granby Street Norfolk, VA 23510 | Courtroom No.: | Grand Jury Courtrroom |
|---|---|---|---|
| | | Date and Time: | 01/21/2020 10:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

See Attachment A

(SEAL)

500 Resource Row
Chesapeake, VA 23320

Date: 05/06/2019

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* United States of America
_____, who requests this subpoena, are:

Melissa E. O'Boyle, Assistant United States Attorney
United States Attorney's Office
8000 World Trade Center
101 W. Main Street
Norfolk, VA 23510
(757) 441-6331

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No. 2:19cr47

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* __THE BANK OF COMMERCE__
was received by me on *(date)* __5-10-19__.

☒ I served the subpoena by delivering a copy to the named person as follows: __EMAIL:__
__Roy@BankofCommerce.org__
on *(date)* __5-10-19__ ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __5-10-19__

_____
*Server's signature*

__FOR ALAN L. MARTELL__
*Printed name and title*

**509 Resource Row**
**Chesapeake, VA 23320**
*Server's address*

Additional information regarding attempted service, etc:

RECEIVED 2019 MAY 22 P 4:24 CLERK US DISTRICT COURT NORFOLK, VIRGINIA