Eastern District Of Virginia – U.S. District Court

# IN THE UNITED STATES DISTRICT COURT
## THE EASTERN DISTRICT OF VIRGINIA
### Norfolk/Newport News Division

UNITED STATES OF AMERICA

v.

Aghee William Smith, II

Case Number: 2:19cr47-3

## WAIVER OF RIGHT TO BE PRESENT AT HEARINGS
## ON MOTIONS PRIOR TO TRIAL

I hereby waive my right to be present at the hearings and/or argument on any and all motions prior to the actual commencement of the trial of my criminal case now pending in this court.

I have been advised of my right to be present and understand that I may be present at the hearing and/or argument on any and all motions if I desire to do so.

5/24/2019
Date

_Aghee William Smith II_
Defendant