AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of America | ) |
|---|---|
| v. | ) |
| Aghee William Smith, II | ) Case No. 2:19cr47 |
| | ) |
| | ) FID # 10842164 |
| | ) |
| Defendant | ) |

**ORIGINAL**

*RECEIVED UNITED STATES MARSHAL 2019 MAR 22 P 3:02 EASTERN DISTRICT OF VIRGINIA NORFOLK DIVISION*

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Aghee William Smith, II,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

T.18 USC 1349, 1341, 1343 - Conspiracy to Commit Mail and Wire Fraud (Count One et al.)

Date:   03/21/2019

*Issuing officer's signature*

City and state:   Norfolk, Virginia         Douglas E. Miller, U.S. Magistrate Judge
                                            *Printed name and title*

---

**Return**

This warrant was received on *(date)* 3/22/2019, and the person was arrested on *(date)* 4/1/2019
at *(city and state)* E/CA.

Date: 12/26/2019

*Arresting officer's signature*

☑ admin return in E/VA, DUSM C. Leuel
*Printed name and title*