AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Daryl G. Bank, et al | ) | Case No. 2:17-cr-126 |
| and | ) | |
| Kent Maerki, et al | ) | Case No. 2:19-cr-47 |
| Defendants | ) | |

**SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE**

To:

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| **Place of Appearance:** Walter E. Hoffman United States Courthouse 600 Granby Street Norfolk, Virginia 23510 | **Courtroom No.:** TO BE ANNOUNCED |
|---|---|
| | **Date and Time:** November 3, 2020 @ 10:00 a.m. |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

(SEAL)

Date:   June 1, 2020

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* the United States of America, who requests this subpoena, are:
Melissa E. O'Boyle, Elizabeth M. Yusi, & Andrew Bosse
Assistant United States Attorneys
Office of the United States Attorney
8000 World Trade Center
101 West Main Street
Norfolk, Virginia 23510
Phone: (757) 441-6331