# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA

### NORFOLK DIVISION
Wednesday, September 16, 2020

**MINUTES OF PROCEEDINGS** IN _____ Open Court, via ZoomGov

**PRESENT**: THE HONORABLE Raymond A. Jackson, U.S. DISTRICT JUDGE

Deputy Clerk: _S. Cherry_            Reporter: Carol Naughton, OCR

| Set: 2:30 p.m. | Started:  2:30 p.m. | Ended:  3:10 p.m. |
|---|---|---|

| Case No.   2:19cr47 |
|---|
| **United States of America** |
| v. |
| **Kent Maerki, et. al.** |
| and |

| Case No.   2:17cr126 |
|---|
| **United States of America** |
| v. |
| **Daryl G. Bank, et. al.** |
| |

|  |
|---|
| AUSA's Melissa O'Boyle, Elizabeth Yusi appeared on behalf of the Government. |
| Christian Connell, c/a appeared on behalf of defendant Kent Maerki. |
| Richard Yarow, c/a appeared on behalf of defendant David Alcorn. |
| AFPD's Lindsay McCaslin and Keith Kimball appeared on behalf defendant of Aghee William Smith, III. |
| Scott Hallauer, c/a appeared on behalf of defendant Tony Scott Sellers. |
| Anthony Gantous, c/a appeared on behalf of defendant Thomas L. Barnett. |
| Gregory Matthews, c/a appeared on behalf of defendant Norma Jean Coffin. |
| James Broccoletti, Ret. appeared on behalf of defendant Daryl G. Bank. |
| Emily Munn, c/a appeared on behalf of defendant Billy J. Seabolt. |
| No appearance by defendants. |
| Matter came on for Status Hearing re: trial. |
| |

Case No. 2:19cr Maerki, et al & 2:17cr126 Bank, et al    Continuation... - Page 2 -

Comments of Court.

The court advised counsel that the defendants will be severed for jury trial.  The first defendants that will be tried together will be Darryl G. Bank (case no. 2:17cr126), Billy J. Seabolt (case no. 2:17cr126), and Kent Maerki (case no. 2:19cr47), and the jury trial date is scheduled for November 3, 2020.  The second group of defendants to be tried together will be David Alcorn, Aghee William Smith, II, and Norma Jean Coffin (all defendants in case no. 2:19cr47).  The last group of defendants to be tried together will be Tony Scott Sellers and Thomas L. Barnett (both defendants in case no. 2:19cr47).  The court will notify counsel of the second trial date as soon as the court is able.

All defendants noted on the record their objection to the severance. The court noted each of their objections and overruled each objection.

Court adjourned.