AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of America | ) |
|---|---|
| v. | ) |
| David Alcorn, Aghee William Smith, and Norma Coffin | ) Case No. 2:19-cr-47 |
| *Defendant* | ) |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: Walter E. Hoffmman U.S. Courthouse 600 Granby Street Norfolk, VA 23510 | Courtroom No.: 4 |
|---|---|
| | Date and Time: 09/14/2021 10:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

(SEAL)

Date: 05/24/2021

CLERK OF COURT

/s/ pah

Signature of Clerk or Deputy Clerk

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* ___U.S.A___ , who requests this subpoena, are:

Melissa E. O'Boyle, Elizabeth M. Yusi, & Andrew C. Bosse
Assistant United States Attorneys
Office of the United States Attorney
World Trade Center, Suite 8000
Norfolk, Virginia 23510
(757) 441-6331