# Memorandum

Eastern District of Virginia
United States Attorney's Office 

| Subject<br>*United States v. David Alcorn, Aghee William Smith, and Norma Coffin*<br>Case No. 2:19cr47 | Date<br>May 24, 2021 |
|---|---|

To
Clerk's of the Court
U.S. District Court
Norfolk, VA 23510

From
Melissa O'Boyle
Assistant United States Attorney

    Please issue seventy-five (75) blank subpoenas in the above- referenced case which is scheduled for trial on September 14, 2021 at 10:00 a.m., in Norfolk before the Honorable Raymond A. Jackson, U.S. District Court Judge.

Thank you.