# Memorandum

**Eastern District of Virginia**
**United States Attorney's Office** 

| Subject | Date |
|---|---|
| *United States v. David Alcorn, Aghee William Smith, II, Norma Coffin, and Thomas Barnett*<br>Case No. 2:19cr47 | October 5, 2021 |

To
Clerk's of the Court
U.S. District Court
Norfolk, VA 23510

From
Melissa E. O'Boyle
Assistant United States Attorney

    Please issue one hundred (100) blank subpoenas in the above- referenced case which is scheduled for trial on November 16, 2021 at 10:00 am, in Norfolk before the Honorable Raymond A. Jackson, U.S. District Court Judge.

Thank you.

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
для the
Eastern District of Virginia

| United States of America | ) |
|---|---|
| v. | ) |
| David Alcorn, Aghee William Smith, II, Norma Coffin, and Thomas Barnett | ) Case No. 2:19cr47 |
| _Defendant_ | ) |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Walter E. Hoffmman U.S. Courthouse<br>600 Granby Street<br>Norfolk, VA 23510 | Courtroom No.: | 4 |
|---|---|---|---|
| | | Date and Time: | 11/16/2021 10:00 am |

You must also bring with you the following documents, electronically stored information, or objects _(blank if not applicable)_:

(SEAL)

Date: 10/05/2021

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

The name, address, e-mail, and telephone number of the attorney representing _(name of party)_ _____U.S.A_____, who requests this subpoena, are:

Melissa E. O'Boyle
Elizabeth M. Yusi
Andrew C. Bossi
Assistant United States Attorneys
Office of the United States Attorney
World Trade Center, Suite 8000
Norfolk, Virginia 23510
(757) 441-6331

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No. 2:19cr47

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____
was received by me on *(date)* _____.

☐ I served the subpoena by delivering a copy to the named person as follows: _____
_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____
_____.

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of
$ _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:



RECEIVED
2021 OCT -6 A 11:41
CLERK US DISTRICT COURT
NORFOLK, VIRGINIA