IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
*Norfolk Division*

UNITED STATES OF AMERICA,

v.                                                                                          Criminal Nos.  2:19-cr-47-3

AGHEE WILLIAM SMITH, II,

    Defendant.

## ORDER

**AND NOW**, for good cause shown and finding that the interest of justice is served thereby, it is hereby **ORDERED** that the Defendant's Motion For Order Directing U.S. Marshal To Arrange For Indigent Defendant's Non-Custodial Transportation To Court For Trial and For Funding Of Lodging During Trial is **GRANTED**. For the reasons stated in the motion, the Court finds that the defendant is financially unable to provide the necessary transportation to appear before the court on his own for trial. Accordingly, the Court **DIRECTS** the United States Marshal to arrange for Mr. Smith's means of noncustodial transportation from the Sacramento, California, so that he arrives in Norfolk, Virginia, by no later than 10:00PM on November 11, 2021; to provide Mr. Smith with non-custodial lodging from November 11, 2021, through the duration of the four-week trial; and to furnish Mr. Smith with an amount of money for subsistence expenses to his destination, not to exceed the amount authorized as a per diem allowance for travel under section 5702(a) of title 5, United States Code. The Court also orders that Mr. Smith be provided non-custodial lodging in the same manner as a defense witness subpoenaed under Federal Rule of Criminal Procedure 17(b).

**IT IS SO ORDERED**

                                                    _____
                                                  Hon. Raymond A. Jackson
                                                  United States District Judge

Date:

Norfolk, Virginia

2

WE ASK FOR THIS:

AGHEE WILLIAM SMITH, II

By:_____/s/_____

Lindsay Jo McCaslin
VSB No. 78800
Assistant Federal Public Defender
Attorney for Aghee William Smith, II
Office of the Federal Public Defender
150 Boush Street, Suite 403
Norfolk, Virginia 23510
Telephone: 757-457-0800
Telefax: 757-457-0880
Email: lindsay_mccaslin@fd.org