JURY QUESTIONNAIRE

This questionnaire is designed to obtain information from you for the purpose of assisting the parties in selecting a fair and impartial jury in the case of *United States of America v. David Alcorn*, *Aghee William Smith II*, *Thomas L. Barnett*, *& Norma Jean Coffin*.  Its use will substantially shorten the jury selection process.

The purpose of these questions is to encourage your full expression and candor so that all parties have a meaningful opportunity to select a fair and impartial jury to try the issues of this case.  Your full written answers will save the parties, the Court, and yourself, a great deal of time.   Do not discuss with anyone any question or answer you give on this questionnaire.  You are expected to sign this questionnaire. Your answers will be considered statements under oath, and will only be used by the Court and counsel in selecting a jury in this case.  As you know, juries are critical to our American system of justice, and the Court is confident that you appreciate your duty as a citizen to serve as a juror if you are eligible.  Your cooperation in completing and returning this questionnaire is a part of that duty.

Please write your assigned juror number at the top of each page.  Answer every question carefully, candidly, truthfully and completely, and do not leave any questions blank.  Your responses should reflect your own personal knowledge, beliefs, or opinions.  Please keep in mind that there are no right or wrong answers.  The judge and the lawyers know that every person has beliefs and biases concerning many things.  You should answer with your true feelings, whatever they may be.  Do not assume that any of your answers will qualify or disqualify you from serving on this or any other jury.  If a question asks about your friends or family, you do not need to list the name if you do not want to; you can identify the person by relationship (spouse, son, neighbor, friend, etc.)

If you do not understand a question, please write "Do not understand" and the question will be explained to you during the later questioning process.  If a question is not relevant to you, please write "N/A" to indicate that it is not applicable to you in the space provided. If you cannot answer a question because you do not know the answer, write "Do not know" in the space after the question.  If your answers or explanations to any question will not fit completely in the space provided, please complete your answer on the pages provided at the end of the questionnaire. Be sure to include the question number that corresponds to your answer on the explanation sheets.  **Do not write on the back of any page.**

During another step in the jury selection process, the judge will have an opportunity to follow up on these questions in court.  At that time, you will be given an opportunity to explain or expand on any of your answers.

In addition, now that you are a prospective juror, you MUST follow the instructions listed below until you have been excused from further service in this case.

Juror Number: _____

DO NOT discuss this questionnaire or your answers with anyone, including family members, friends, co-workers, or other prospective members.

DO NOT read or listen to any media coverage of this case, whether in the newspaper, on the television, on the Internet, on social media, on a blog, or on the radio.

DO NOT seek any related information on this case on the Internet or through search engines such as Google.

DO NOT discuss this case with anyone, including friends, family members, or other members of this jury panel, or allow anyone to discuss this case in your presence.

DO NOT let anyone, including friends, family members, court personnel, parties in this case, or persons involved in the case, talk to you about your views or any aspect of this case except officially in the courtroom.

The answers to these questions will be used by the court and the attorneys solely for the selection of the panel members in this case and for no other reason. The information contained within the questionnaire will become part of the court record under seal.

I appreciate your time and attention to this important matter.

_____
Raymond A. Jackson
United States District Judge

Juror Number: _____

## Preliminary Matters

1.    Are you able to read, write, and understand the English language?
      [ ] Yes         [ ] With difficulty      [ ] No

2.    Do you feel that you are able to complete this questionnaire without another's assistance?
      [ ] Yes         [ ] No

      If no, please complete the certification on the last page of the questionnaire without
      answering any additional questions and return your questionnaire to the Court.

3.    Do you have any significant problems with your hearing or eyesight?
      [ ] Yes         [ ] No

      (a)    If yes, please explain:_____
      _____

4.    Do you suffer from any physical or mental condition(s) that would make it unusually
      difficult for you to serve as a juror or pay close and careful attention to the evidence
      presented for extended periods of time?
      [ ] Yes              [ ] No        [ ] Unsure

      (a)    If yes or unsure, please explain: _____
      _____
      _____

5.    Do you take any prescription medication that affects your thinking, attention,
      concentration, your ability to sit for 90 minutes at a time, or might otherwise affect
      your service as a juror?
      [ ] Yes              [ ] No

      (a)    If yes, please state the name of the medication(s) and explain: _____
      _____
      _____

6.    The trial in this case will start November 16, 2021. The trial may last five weeks, and
      could last longer or conclude sooner.  There will be no trial on Thanksgiving Day,
      Thursday, November 25, 2021.  Do you have any very serious personal, professional, or
      financial issues that would prevent you from being present and attentive in Court for the
      duration of the trial?  In answering this question, you should know that it is unlawful for
      an employer to discharge, intimidate, or coerce any employee because of the employee's
      jury service.

