Juror No. _____

## **JUROR QUESTIONNAIRE**

### **Preliminary Matters**

1.  Are you able to read, write, and understand the English language?

    [ ] Yes          [ ] With difficulty       [ ] No

2.  Do you feel that you are able to complete this questionnaire without another's assistance?

    [ ] Yes          [ ] No

    If no, please complete the certification on the last page of the questionnaire without answering any additional questions and return your questionnaire to the Court.

3.  Do you have any significant problems with your hearing or eyesight?

    [ ] Yes          [ ] No

    (a)   If yes, please explain:_____

    _____

4.  Do you suffer from any physical or mental condition(s) that would make it unusually difficult for you to serve as a juror or pay close and careful attention to the evidence presented for extended periods of time?

    [ ] Yes                [ ] No          [ ] Unsure

    (a)   If yes or unsure, please explain: _____

    _____

    _____

5.  Do you take any prescription medication that affects your thinking, attention, concentration, your ability to sit for 90 minutes at a time, or might otherwise affect your service as a juror?

    [ ] Yes                [ ] No

    (a)   If yes, please state the name of the medication(s) and explain: _____

    _____

    _____

6.  The trial in this case will start November 16, 2021. The trial may last four weeks, and could last longer or conclude sooner.  There will be no trial on Thanksgiving Day, November 25, 2021. Do you have any very serious personal, professional, or financial issues that would prevent you from being present and attentive in Court for the duration of the trial?  In answering this question, you should know that it is unlawful for an employer to discharge, intimidate, or coerce any employee because of the employee's jury service.

    [ ] Yes                [ ] No

1

Juror No. _____

(a)   If yes, please explain: _____

_____

_____

_____

7.   Do you have any previously pre-paid travel during the course of what is expected to be an approximately four-week trial?
[ ] Yes                [ ] No

(a)   If yes, please explain: _____

_____

_____

_____

8.   Are you currently a student?
[ ] Yes, full-time      [ ] Yes, part-time      [ ] No

(a)   If yes, where do you attend school? _____

(b)   If yes, will your class schedule interfere with your ability to serve as a juror in this trial?
[ ] Yes        [ ] No

(c)   If yes to (b) above, please explain: _____

_____

9.   Are you the sole or primary caretaker of a minor child, or an elderly or disabled family member or dependent whose care would interfere with your ability to serve as a juror in this trial?
[ ] Yes          [ ] No

(a)   If yes, please explain:_____

_____

10.   Prior to receiving this questionnaire, have you asked to be excused from this jury panel?
[ ] Yes                [ ] No

(a)   If yes, please explain: _____

_____

11.   Do you have any personal, religious, philosophical or other beliefs that would make it difficult for you to sit in judgment of another person as a juror in a criminal case?
[ ] Yes                [ ] No        [ ] Unsure

(a)   If yes or unsure, please explain: _____

_____

Juror No. _____

12.    Is there any other reason why you could not be present in court and give your full attention every day for this trial?
[ ] Yes          [ ] No

(a)    If yes, please explain:_____

_____

13.    This case has and will receive media attention. It is important that this case be decided solely on the evidence presented in the courtroom and not on the basis of information obtained outside the courtroom. As a result, the jury will be instructed not to read, watch, view, or listen to any news accounts of this trial whatsoever, not to conduct any internet searches related to this case, and not to talk to or to communicate with anyone about the case, including through the use of the internet, e-mail or social media such as Twitter, Facebook, Skype, YouTube, WhatsApp, Snapchat, Instagram, TikTok, or other modes of electronic communication, until the case is over. Would you find it difficult to obey such an instruction for any reason?
[ ] Yes                [ ] No        [ ] Unsure

(a)    If yes or unsure, please explain: _____

_____

_____

### Personal Background

14.    Full name:  Last_____First_____Middle_____

15.    Gender: _____

16.    Age: _____          Date of birth: _____

17.    What is your current marital status?
[ ] Single and never married
[ ] Single, but living with non-marital partner for_____years
[ ] Married, and have been for _____ years
[ ] Divorced, but married in the past for _____ years
[ ] Separated, but married in the past for _____ years
[ ] Widowed, but married in the past for _____ years
_____ Number of marriages, if more than one
_____ Number of divorces, if any

18.    How long have you lived in the Commonwealth of Virginia (total years)? _____

3

Juror No. _____

19.     If you have children or stepchildren, please list them:

| Sex | Age | Live with you? | Educational level | Occupation if applicable |
|-----|-----|----------------|-------------------|--------------------------|
| (a) |     |                |                   |                          |
| (b) |     |                |                   |                          |
| (c) |     |                |                   |                          |
| (d) |     |                |                   |                          |
| (e) |     |                |                   |                          |

20.     Are you (check any and all that apply):

[ ] Self-employed            [ ] Unemployed, looking for work
[ ] Employed full-time        [ ] Unemployed, not looking for work
[ ] Working part-time         [ ] Retired
[ ] A student                 [ ] Homemaker
[ ] Disabled and unable to work

