SECTIONS

 Jumble Daily & Crossword Play Now



**LEARN MORE ABOUT SUBSCRIPTIONS**

How Virginia Beach lost Something in the Water

Businessman who bribed former Norfolk Sheriff Bob McCabe pleads guilty

757Teamz picks: Phoebus a[...] to battle fo[...]

COURTS & CRIME    NEWS

# Hampton Roads residents swindled by man barred from selling securities in 1980s, feds say

By SCOTT DAUGHERTY
STAFF WRITER   |   MAR 25, 2019



Kent Maerki was indicted March 21, 2019, in U.S. District Court on mail and wire fraud charges. (YouTube screencap)

# NORFOLK

In 1984, the Securities and Exchange Commission ordered Kent Maerki to stop selling securities.

And in 1988, the National Association of Securities Dealers barred him from working in the securities industry.

So what did he do in late 2010 and early 2011? Start two sham companies to swindle investors with fraudulent securities, according to federal prosecutors.

Maerki, his wife, Norma Jean Coffin, and four others were indicted last week in U.S. District Court in Norfolk on mail and wire fraud charges.

ADVERTISEMENT

Arrest warrants were issued Thursday.

Federal prosecutors declined to comment on the indictment. Court documents do not identify any defense attorneys.

The charges involve the sale of $25,000 franchises for a chain of dentist offices called Dental Support Plus that never opened, as well as the sale of Federal Communications Commission spectrum licenses. Many of the victims lived in Hampton Roads.

The charges also relate to another federal case currently pending in Norfolk. Daryl Bank, Raeann Gibson and Billy Seabolt are set to stand trial in June on charges relating to the sale of the same investments.

The new indictment alleges Maerki, 76, and his co-conspirators lied about the investment opportunities they were offering, both in advertisements and in sales pitches. Regarding the dental practices, the company falsely claimed investors would own "fully-managed" franchises that had five-year track records of producing "annual profits up to 40 (percent) or more." In fact, the indictment said, the company didn't have even one franchise up and running.

The alleged FCC scam involved a company called Janus Spectrum. Prosecutors said Maerki falsely claimed Sprint and other companies were going to "need" the

FEEDBACK

800 MHz spectrum he was selling even though it could not be used for broadband transmission.

The cost of obtaining some of the spectrum licenses could have been as low as a few hundred dollars, the indictment said. Some investors spent $50,000 or more.

"Why isn't everyone doing this? Simply, they haven't learned about it yet," Maerki said in a promotional video entitled, "Money from Thin Air."

To settle a 1985 lawsuit filed by the Federal Trade Commission, Maerki agreed to stop misrepresenting the value of FCC spectrum licenses, the indictment said.

In March 2014, Maerki and his business partner, David Alcorn, caused Janus Spectrum to file for bankruptcy. They didn't, however, "stop selling the fraudulent spectrum investments nor inform potential investors that the company had filed for bankruptcy," the indictment said.

Much of the money received by the companies was diverted to Maerki or used to pay off early investors to make it appear as if the investments were solid, according to the indictment.

The SEC filed a lawsuit in 2015 against Maerki and Alcorn regarding Janus Spectrum. The court eventually ordered them to pay more than $7 million.

**LATEST COURTS & CRIME**

Norfolk police arrest wanted homicide suspect in Chesapeake
46m

58-year-old man arrested in connection with fatal shooting in Portsmouth; police looking for second suspect
OCT 6, 2021

Convicted wildlife smuggler 'Lizard King' charged with trafficking Florida turtles to China, Japan
OCT 6, 2021

Businessman who bribed former Norfolk Sheriff Bob McCabe pleads guilty
OCT 6, 2021

Miami mansion of original "Scarface" Al Capone sells for $15.5M
OCT 5, 2021

FEEDBACK

In addition to Maerki and his wife, the indictment names Alcorn and three insurance salesmen — Aghee William Smith II, Tony Sellers and Thomas Barnett. The Maerkis and Alcorn live in Arizona. The salesmen live in California and Idaho.

____

*The screencap above is from* a video *that appears to have been posted publicly by Kent Maerki.*

Scott Daugherty, 757-446-2343, scott.daugherty@pilotonline.com

Topics: Kent Maerki, David Alcorn, Daryl Bank, Dental Support Plus, Janus Spectrum, Securities And Exchange Commission, National Association Of Securities Dealers

Scott Daugherty   

Scott Daugherty serves as a digital editor for The Virginian-Pilot and Daily Press. Previously, he worked as a team leader and reporter for the two newspapers. Before joining The Pilot in 2012, he covered police and courts for The Capital in Annapolis, Md. and The Mercury in Manhattan, Kan.

Taboola Feed

**Cadillac's Thrilling New Lineup Is Finally Here**
2021 Cadillac SUVS | Search Ads | Sponsored

**Scientists Say They've Pinpointed The Place Where Every Human Came From**
maternityweek.com | Sponsorizzato

**Most Dog Owners Don't Know This Sign of Illness (It's More Common Than You Think)**
www.dogfoodexposed.com | Sponsorizzato

**3 Toxic Foods For Dogs: The One Meat You Should Never Feed Your Dog**

**Dr. Marty** | Sponsored

**Your Dog Feels Better When They Eat Better. Try The Farmer's Dog**

The Farmer's Dog | Sponsorizzato

**Blaze Grills On Sale**

BBQ Grills | sponsored searches | Sponsorizzato

**Traeger Blaze & American Grills On Sale**

Best Selling Grills | Search Ads | Sponsored

# You May Like

Sponsored Links by Taboola

**Tommy Chong: The Horrifying Truth About CBD**

Tommy Chong's CBD

**1 Simple Way To Detox Your Liver**

1MD

**Randy Jackson: This 3 Minute Routine Transformed My Health**

Unify Health Labs

**Couple Makes A Bet: No Eating Out, No Cheat Meals, No Alcohol. A Year After, This Is Them**

HealthyGem

FEEDBACK

ADVERTISEMENT

## CONNECT

   

## TRIBUNE PUBLISHING

| | |
|---|---|
| Chicago Tribune | The Baltimore Sun |
| New York Daily News | Orlando Sentinel |
| Sun Sentinel of Fla. | The Morning Call of Pa. |
| Hartford Courant | Daily Press of Va. |
| The Daily Meal | Studio 1847 |

## COMPANY INFO

| | |
|---|---|
| Careers | Contact us |
| Place an ad | Help Center |
| Archives | Classifieds |
| Privacy policy | Terms of service |
| Manage Web Notifications | ePilot |
| Local print ads | About The Virginian-Pilot |

FEEDBACK

Copyright © 2021, The Virginian-Pilot