1

DAVID A. SMYTH, **SBN 058339**
Attorney at Law
3478 Buskirk Ave., #1000
Pleasant Hill, CA   94523
**Tel:** 925/933-4541
**Fax:** 925/932-7077
*dsmyth2_@hotmail.com*

Attorney for Debtors
AGHEE WILLIAM SMITH, II and
SUSAN BLAIR SMITH

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| In re: | CHAPTER     7 |
| | CASE NO.     2019-25091 |
| AGHEE WILLIAM SMITH, II and SUSAN BLAIR SMITH, | |
| | **ORDER GRANTING SUBSTITUTION OF ATTORNEYS** |
| _____Debtors._____/ | |

The debtors and their previous attorney having signed and filed a Substitution of

Attorneys and good cause appearing;

**IT IS HEREBY ORDERED** that David A. Smyth is now the debtors' attorney of record

in this matter in place and stead of Attorney Seth L. Hanson.

Dated: July 16, 2020

_____
United States Bankruptcy Judge

RECEIVED
June 23, 2020
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0006793252

1