IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
*Norfolk Division*

UNITED STATES OF AMERICA,

v.   Case No. 2:19-cr-47-3

AGHEE WILLIAM SMITH, II,

## NOTICE OF APPEARANCE

Notice is hereby given that Andrew W. Grindrod of the Office of the Federal Public Defender for the Eastern District of Virginia will serve as co-counsel to Lindsay Jo McCaslin in representing the defendant, Aghee William Smith, II, in the above-captioned case.

Respectfully submitted,

_____/s/_____
Andrew W. Grindrod
Virginia State Bar No. 83943
Office of the Federal Public Defender
150 Boush Street, Suite 403
Norfolk, Virginia 23510
757-457-0800 (telephone)
757-457-0880 (telefax)
Andrew_Grindrod@fd.org