Juror Number: _____

[ ] Yes                [ ] No

    (a)    If yes, please explain: _____

_____

_____

_____

7.    Do you have any previously pre-paid travel during the course of what is expected to be an approximately five-week trial?
[ ] Yes                [ ] No

    (a)    If yes, please explain: _____

_____

_____

_____

8.    Are you currently a student?
[ ] Yes, full-time      [ ] Yes, part-time      [ ] No

    (a)    If yes, where do you attend school? _____

    (b)    If yes, will your class schedule interfere with your ability to serve as a juror in this trial?
       [ ] Yes        [ ] No

    (c)    If yes to (b) above, please explain: _____

_____

9.    Are you the sole or primary caretaker of a minor child, or an elderly or disabled family member or dependent whose care would interfere with your ability to serve as a juror in this trial?
[ ] Yes        [ ] No

    (a)    If yes, please explain:_____

_____

10.    Prior to receiving this questionnaire, have you asked to be excused from this jury panel?
[ ] Yes                [ ] No

    (a)    If yes, please explain: _____

_____

_____

- 4 -

Juror Number: _____

11.   Do you have any personal, religious, philosophical or other beliefs that would make it difficult for you to sit in judgment of another person as a juror in a criminal case?
[ ] Yes                    [ ] No              [ ] Unsure

(a)      If yes or unsure, please explain: _____

_____

_____

12.   Is there any other reason why you could not be present in court and give your full attention every day for this trial?
[ ] Yes              [ ] No

(a)      If yes, please explain:_____

_____

13.   This case has received and will receive media attention. It is important that this case be decided solely on the evidence presented in the courtroom and not on the basis of information obtained outside the courtroom. As a result, the jury will be instructed not to read, watch, view, or listen to any news accounts of this trial whatsoever, not to conduct any internet searches related to this case, and not to talk to or to communicate with anyone about the case, including through the use of the internet, e-mail or social media such as Twitter, Facebook, Skype, YouTube, WhatsApp, Snapchat, Instagram, TikTok, or other modes of electronic communication, until the case is over. Would you find it difficult to obey such an instruction for any reason?
[ ] Yes                    [ ] No              [ ] Unsure

(a)      If yes or unsure, please explain: _____

_____

_____

**Personal Background**

14.   Full name:  Last_____First_____Middle _____

15.   Gender: _____

16.   Age: _____          Date of birth: _____

Juror Number: _____

17.    What is your current marital status?

      [ ] Single and never married
      [ ] Single, but living with non-marital partner for_____years
      [ ] Married, and have been for _____ years
      [ ] Divorced, but married in the past for _____ years
      [ ] Separated, but married in the past for _____ years
      [ ] Widowed, but married in the past for _____ years
      _____ Number of marriages, if more than one
      _____ Number of divorces, if any

18.    How long have you lived in the Commonwealth of Virginia (total years)? _____

19.    If you have children or stepchildren, please list them:

| Sex | Age | Live with you? | Educational level | Occupation if applicable |
|-----|-----|------|-------------------|--------------------------|
| (a) |     |      |                   |                          |
| (b) |     |      |                   |                          |
| (c) |     |      |                   |                          |
| (d) |     |      |                   |                          |
| (e) |     |      |                   |                          |

20.    Are you (check any and all that apply):
      [ ] Self-employed       [ ] Unemployed, looking for work
      [ ] Employed full-time   [ ] Unemployed, not looking for work
      [ ] Working part-time    [ ] Retired
      [ ] A student         [ ] Homemaker
      [ ] Disabled and unable to work

21.    If you are currently employed in any capacity, either full-time, or part-time, please state:

      (a)    Occupation:_____

      (b)    Employer:_____

      (c)    Type of work:_____

      (d)    Location where you work(city/neighborhood):_____

      (e)    Years employed in present job:_____

      (f)    Explain your duties or responsibilities, including any supervisory
           responsibilities:_____

Juror Number: _____

_____

    (g)    Do you supervise others?
          [ ] Yes        [ ] No

          (a) If yes, how many?_____

    (h)    Do you have any responsibility for hiring or firing?
          [ ] Yes        [ ] No

    (i)    If you are self-employed or own a business, would serving on a multi-week jury trial create a financial hardship?