21.     If you are currently employed in any capacity, either full-time, or part-time, please state:

(a)     Occupation:_____

(b)     Employer:_____

(c)     Type of work:_____

(d)     Location where you work (city/neighborhood):_____

(e)     Years employed in present job:_____

(f)     Explain your duties or responsibilities, including any supervisory
        responsibilities:_____
        _____
        _____

(g)     Do you supervise others?
        [ ] Yes        [ ] No

        (a) If yes, how many?_____

(h)     Do you have any responsibility for hiring or firing?
        [ ] Yes        [ ] No

4

Juror No. _____

    (i)    If you are self-employed or own a business, would serving on a multi-week jury trial create a financial hardship?

        [ ] Yes      [ ] No     [ ] Unsure

        (a)  If yes or unsure, please explain: _____

        _____

        _____

22.    If you are not currently employed, please state:

    (a)    Your last employer: _____

    (b)    For how long: _____

    (c)    Number of months since last employed: _____

    (d)    Your occupation: _____

    (e)    Your job responsibilities: _____

        _____

    (f)    Did you supervise others?

        [ ] Yes      [ ] No

        If yes, how many? _____

    (g)    Did you have any responsibilities for hiring or firing?
        [ ] Yes      [ ] No

    (h)    Reason(s) for leaving: _____

23.    If you are married or currently share a household with someone who is employed in any capacity, either full-time or part-time, please state the following with respect to that person's work:

    (a)    Occupation:_____

    (b)    Employer:_____

    (c)    Type of work:_____

    (d)    Location where s/he works(city/neighborhood):_____

    (e)    Years employed in present job:_____

Juror No. _____

    (f)    Explain his/her duties or responsibilities, including any supervisory
            responsibilities:_____
            _____

    (g)    Does s/he supervise others?
            [ ] Yes       [ ] No

            (a) If yes, how many? _____
    (h)    Does s/he have any responsibility for hiring or firing?
            [ ] Yes       [ ] No

24.    Do you now, or have you ever owned your own business?
    [ ] Yes       [ ] No

    (a)    If yes, what type of business? _____
      _____

25.    Have you or any member of your immediate family or any close personal friends
    ever served as a corporate officer or member of the Board of Directors in any
    business or corporation?
    [ ] Yes       [ ] No

    (a)    If yes, please explain:_____
      _____

26.    If you or your spouse or non-marital partner currently hold an additional job or have held
    any other job in the last ten years not addressed above, please describe that employment
    using the categories in the questions above:
      _____
      _____
      _____
      _____

27.    Check the highest level of education for you and your spouse/partner:

|     |                                    | You  | Spouse / Partner |
| --- | ---------------------------------- | ---- | ---------------- |
| (a) | Grade school or less               | [ ]  | [ ]              |
| (b) | Some high school                   | [ ]  | [ ]              |
| (c) | High school graduate / GED         | [ ]  | [ ]              |
| (d) | Technical or vocational school     | [ ]  | [ ]              |
| (e) | Some college                       | [ ]  | [ ]              |
| (f) | 2-year college degree              | [ ]  | [ ]              |
| (g) | 4-year college degree              | [ ]  | [ ]              |
| (h) | Some graduate work or study        | [ ]  | [ ]              |
| (i) | Master's degree                    | [ ]  | [ ]              |
| (j) | Doctoral degree (or equivalent)    | [ ]  | [ ]              |
| (k) | Other                              | [ ]  | [ ]              |

Juror No. _____

If other, please explain: _____

28.   If you or your spouse/partner had any educational training beyond high school, please list all degrees you and/or your spouse/partner have received and the area of study.

**Self**
(a)     Degree(s): _____
(b)     Field(s) of study: _____
(c)     Name of school(s): _____

**Spouse/Partner**:
(d)     Degree(s): _____
(e)     Field(s) of study: _____
(f)     Name of school(s): _____

29.   Do you have any special certifications or licenses?
[ ] Yes          [ ] No

(a)     If yes, please explain: _____
_____

30.   If you are not an attorney, have you taken any law courses?
[ ] Yes          [ ] No

If so, indicate the following:

|       | School | Date | Length of Course | Topic |
|-------|--------|------|------------------|-------|
| (a)   |        |      |                  |       |
| (b)   |        |      |                  |       |
| (c)   |        |      |                  |       |

31.   Do you have specialized training in the securities, franchising, venture capital, investment, financial services, or insurance industries?
[ ] Yes          [ ] No

(a)     If yes, please explain: _____
_____

32.   Do any of you have any strong opinions either for or against financial advisors, stockbrokers, trust companies, banks, insurance salesmen, or investment brokers?
[ ] Yes          [ ] No

(a)     If yes, please explain: _____
_____

Juror No. _____

33. Do any of you have specialized training in the cell phone or telecommunications industries?
[ ] Yes       [ ] No

    (a)    If yes, please explain: _____

    _____

34. Please list the organizations to which, to the best of your knowledge, you or your spouse/partner belong or in which either of you actively participate, either now or in the past three (3) years.   (Include any civic, social, religious, charitable, volunteer, sporting, professional, business, fraternal, and recreational groups.)