    (j)    [ ] Yes       [ ] No       [ ] Unsure

    (a)    If yes or unsure, please explain: _____

        _____
        _____

22.    If you are not currently employed, please state:

    (a)    Your last employer: _____

    (b)    For how long: _____

    (c)    Number of months since last employed: _____

    (d)    Your occupation: _____

    (e)    Your job responsibilities: _____
        _____

    (f)    Did you supervise others?

        [ ] Yes        [ ] No

        If yes, how many? _____

    (g)    Did you have any responsibilities for hiring or firing?
          [ ] Yes        [ ] No

    (h)    Reason(s) for leaving: _____

Juror Number: _____

23.    If you are married or currently share a household with someone who is employed in any capacity, either full-time or part-time, please answer the following with respect to that person's work:

     (a)    Occupation:_____

     (b)    Employer:_____

     (c)    Type of work:_____

     (d)    Location where s/he works(city/neighborhood):_____

     (e)    Years employed in present job:_____

     (f)    Explain his/her duties or responsibilities, including any supervisory responsibilities:_____
             _____

     (g)    Does s/he supervise others?
           [ ] Yes      [ ] No

           (a) If yes, how many? _____
     (h)    Does s/he have any responsibility for hiring or firing?
           [ ] Yes      [ ] No

24.    Do you now, or have you ever owned your own business?
[ ] Yes      [ ] No

     (a)    If yes, what type of business? _____
      _____

25.    Have you or any member of your immediate family or any close personal friend ever served as a corporate officer or member of the Board of Directors in any business or corporation?
[ ] Yes      [ ] No

     (a)    If yes, please explain:_____
      _____

26.    If you or your spouse or non-marital partner currently hold an additional job or have held any other job in the last ten years not addressed above, please describe that employment using the categories in the questions above:_____
      _____
      _____

Juror Number: _____

_____
_____
                                    _____

27.     Check the highest level of education for you and your spouse/partner:

|  |  | You | Spouse / Partner |
|---|---|---|---|
| (a) | Grade school or less | [ ] | [ ] |
| (b) | Some high school | [ ] | [ ] |
| (c) | High school graduate / GED | [ ] | [ ] |
| (d) | Technical or vocational school | [ ] | [ ] |
| (e) | Some college | [ ] | [ ] |
| (f) | 2-year college degree | [ ] | [ ] |
| (g) | 4-year college degree | [ ] | [ ] |
| (h) | Some graduate work or study | [ ] | [ ] |
| (i) | Master's degree | [ ] | [ ] |
| (j) | Doctoral degree (or equivalent) | [ ] | [ ] |
| (k) | Other | [ ] | [ ] |

        If other, please explain: _____

28.     If you or your spouse/partner had any educational training beyond high school, please list
        all degrees you and/or your spouse/partner have received and the area of study.

        **Self**
        (a)     Degree(s): _____
        (b)     Field(s) of study: _____
        (c)     Name of school(s): _____

        **Spouse/Partner**:
        (d)     Degree(s): _____
        (e)     Field(s) of study: _____
        (f)     Name of school(s): _____

29.     Do you have any special certifications or licenses?
        [ ] Yes        [ ] No

        (a)     If yes, please explain: _____
        _____

30.     If you are not an attorney, have you taken any law courses?
        [ ] Yes        [ ] No

        If so, indicate the following:

|  School  |  Date  |  Length of Course  |  Topic  |
|---|---|---|---|

Juror Number: _____

(a) _____
(b) _____
(c) _____

31.     Do you have specialized training in the securities, franchising, venture capital, investment, securities, financial services, or insurance industries?
[ ] Yes          [ ] No