    (a)  Self: _____

    _____

    (b)  Spouse/Partner: _____

    _____

## Legal System

35. Have you ever served as a juror before?
[ ] Yes       [ ] No

If yes, indicate for each:

| Year | Civil/ Criminal | Federal/ State | Type of Case | Reach a verdict (yes/no) | If not, why? |
|------|-----------------|----------------|--------------|--------------------------|--------------|
|      |                 |                |              |                          |              |
|      |                 |                |              |                          |              |

    (a)    Have you ever served as a juror on a grand jury?
    [ ] Yes       [ ] No

    If yes, when and where: _____

    (b)    Have you ever served as a jury or grand jury foreperson?
    [ ] Yes       [ ] No

    (c)    Was there anything about your experience as a juror or grand juror that left you disappointed or dissatisfied with our criminal justice system?
    [ ] Yes       [ ] No

    Please explain: _____

    _____

    _____

8

Juror No. _____

(d) Would anything about your jury or grand jury service make you want to or not want to serve again?
[ ] Yes          [ ] No

If yes, please explain: _____

_____

36. Have you, or has any member of your family or close friend or relative, ever been the victim of, or witness to a crime, whether or not that crime was reported to law enforcement authorities?
[ ] Yes          [ ] No

(a) If no, go to the next numbered question. If yes, please provide the following information for each person and incident:

| Relationship (Self, sister, etc.) | Type of Crime | Victim or Witness | Reported to Police? | Was anyone Caught? | Outcome of the Case |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

(b) In what ways, if any, did any of these incidents that you, or a person close to you, experienced affect your attitudes about crime, in general, or certain crimes in particular? _____

_____

_____

(c) Did you have any concerns about how the police or law enforcement authorities handled the above situation(s)? _____

_____

_____

_____

37. Have you, or, to your knowledge, any family members, or any close friends ever been:
(a) Any of the following:
(1) Accused of a crime?                                    [ ] Yes          [ ] No
(2) Questioned by police or law enforcement
personnel, including military law enforcement?            [ ] Yes          [ ] No
(3) Arrested or charged with a crime?                      [ ] Yes          [ ] No
(4) Convicted of a crime?                                  [ ] Yes          [ ] No

(b) If yes for any of the above, please provide the following:

9

Juror No. _____

| Relationship of person charged (Self, Sister, etc.) | Crime(s) charged/investigated | Case outcome |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

    (c)    If yes to any of "a" above, please provide a brief description of the alleged crime(s) and the events leading up to the accusation, arrest or charge: _____

_____

_____

    (d)    What was your opinion of how fairly the individual(s) mentioned above was treated? _____

_____

_____

_____

    (e)    How, if at all, would this experience affect you if you served as a juror in this case? _____

_____

_____

_____

38.    Do you know of anyone who felt that he/she was falsely accused of a crime?

    [ ] Yes        [ ] No

    (a)    If yes, please explain: _____

_____

    (b)    If yes, how, if at all, would this affect you if you served as a juror in this case?

_____

_____

39.    Do you know anyone personally who is or has been in prison or jail?

    [ ] Yes        [ ] No

    (a)    If yes, please give the following details:

    Relation to You        Charge

_____

Juror No. _____

(b)     If yes, how, if at all, would this affect you if you served as a juror in this case?

_____

_____

40.   Other than what you have already explained, have you ever been involved in any legal proceeding, in any capacity, for example as a plaintiff, defendant, victim, lawyer, witness (whether in court or by deposition outside of court), or expert?

[ ] Yes          [ ] No

(a)     If yes, please explain: _____

_____

(b)     Did the legal process in that instance operate fairly in your opinion? _____

_____

(c)     How, if at all, would that experience affect your jury service in this case? _____

_____

41.   Other than what you have already explained, has any family member or person with whom you have a close personal relationship ever testified in a grand jury or in court?

[ ] Yes          [ ] No

(a)     If yes, please provide the following details:

Type of Case                 Relationship (if any)              Reason for Testifying

_____

42.   Have you, or any members of your family, ever been employed by any law enforcement agency, such as: a police department, sheriff's department, the Virginia State Police (VSP), the State Bureau of Investigation (SBI), the Federal Bureau of Investigation (FBI), Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HIS), Defense Criminal Investigative Service (DCIS), the Internal Revenue Service (IRS), the Drug Enforcement Administration (DEA), the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), the United States Secret Service (USSS), the United States Citizenship and Immigration Services (USCIS), Office of the Attorney General of Virginia, the U.S. Marshal's Service, the U.S. Park Police, a United States Attorney's Office, the United States Department of Justice, a District/Commonwealth or State's Attorney's Office, a probation or parole office, the Bureau of Prisons, the state department of corrections, the court system, or any other local, state or federal law enforcement agency or private security force?