(a)     If yes, please explain: _____
_____

32.     Do any of you have any strong opinions either for or against financial advisors, stockbrokers, trust companies, banks, insurance salesman, or investment brokers?
[ ] Yes          [ ] No

(a)     If yes, please explain: _____
_____

33.     Do any of you have specialized training in the cell phone or telecommunications industries?
[ ] Yes          [ ] No

(a)     If yes, please explain: _____
_____

34.     Please list the organizations to which, to the best of your knowledge, you or your spouse/partner belong or in which either of you participate, either now or in the past three (3) years. (Include any civic, social, religious, charitable, volunteer, sporting, professional, business, fraternal and recreational groups.):

(a)     Self: _____
_____

(b)     Spouse/Partner: _____
_____

_____
_____

**Legal System**

35.     Have you ever served as a juror before?
[ ] Yes          [ ] No

If yes, indicate for each:

- 10 -

Juror Number: _____

| Year | Civil/<br>Criminal | Federal/<br>State | Type of Case | verdict<br>(yes/no) | If not,<br>why? |
|------|------|------|------|------|------|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

(a)    Have you ever served as a juror on a grand jury?
[ ] Yes          [ ] No

If yes, when and where: _____

(b)    Have you ever served as a jury or grand jury foreperson?
[ ] Yes          [ ] No

(c)    Was there anything about your experience as a juror or grand juror that left you disappointed or dissatisfied with our criminal justice system?
[ ] Yes          [ ] No

Please explain: _____

_____

(d)    Would anything about your jury or grand jury service make you want to or not want to serve again?
[ ] Yes          [ ] No

If yes, please explain: _____

36.    Have you, or has any member of your family or close friend or relative, ever been the victim of, or witness to a crime, whether or not that crime was reported to law enforcement authorities?
[ ] Yes          [ ] No

(a)    If no, go to the next numbered question. If yes, please provide the following information for each person and incident:

| Relationship<br>(Self, sister, etc.) | Type of<br>Crime | Victim or<br>Witness | Reported to<br>Police? | Was anyone<br>Caught? | Outcome of<br>the Case |
|------|------|------|------|------|------|
|  |  |  |  |  |  |
|  |  |  |  |  |  |

Juror Number: _____

| | | | | | |
|---|---|---|---|---|---|
| | | | | | |

(b)   In what ways, if any, did any of these incidents that you, or a person close to you, experienced affect your attitudes about crime, in general, or certain crimes in particular? _____

_____

_____

(c)   Did you have any concerns about how the police or law enforcement authorities handled the above situation(s)? _____

_____

_____

_____

37.   Have you, or, to your knowledge, any family members, or any close friends ever been:
(a)   Any of the following:

    (1)   Accused of a crime?                                          [ ] Yes          [ ] No
    (2)   Questioned by police or law enforcement
        personnel, including military law enforcement?   [ ] Yes          [ ] No
    (3)   Arrested or charged with a crime?                   [ ] Yes          [ ] No
    (4)   Convicted of a crime?                                      [ ] Yes          [ ] No

(b)   If yes for any of the above, please provide the following:

| Relationship of person charged (Self, Sister, etc.) | Crime(s) charged/investigated | Case outcome |
|---|---|---|
| | | |
| | | |
| | | |

(c)   If yes to any of "a" above, please provide a brief description of the alleged crime(s) and the events leading up to the accusation, arrest or charge: _____

_____

_____

_____

- 12 -

Juror Number: _____

    (d)    What was your opinion of how fairly the individual(s) mentioned above was treated? _____

_____

_____

_____

    (e)    How, if at all, would this experience affect you if you served as a juror in this case? _____

_____

_____

_____

38.    Do you know of anyone who felt that he/she was falsely accused of a crime? [ ] Yes [ ] No

    (a)    If yes, please explain: _____

_____

    (b)    If yes, how, if at all, would this affect you if you served as a juror in this case?

_____

_____

_____

39.    Do you know anyone personally who is or has been in prison or jail?
[ ] Yes       [ ] No

    (a)    If yes, please give the following details:

    <u>Relation to You</u>         <u>Charge</u>

_____

_____

    (b)    If yes, how, if at all, would this affect you if you served as a juror in this case?