[ ] Yes          [ ] No

(a)     If yes, for each person (yourself or family member), please indicate the law enforcement office or agency, the period of time employed, if known, and a general description of the job duties: _____

Juror No. _____

_____
_____
_____
_____

43.  Have you ever had a favorable or unfavorable experience with an attorney or a judge?
     [ ] Yes          [ ] No

     (a)    If yes, please explain: _____
     _____
     _____

     (b)    If yes, how, if at all, would this affect you if you served as a juror in this case?
     _____
     _____

44.  Have you or a member of your family, either personally or in connection with a business, been involved in any claim, legal action or dispute with any local, state, or federal, governmental agency?
     [ ] Yes          [ ] No

     (a)    If yes, please describe: _____
     _____
     _____

45.  Have you, or any members of your family, ever been employed by, or a client of, Dominion Investment Group, Family Wealth Law Group PC, BayPort Credit Union, Dominion Private Client Group, LLC, Dominion Franchise, LLC, Dental Support Plus LLC, Dental Support Plus Franchise, NJM Spectrum LLC, Intellection LLC, PECS Management, Sugar Time Management, Dazzle Dental, Nascence, LLC, DSPF Group LLC, Janus Spectrum Group LLC, Janus Spectrum LLC, Spectrum 100 LLC, Prime Spectrum LLC, weMonitor Group LLC, PLI Group LLC, David Alcorn Professional Corporation, A.W. Smith & Associates, Inc., Sellers Financial Advisors, or The Financial Light?
     [ ] Yes          [ ] No

     (a)    If yes, for each person (yourself or family member), please indicate the place of employment, the period of time employed, if known, and a general description of the job duties: _____
     _____
     _____

### Media and Activities

46.  Do you or your spouse/partner maintain a blog or other online journal or personal website?
     [ ] Yes          [ ] No

12

Juror No. _____

(a)   If yes, please describe: _____

_____

47.   Do you regularly use and make comments on social networking web sites, such as
      Facebook, Instagram, LinkedIn, or Twitter?
      [ ] Yes                [ ] No

      (a)   If yes, please describe the categories of things you comment on: _____

      _____

      _____

**General Opinions and Beliefs about the Criminal Justice System**

48.   The indictment in this case is merely an accusation and not evidence of guilt. Would you
      have any difficulty treating the indictment as an accusation and not evidence of guilt?
      [ ] Yes                [ ] No

      (a)   If yes, please explain: _____

      _____

49.   A defendant in a criminal trial has no obligation to testify. Jurors cannot draw any
      conclusion from the fact that a defendant chooses not to testify. The fact that a defendant
      may choose not to testify cannot be a factor in reaching your verdict.  Would you have
      any difficulty following these rules?
      [ ] Yes                [ ] No

      (a)   If yes, please explain: _____

      _____

50.   A defendant is presumed innocent and cannot be convicted unless the jury, based on all
      the evidence, unanimously decides that his or her guilt has been proved beyond a
      reasonable doubt. The burden of proving guilt rests entirely on the government.  A
      defendant has no obligation to prove his or her innocence. Would you have any difficulty
      following these rules?
      [ ] Yes          [ ] No          [ ] Unsure

      (a)   If yes or unsure, please explain: _____

      _____

51.   Sometimes witnesses who testify are given immunity from prosecution or otherwise
      lenient treatment by the government. As to such a witness, would that fact alone prevent
      you from believing that person, even before you have heard any of his or her testimony?
      [ ] Yes          [ ] No          [ ] Unsure

Juror No. _____

(a)    If yes or unsure, please explain: _____

_____

_____

52.    Would you give any more or less weight to the testimony of a law enforcement officer than to testimony of any other witnesses solely because of his or her employment in law enforcement?

[ ] Yes            [ ] No            [ ] Unsure

(a)    If yes or unsure, please explain: _____

_____

### Connection to the Defendant

53.    Do you, a family member, or any close friend know or have any connection (personal, political, and/or business) to David Alcorn, Aghee William Smith, II, Thomas L. Barnett, Norma Jean Coffin, Daryl G. Bank, Billy J. Seabolt, Raeann Gibson, Kent Maerki, Tony Sellers, Roger Hudspeth, or to any member of their respective families you are aware of, or to any other person you are aware of who has a close personal connection to David Alcorn, Aghee William Smith, II, Thomas L. Barnett, Norma Jean Coffin, Daryl G. Bank, Billy J. Seabolt, Raeann Gibson, Kent Maerki, Tony Sellers, or Roger Hudspeth, including anyone who is to your knowledge their current or former close friends, clients, associates, employees, or co-workers?