_____

_____

40.    Other than what you have already explained, have you ever been involved in any legal proceeding, in any capacity, for example as a plaintiff, defendant, victim, lawyer, witness (whether in court or by deposition outside of court), or expert?
[ ] Yes       [ ] No

    (a)    If yes, please explain: _____

_____

Juror Number: _____

    (b)    Did the legal process in that instance operate fairly in your opinion? _____

_____

    (c)    How, if at all, would that experience affect your jury service in this case? _____

_____

41.    Other than what you have already explained, have you or any family member or person with whom you have a close personal relationship ever testified in a grand jury or in court? [ ] Yes    [ ] No

    (a)    If yes, please provide the following details:

| Type of Case | Relationship (if any) | Reason for Testifying |
|---|---|---|
| | | |
| | | |

42.    Have you, or any members of your family, ever been employed by any law enforcement agency, such as: a police department, sheriff's department, the Virginia State Police (VSP), the State Bureau of Investigation (SBI), the Federal Bureau of Investigation (FBI), Immigration and Customs Enforcement (ICE) Homeland Security Investigations (HSI), Defense Criminal Investigative Service (DCIS), the Internal Revenue Service (IRS), the Drug Enforcement Administration (DEA), the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), the United States Secret Service (USSS), the United States Citizenship and Immigration Services (USCIS), Office of the Attorney General of Virginia, the U.S. Marshal's Service, the U.S. Park Police, a United States Attorney's Office, the United States Department of Justice, a District/Commonwealth or State's Attorney's Office, a probation or parole office, the Bureau of Prisons, the state department of corrections, the court system, or any other local, state or federal law enforcement agency or private security force?
[ ] Yes    [ ] No

    (a)    If yes, for each person (yourself or family member), please indicate the law enforcement office or agency, the period of time employed, if known, and a general description of the job duties: _____

_____

_____

_____

43.    Have you ever had a favorable or unfavorable experience with an attorney or a judge?
[ ] Yes    [ ] No

    (a)    If yes, please explain: _____

_____

_____

Juror Number: _____

(b)      If yes, how, if at all, would this affect you if you served as a juror in this case?

_____

_____

44.    Have you or a member of your family, either personally or in connection with a business, been involved in any claim, legal action or dispute with any local, state, or federal, governmental agency?
[ ] Yes          [ ] No

(a)      If yes, please describe: _____

_____

_____

45.    Have you, or any members of your family, ever been employed by, or a client of, , Dominion Investment Group, Family Wealth Law Group PC, BayPort Credit Union, Dominion Private Client Group, LLC, Dominion Franchise, LLC, Dental Support Plus LLC, Dental Support Plus Franchise, NJM Spectrum LLC, Intellection LLC, PECS Management, Sugar Time Management, Dazzle Dental, Nascence, LLC, DSPF Group LLC, Janus Spectrum Group LLC, Janus Spectrum LLC, Spectrum 100 LLC, Prime Spectrum LLC, weMonitor Group LLC, PLI Group LLC, David Alcorn Professional Corporation, A.W. Smith & Associates, Inc., Sellers Financial Advisors, or The Financial Light?
[ ] Yes          [ ] No

(a)      If yes, for each person (yourself or family member), please indicate the place of employment, the period of time employed, if known, and a general description of the job duties: _____

_____

_____

_____

**Media and Activities**

46.    Do you or your spouse/partner maintain a blog or other online journal or personal website? [ ] Yes  [ ] No

(a)      If yes, please describe: _____

_____

_____

47.    Do you regularly use and make comments on social networking web sites, such as Facebook, Instagram, LinkedIn, or Twitter?
[ ] Yes                   [ ] No

- 15 -

Juror Number: _____

    (a)    If yes, please describe the categories of things you comment on: _____

_____

_____

### General Opinions and Beliefs about the Criminal Justice System

48.    The indictment in this case is merely an accusation and not evidence of guilt. Would you have any difficulty treating the indictment as an accusation and not evidence of guilt?
[ ] Yes        [ ] No

    (a)    If yes, please explain: _____

_____

49.    A defendant in a criminal trial has no obligation to testify. Jurors cannot draw any conclusion from the fact that a defendant chooses not to testify. The fact that a defendant may choose not to testify cannot be a factor in reaching your verdict.  Would you have any difficulty following these rules?
[ ] Yes        [ ] No