| (Check all that apply) | Self | Family member | Close friend |
|---|---|---|---|
| Know David Alcorn | [ ] | [ ] | [ ] |
| Know David Alcorn's family or close personal connections | [ ] | [ ] | [ ] |
| Know Aghee William Smith, II | [ ] | [ ] | [ ] |
| Know Aghee Smith's family or close personal connections | [ ] | [ ] | [ ] |
| Know Thomas L. Barnett | [ ] | [ ] | [ ] |
| Know Thomas L. Barnett's family or close personal connections | [ ] | [ ] | [ ] |
| Know Norma Jean Coffin | [ ] | [ ] | [ ] |
| Know Norma Jean Coffin's family or close personal connections | [ ] | [ ] | [ ] |

14

Juror No. _____

| | | | |
|---|---|---|---|
| Know Daryl G. Bank | [ ] | [ ] | [ ] |
| Know Daryl G. Bank's family or close personal connections | [ ] | [ ] | [ ] |
| | | | |
| Know Billy J. Seabolt | [ ] | [ ] | [ ] |
| Know Billy J. Seabolt's family or close personal connections | [ ] | [ ] | [ ] |
| | | | |
| Know Raeann Gibson | [ ] | [ ] | [ ] |
| Know Raeann Gibson's family or close personal connections | [ ] | [ ] | [ ] |
| | | | |
| Know Kent Maerki | [ ] | [ ] | [ ] |
| Know Kent Maerki's family or close personal connections | [ ] | [ ] | [ ] |
| | | | |
| Know Tony Sellers | [ ] | [ ] | [ ] |
| Know Tony Sellers' family or close personal connections | [ ] | [ ] | [ ] |
| | | | |
| Know Roger Hudspeth | [ ] | [ ] | [ ] |
| Know Roger Hudspeth's family or close personal connections | [ ] | [ ] | [ ] |

(a)   If yes, please explain: _____

_____

_____

_____

54.   Have you, your spouse/significant other, any family members or any close friends ever done any of the following in support of defense or government efforts concerning allegations of criminal wrongdoing by David Alcorn, Aghee William Smith, II, Thomas L. Barnett, Norma Jean Coffin, Daryl G. Bank, Billy J. Seabolt, Raeann Gibson, Kent Maerki, Tony Sellers, or Roger Hudspeth? (If yes, check all that apply).
[ ] Yes        [ ] No

| | | Self | Spouse/ sig. other | Family member | Close Friend |
|---|---|---|---|---|---|
| (a) | Wrote a letter to the editor | [ ] | [ ] | [ ] | [ ] |
| (b) | Signed a petition | [ ] | [ ] | [ ] | [ ] |

15

Juror No. _____

| | | | | | |
|---|---|---|---|---|---|
| (c) | Posted a comment online | [ ] | [ ] | [ ] | [ ] |
| (d) | Received an email or other communication seeking financial or other support | [ ] | [ ] | [ ] | [ ] |

(e)   If yes, please explain: _____

_____

_____

### Case Questions

55.   The defendants, David Alcorn, Aghee William Smith, II, Thomas L. Barnett, & Norma Jean Coffin, are charged with conspiracy to commit mail fraud and wire fraud, and wire fraud. David Alcorn and Norma Jean Coffin are also charged with money laundering. Have you seen, heard or read anything about this case?
[ ] Yes          [ ] No

56.   How closely have you followed the news about this case?
[ ] Very closely
[ ] Somewhat closely
[ ] Not very closely
[ ] Not at all

57.   Please indicate from what source(s) you heard about the case. If you answered "not at all" to question 56, please skip this question. (Check all that apply.)

(a)   [ ] Television
[ ] Newspapers
[ ] Magazines
[ ] Radio
[ ] Internet
[ ] Blog/chatroom
[ ] Personal knowledge of defendant(s) or their family, friends or acquaintances
[ ] Personal knowledge of potential witnesses in this case
[ ] Personal conversations with others in the community
[ ] Overheard others discussing the case
[ ] Other sources of information (list): _____

_____

(b)   Please describe the sources for any of the options checked above: _____

_____

_____

_____

_____

_____

_____

16

Juror No. _____

58.     Have you expressed an opinion about this case or about those involved to anyone, either
        through conversations or through writing to any newspaper, magazine, or publication;
        calling in to any television or radio program; or posting comments or likes on the
        Internet?
        [ ] Yes          [ ] No

        (a)     If yes, what were the circumstances and what opinion did you express? _____

        _____

        _____

        _____

59.     Do you or any member of your immediate family or close personal friends know
        anyone who has covered this case or investigation for any media outlet?
        [ ] Yes          [ ] No

        (a)     If yes, please explain: _____

        _____

60.     If you have heard about this case in the news media or otherwise, will you be able to set
        aside what you have heard, listen to the evidence in this case, and be fair to both sides?
        [ ] Yes          [ ] No