    (a)    If yes, please explain: _____

_____

_____

50.    A defendant is presumed innocent and cannot be convicted unless the jury, based on all the evidence, unanimously decides that his or her guilt has been proved beyond a reasonable doubt. The burden of proving guilt rests entirely on the government.  A defendant has no obligation to prove his or her innocence. Would you have any difficulty following these rules?
[ ] Yes    [ ] No    [ ] Unsure

    (a)    If yes or unsure, please explain: _____

_____

_____

51.    Sometimes witnesses who testify are given immunity from prosecution or otherwise lenient treatment by the government. As to such a witness, would that fact alone prevent you from believing that person, even before you have heard any of his or her testimony?
[ ] Yes    [ ] No    [ ] Unsure

    (a)    If yes or unsure, please explain: _____

_____

_____

### Connection to the Defendants/Others

Juror Number: _____

52.     Do you, a family member, or any close friend know or have any connection (personal, political, and/or business) to David Alcorn, Aghee William Smith II, Thomas L. Barnett, Norma Jean Coffin, Daryl G. Bank, Billy J. Seabolt, Raeann Gibson, Kent Maerki, Tony Sellers, Roger Hudspeth, or to any member of their respective families you are aware of, or to any other person you are aware of who has a close personal connection to David Alcorn, Aghee William Smith II, Thomas L. Barnett, Norma Jean Coffin, Daryl G. Bank, Billy J. Seabolt, Raeann Gibson, Kent Maerki, Tony Sellers, Roger Hudspeth, including anyone who is to your knowledge their current or former close friends, clients, associates, employees, or co-workers?

| (Check all that apply) | Self | Family member | Close friend |
|---|---|---|---|
| Know David Alcorn | [ ] | [ ] | [ ] |
| Know David Alcorn's family or close personal connections | [ ] | [ ] | [ ] |
| Know Aghee William Smith II | [ ] | [ ] | [ ] |
| Know Aghee William Smith II's family or personal connections | [ ] | [ ] | [ ] |
| Know Thomas L. Barnett | [ ] | [ ] | [ ] |
| Know Thomas L. Barnett's family or close personal connections | [ ] | [ ] | [ ] |
| Know Norma Jean Coffin | [ ] | [ ] | [ ] |
| Know Norma Jean Coffin's family or close personal connections | [ ] | [ ] | [ ] |
| Know Daryl G. Bank | [ ] | [ ] | [ ] |
| Know Daryl G. Bank's family or close personal connections | [ ] | [ ] | [ ] |
| Know Billy J. Seabolt | [ ] | [ ] | [ ] |
| Know Billy J. Seabolt's family or close personal connections | [ ] | [ ] | [ ] |
| Know Raeann Gibson | [ ] | [ ] | [ ] |

- 17 -

Juror Number: _____

| | | | |
|---|---|---|---|
| Know Raeann Gibson's family or close personal connections | [ ] | [ ] | [ ] |
| Know Kent Maerki | [ ] | [ ] | [ ] |
| Know Kent Maerki's family or close personal connections | [ ] | [ ] | [ ] |
| Know Tony Sellers | [ ] | [ ] | [ ] |
| Know Tony Sellers' family or close personal connections | [ ] | [ ] | [ ] |
| Know Roger Hudspeth | [ ] | [ ] | [ ] |
| Know Roger Hudspeth's family or close personal connections | [ ] | [ ] | [ ] |

(a)     If yes, please explain: _____

_____

_____

_____

53.     Have you, your spouse/significant other, any family members or any close friends ever done any of the following in support of defense or government efforts concerning allegations of criminal wrongdoing by David Alcorn, Aghee William Smith II, Thomas L. Barnett, Norma Jean Coffin, Daryl G. Bank, Billy J. Seabolt, Raeann Gibson, Kent Maerki, Tony Sellers, or Roger Hudspeth? (Check all that apply)

| | | Self | Spouse/ sig. other | Family member | Close Friend |
|---|---|---|---|---|---|
| (a) | Wrote a letter to the editor | [ ] | [ ] | [ ] | [ ] |
| (b) | Signed a petition | [ ] | [ ] | [ ] | [ ] |
| (c) | Posted a comment online | [ ] | [ ] | [ ] | [ ] |
| (d) | Received an email or other communication seeking financial or other support | [ ] | [ ] | [ ] | [ ] |