        (a)     If no, please explain: _____

        _____

        _____

61.     If, after hearing all of the evidence in this case, you concluded that the government had
        proved beyond a reasonable doubt that David Alcorn, Aghee William Smith, II, Thomas
        L. Barnett, and/or Norma Jean Coffin, is guilty, would you have any reservations in
        voting guilty?
        [ ] Yes          [ ] No          [ ] Unsure

        (a)     If yes or unsure, please explain: _____

        _____

        _____

        _____

62.     If, after hearing all of the evidence in this case, you concluded that the government had
        not proved beyond a reasonable doubt that David Alcorn, Aghee William Smith, II,
        Thomas L. Barnett, and/or Norma Jean Coffin, is guilty, would you have any
        reservations in voting not guilty?
        [ ] Yes          [ ] No          [ ] Unsure

        (a)     If yes or unsure, please explain: _____

        _____

        _____

Juror No. _____

63.     The judge presiding over this case is United States District Judge Raymond A. Jackson. Do you, anyone in your family, or any close personal friend know Judge Jackson or anyone else who works in this courthouse?
        [ ] Yes                    [ ] No

        (a)     If yes, please explain who you know and how: _____
        _____

64.     The prosecutors in this case are Melissa O'Boyle, Andrew Bosse, and Elizabeth Yusi.

        (a)     Do you know, or have you had any contact, either social or professional, with any individuals listed above, or any other member of the United States Attorney's Office or Department of Justice?
        [ ] Yes                [ ] No              [ ] Unsure

        (b)     If yes or unsure, please explain: _____
        _____
        _____

65.     The lead government law enforcement investigators in this case are Special Agents Jennifer Collins and Julie Shields of the of the Federal Bureau of Investigation (FBI), Special Agent Andrew Bowers of the Internal Revenue Service Criminal Investigation (IRS-CI), and Special Agent Jason Thomasson of the United States Postal Inspector Service (USPIS).

        (a)     Do you know, or have you had any contact, either social or professional, with any individuals listed above, or any other member of the FBI, IRS-CI, or USPIS?
        [ ] Yes                [ ] No              [ ] Unsure

        (b)     If yes or unsure, please explain: _____
        _____
        _____

66.     The attorneys representing the defendants in this case are Richard Scott Yarow, of the law firm Richard S. Yarow LLC, Gregory K. Matthews, of the law firm Gregory K. Matthews, PC, Anthony Michael Gantous, of Anchor Legal Group, PLLC, and Lindsay Jo McCaslin and Andrew Grindrod, Federal Public Defenders.

        (a)     Do you know, have you or a family member been a client of, or have you had any contact, either social or professional, with the individual listed above, or any other member of the law firms listed above?
        [ ] Yes                [ ] No              [ ] Unsure

        (b)     If yes or unsure, please explain: _____
        _____
        _____

18

Juror No. _____

67.   Other than what you have already explained, do you or any member of your immediate family or close personal friend know anyone who may be associated in any capacity with this case, its investigation, or its preparation for either the government or one of the defendants?

[ ] Yes          [ ] No

(a)   If yes, please explain: _____

_____

_____

_____

68.   Do you have a personal or professional relationship with any of the following individuals? (Check all that apply.)

| | | Yes | No | Unsure |
|---|---|---|---|---|
| 1. | Donald Anderson | [ ] | [ ] | [ ] |
| 2. | Robert Anderson | [ ] | [ ] | [ ] |
| 3. | Charlotte Annas | [ ] | [ ] | [ ] |
| 4. | Teresa Austin | [ ] | [ ] | [ ] |
| 5. | Brian Avery | [ ] | [ ] | [ ] |
| 6. | Teresa Avery | [ ] | [ ] | [ ] |
| 7. | Margaret Babitch | [ ] | [ ] | [ ] |
| 8. | Debra Barry | [ ] | [ ] | [ ] |
| 9. | J. Michael Barry | [ ] | [ ] | [ ] |
| 10. | Peggy Barry | [ ] | [ ] | [ ] |
| 11. | Alan Baskin | [ ] | [ ] | [ ] |
| 12. | Coleman Bazelon | [ ] | [ ] | [ ] |
| 13. | Sharyon Bean | [ ] | [ ] | [ ] |
| 14. | Wilfried Berndt | [ ] | [ ] | [ ] |
| 15. | Bonnie Berndt | [ ] | [ ] | [ ] |
| 16. | Bob Berrett | [ ] | [ ] | [ ] |
| 17. | Denise Brown | [ ] | [ ] | [ ] |
| 18. | Jeff Browne | [ ] | [ ] | [ ] |
| 19. | Teresa Busch | [ ] | [ ] | [ ] |
| 20. | Richard Busch | [ ] | [ ] | [ ] |
| 21. | Gary Clapper | [ ] | [ ] | [ ] |
| 22. | Darryl Clark | [ ] | [ ] | [ ] |
| 23. | Ruth Clark | [ ] | [ ] | [ ] |
| 24. | Paul Coffin | [ ] | [ ] | [ ] |
| 25. | Arthur Copeland | [ ] | [ ] | [ ] |
| 26. | Roger Courson | [ ] | [ ] | [ ] |
| 27. | Susan Courson | [ ] | [ ] | [ ] |
| 28. | Irene Dafoe | [ ] | [ ] | [ ] |
| 29. | Nathaniel Dodson | [ ] | [ ] | [ ] |
| 30. | Tuesday Douglas | [ ] | [ ] | [ ] |