(a)     If yes, please explain: _____

_____

_____

_____

_____

Juror Number: _____

## Case Questions

54. The defendants, David Alcorn, Aghee William Smith II, Thomas L. Barnett, or Norma Jean Coffin, are charged with conspiracy, mail fraud, and wire fraud.  David Alcorn and Norma Jean Coffin are also charged with money laundering.  Have you seen, heard or read anything about this case?
[ ] Yes  [ ] No


55. How closely have you followed the news about this case?
[ ] Very closely
[ ] Somewhat closely
[ ] Not very closely
[ ] Not at all

56. Please indicate from what source(s) you heard about the case. (Check all that apply.)

(a)  [ ] Television
[ ] Newspapers
[ ] Magazines
[ ] Radio
[ ] Internet
[ ] Blog/chatroom
[ ] Personal knowledge of defendant or their family, friends or acquaintances
[ ] Personal knowledge of potential witnesses in this case
[ ] Personal conversations with others in the community
[ ] Overheard others discussing the case
[ ] Other sources of information (list):

_____

(b)  Please describe the sources for any of the options checked above: _____

_____
_____
_____
_____
_____


57. Have you expressed an opinion about this case or about those involved to anyone, either through conversations or through writing to any newspaper, magazine, or publication; calling in to any television or radio program; or posting comments or likes on the Internet?
[ ] Yes  [ ] No

(a)  If yes, what were the circumstances and what opinion did you express? _____

_____

Juror Number: _____

_____

_____

58.   Do you or any member of your immediate family or close personal friend know
      anyone who has covered this case or investigation for any media outlet?
      [ ] Yes          [ ] No

      (a)    If yes, please explain: _____

      _____

      _____

59.   If you have heard about this case in the news media or otherwise, will you be able to
      set aside what you have heard, listen to the evidence in this case, and be fair to both
      sides?
      [ ] Yes          [ ] No

      (a)    If no, please explain: _____

      _____

      _____

60.   If, after hearing all of the evidence in this case, you concluded that the government had
      proved beyond a reasonable doubt that David Alcorn, Aghee William Smith II,
      Thomas L. Barnett, and/or Norma Jean Coffin, is guilty, would you have any
      reservations in voting guilty?
      [ ] Yes          [ ] No          [ ] Unsure

      (a)    If yes or unsure, please explain: _____

      _____

      _____

      _____

      _____

61.   If, after hearing all of the evidence in this case, you concluded that the government had
      not proved beyond a reasonable doubt that David Alcorn, Aghee William Smith II,
      Thomas L. Barnett, and/or Norma Jean Coffin, is guilty, would you have any
      reservations in voting not guilty?
      [ ] Yes          [ ] No          [ ] Unsure

      (a)    If yes or unsure, please explain: _____

      _____

      _____

      _____

      _____

62.   The judge presiding over this case is U.S. District Judge Raymond A. Jackson. Do you,
      anyone in your family, or any close personal friend know Judge Jackson or anyone else
      who works in the federal courthouse?

Juror Number: _____

[ ] Yes                    [ ] No

(a)    If yes, please explain who you know and how: _____

_____

63.    The prosecutors in this case are Melissa O'Boyle, Andrew Bosse, and Elizabeth Yusi.

(a)    Do you know, or have you had any contact, either social or professional, with any individuals listed above, or any other member of the United States Attorney's Office or Department of Justice?
       [ ] Yes                    [ ] No         [ ] Unsure

(b)    If yes or unsure, please explain: _____

_____

_____

64.    The lead government law enforcement investigators in this case are Special Agents Jennifer Collins and Julie Shields of the of the Federal Bureau of Investigation (FBI), Special Agent Andrew Bowers of the Internal Revenue Service Criminal Investigation (IRS-CI), and Special Agent Jason Thomasson of the United States Postal Inspector Service (USPIS).