19

Juror No. _____

| | | | | |
|---|---|---|---|---|
| 31. | L. Doug Dunn | [ ] | [ ] | [ ] |
| 32. | Rosie Eads | [ ] | [ ] | [ ] |
| 33. | John English | [ ] | [ ] | [ ] |
| 34. | Jeff Eschrich | [ ] | [ ] | [ ] |
| 35. | Constance Flammang | [ ] | [ ] | [ ] |
| 36. | Matthew Fowles | [ ] | [ ] | [ ] |
| 37. | Rick Fernandez | [ ] | [ ] | [ ] |
| 38. | Raelene Gastman | [ ] | [ ] | [ ] |
| 39. | Nicholas Gentile | [ ] | [ ] | [ ] |
| 40. | Kyle Gerek | [ ] | [ ] | [ ] |
| 41. | Raeann Gibson | [ ] | [ ] | [ ] |
| 42. | Alan Ginn | [ ] | [ ] | [ ] |
| 43. | Carol Goff | [ ] | [ ] | [ ] |
| 44. | Sunshine Grissom | [ ] | [ ] | [ ] |
| 45. | Vanaleen Hatfield | [ ] | [ ] | [ ] |
| 46. | Laura Houston | [ ] | [ ] | [ ] |
| 47. | Roger Hudspeth | [ ] | [ ] | [ ] |
| 48. | Sylvester Hullum | [ ] | [ ] | [ ] |
| 49. | Patricia Hundley | [ ] | [ ] | [ ] |
| 50. | John Hutchinson | [ ] | [ ] | [ ] |
| 51. | David Idigpio | [ ] | [ ] | [ ] |
| 52. | Deborah Jenkins | [ ] | [ ] | [ ] |
| 53. | Derek Jones | [ ] | [ ] | [ ] |
| 54. | Helen Larson | [ ] | [ ] | [ ] |
| 55. | Edward Lichtig | [ ] | [ ] | [ ] |
| 56. | Justin Lira | [ ] | [ ] | [ ] |
| 57. | Lawrence Lyon | [ ] | [ ] | [ ] |
| 58. | Alain Martell | [ ] | [ ] | [ ] |
| 59. | Ray Martin | [ ] | [ ] | [ ] |
| 60. | Shelley Maule | [ ] | [ ] | [ ] |
| 61. | Dennis McCrumb | [ ] | [ ] | [ ] |
| 62. | Linda McRae | [ ] | [ ] | [ ] |
| 63. | Peter Melley | [ ] | [ ] | [ ] |
| 64. | Peter Moncure | [ ] | [ ] | [ ] |
| 65. | Nannette Moore | [ ] | [ ] | [ ] |
| 66. | Glenda Mounce | [ ] | [ ] | [ ] |
| 67. | Susan Newell | [ ] | [ ] | [ ] |
| 68. | Gary Norman | [ ] | [ ] | [ ] |
| 69. | Darcy Oliver | [ ] | [ ] | [ ] |
| 70. | Jon Palmieri | [ ] | [ ] | [ ] |
| 71. | Amos Parker | [ ] | [ ] | [ ] |
| 72. | Peter Perry | [ ] | [ ] | [ ] |
| 73. | Dee Pinkston | [ ] | [ ] | [ ] |
| 74. | Adan Rangel | [ ] | [ ] | [ ] |
| 75. | Nancy Reed | [ ] | [ ] | [ ] |
| 76. | Carole Reisinger | [ ] | [ ] | [ ] |