(a)    Do you know, or have you had any contact, either social or professional, with any individuals listed above, or any other member of the FBI, IRS-CI, or USPIS?
       [ ] Yes                    [ ] No         [ ] Unsure

(b)    If yes or unsure, please explain: _____

_____

_____

65.    The attorneys representing the defendants in this case are Richard Yarow, of the law firm Richard S. Yarow LLC, Lindsay McCaslin and Andrew Grindrod of the Federal Public Defender's Office, Anthony Gantous of Anchor Legal Group PLLC, and Gregory Matthews of the law firm Gregory K. Matthews, PC.

(a)    Do you know, have you or a family member been a client of, or have you had any contact, either social or professional, with the individual listed above, or any other member of the law firms listed above?
       [ ] Yes                    [ ] No         [ ] Unsure

(b)    If yes or unsure, please explain: _____

_____

_____

Juror Number: _____

66.     Other than what you have already explained, do you or any member of your immediate
        family or close personal friend know anyone who may be associated in any capacity with
        this case, its investigation, or its preparation for either the government or one of the
        defendants? [ ] Yes   [ ] No

        (a)     If yes, please explain: _____
        _____
        _____
        _____

**Conclusion**

67.     Do you believe that if the law as given to you by the judge goes against your personal
        views of what the decision should be, you would tend to base your verdict on your
        personal views of the case?
        [ ] Yes                [ ] No

68.     As a result of filling out this questionnaire, have you now formed any opinion about this
        case?
        [ ] Yes                [ ] No

        (a)     If yes, please explain: _____
        _____

69.     Is there any reason that you believe you should not sit as a juror in this case?
        [ ] Yes                [ ] No

        (a)     If yes, please explain:
        _____
        _____

70.     Other than civic duty, is there any reason that you would want to serve as a juror (or as
        foreperson of the jury) in this case?
        [ ] Yes                [ ] No

        (a)     If yes, please explain: _____
        _____
        _____

71.     Is there any reason you have not already explained that you would not want to serve as a
        juror in this case?
        [ ] Yes                [ ] No

        (a)     If yes, please explain: _____

Juror Number: _____

_____

_____

72.     After being notified that you may serve as a juror in this case, did you discuss anything other than the possibility that you may be a juror on this case with anyone, including family, friends, and co-workers, etc.? [ ] Yes        [ ] No

    (a)     If yes, please explain to whom you discussed this case, the nature of what was discussed, and what, if any additional information, you learned as a result of those discussions: _____

_____

_____

Juror Number: _____

73. After receiving this questionnaire and thus being notified that you may serve as a juror in this case, did you follow or access any media coverage or view or search out any information on the Internet concerning this case?
[ ] Yes                    [ ] No

    (a)    If yes, please explain: _____

_____

_____

_____

74. Is there anything else that you think the Court should know that might influence your ability to fairly and impartially judge the evidence in this case and to apply the law as instructed by the Court?
[ ] Yes                    [ ] No

    (a)    If yes, please explain: _____

_____

_____

75. Is there any matter you would prefer to discuss privately with the judge? [ ] Yes          [ ] No

    (a)    If yes, please explain: _____

_____

_____

_____

76. Is there anything that was not asked that you believe is important to know about you as the court, government counsel, and defense counsel assess your suitability to serve as a fair and impartial juror?

_____

_____

Juror Number: _____

## SIGNATURE

I,_____, hereby declare under
(Print Your Name)

penalty of perjury that the foregoing answers set forth in this Jury Questionnaire are true and

correct to the best of my knowledge and belief. I have not discussed my answers with others, or

received assistance in completing the questionnaire. I have answered all of the above questions

in this Jury Questionnaire myself.


**I FURTHER UNDERSTAND THAT I AM NOT TO DISCUSS THIS CASE WITH
ANYONE OR SEEK OUT, LISTEN TO, OR READ ANY MATERIAL ABOUT THIS
CASE IN THE MEDIA, ON THE INTERNET OR ELSEWHERE UNTIL THE JUDGE
IN THIS CASE HAS INSTRUCTED ME OTHERWISE**.


Executed in the Eastern District of Virginia, on this_____day of _____, 2021.


_____
(Your Signature)

Juror Number: _____

EXPLANATION SHEET

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Juror Number: _____

EXPLANATION SHEET, continued.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____