Juror No. _____

| | | | | |
|---|---|---|---|---|
| 77. | Thomas Reynolds | [ ] | [ ] | [ ] |
| 78. | Matthew Roth | [ ] | [ ] | [ ] |
| 79. | Barbara Russell | [ ] | [ ] | [ ] |
| 80. | Tony Sellers | [ ] | [ ] | [ ] |
| 81. | Brian Semple | [ ] | [ ] | [ ] |
| 82. | Robert Semple | [ ] | [ ] | [ ] |
| 83. | Stanley Seret | [ ] | [ ] | [ ] |
| 84. | Brian Smith | [ ] | [ ] | [ ] |
| 85. | Lamont Smith | [ ] | [ ] | [ ] |
| 86. | Roger Smith | [ ] | [ ] | [ ] |
| 87. | Grecie Suarez | [ ] | [ ] | [ ] |
| 88. | Ken Sykes | [ ] | [ ] | [ ] |
| 89. | Sandra Takashi | [ ] | [ ] | [ ] |
| 90. | Glenn Takeda | [ ] | [ ] | [ ] |
| 91. | Allan Tilles | [ ] | [ ] | [ ] |
| 92. | Andrea Tottossy | [ ] | [ ] | [ ] |
| 93. | Joe Tottossy | [ ] | [ ] | [ ] |
| 94. | Terri Walsh | [ ] | [ ] | [ ] |
| 95. | Charles West | [ ] | [ ] | [ ] |
| 96. | Kimberly "Max" White | [ ] | [ ] | [ ] |
| 97. | Michael J. Wilhelm | [ ] | [ ] | [ ] |
| 98. | Arthur Willis | [ ] | [ ] | [ ] |
| 99. | Wing Wong | [ ] | [ ] | [ ] |
| 100. | Michelle Yee | [ ] | [ ] | [ ] |
| 101. | Phillip Yee | [ ] | [ ] | [ ] |
| 102. | William Yee | [ ] | [ ] | [ ] |
| 103. | Lucille Zenke | [ ] | [ ] | [ ] |
| 104. | Aaron Bobkin | [ ] | [ ] | [ ] |
| 105. | Bill Gray | [ ] | [ ] | [ ] |
| 106. | Dale Gray | [ ] | [ ] | [ ] |
| 107. | Bob Labine | [ ] | [ ] | [ ] |
| 108. | Bobby Jones | [ ] | [ ] | [ ] |
| 109. | Jon Palmieri | [ ] | [ ] | [ ] |
| 110. | Peter Lewis | [ ] | [ ] | [ ] |
| 111. | Tom Littler | [ ] | [ ] | [ ] |

**Conclusion**

69. Do you believe that if the law as given to you by the judge goes against your personal views of what the decision should be, you would tend to base your verdict on your personal views of the case?

   [ ] Yes           [ ] No

70. As a result of filling out this questionnaire, have you now formed any opinion about this case?

   [ ] Yes           [ ] No

21

Juror No. _____

    (a)     If yes, please explain: _____

_____

_____

71.    Is there any reason that you believe you should not sit as a juror in this case?

    [ ] Yes             [ ] No

    (a)     If yes, please explain:

_____

_____

72.    Other than civic duty, is there any reason that you would want to serve as a juror (or as foreperson of the jury) in this case?

    [ ] Yes             [ ] No

    (a)     If yes, please explain: _____

_____

73.    Is there any reason you have not already explained that you would not want to serve as a juror in this case?

    [ ] Yes             [ ] No

    (a)     If yes, please explain: _____

_____

74.    After being notified that you may serve as a juror in this case, did you discuss anything other than the possibility that you may be a juror on this case with anyone, including family, friends, and co-workers, etc.?

    [ ] Yes             [ ] No

    (a)     If yes, please explain to whom you discussed this case, the nature of what was discussed, and what, if any additional information, you learned as a result of those discussions: _____

_____

75.    After receiving this questionnaire and thus being notified that you may serve as a juror in this case, did you follow or access any media coverage or view or search out any information on the Internet concerning this case?

    [ ] Yes             [ ] No

    (a)     If yes, please explain: _____

_____

_____

Juror No. _____

76.   Is there anything else that you think the Court should know that might influence your ability to fairly and impartially judge the evidence in this case and to apply the law as instructed by the Court?

[ ] Yes                    [ ] No

(a)   If yes, please explain: _____

_____

_____

77.   Is there any matter you would prefer to discuss privately with the Judge?

[ ] Yes                    [ ] No

(a)   If yes, please explain: _____

_____

_____

_____

78.   Is there anything that was not asked that you believe is important to know about you as the court, government counsel, and defense counsel assess your suitability to serve as a fair and impartial juror?

_____

_____

_____

**INSTRUCTION:  WHEN YOU HAVE FINISHED ANSWERING ALL OF THE QUESTIONS,  PLEASE  COMPLETE  PAGE  24,  THE  SIGNATURE  PAGE.**

Juror No. _____

## SIGNATURE PAGE

I,_____, hereby declare under

(Print Your Name)

penalty of perjury that the foregoing answers set forth in this Jury Questionnaire are true and

correct to the best of my knowledge and belief. I have not discussed my answers with others, or

received assistance in completing the questionnaire. I have answered all of the above questions

in this Jury Questionnaire myself.


**I FURTHER UNDERSTAND THAT I AM NOT TO DISCUSS THIS CASE WITH ANYONE OR SEEK OUT, LISTEN TO, OR READ ANY MATERIAL ABOUT THIS CASE IN THE MEDIA, ON THE INTERNET OR ELSEWHERE UNTIL THE JUDGE IN THIS CASE HAS INSTRUCTED ME OTHERWISE.**

Executed in the Eastern District of Virginia, on this_____day of _____, 2021.


_____

(Your Signature)

24

Juror No. _____

## **EXPLANATION SHEETS**

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Juror No. _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Juror No. _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Juror No. _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Juror No. _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____