IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
*Norfolk Division*

UNITED STATES OF AMERICA,

v.

AGHEE WILLIAM SMITH, II,

Defendant.

Criminal Nos.  2:19-cr-47-3

**ORDER**

Upon motion of the defendant, the Court finds that sealing Exhibit 1 of the Reply for Indigent Defendant's Noncustodial Transportation to Court for Trial & for Funding of Lodging During Trial is appropriate and necessary to protect against the disclosure of sensitive information in the pending case.

It is hereby ORDERED that said relevant portion of the Motion for Compassionate Release be sealed.

ENTERED this _____ day of October 2021.

_____
Honorable Raymond A. Jackson
UNITED STATES DISTRICT JUDGE

I ask for this:
_____/s/_____
Lindsay J. McCaslin
Virginia State Bar No. 78800

Andrew W. Grindrod
Virginia State Bar No.  83943

Assistant Federal Public Defender
Office of the Federal Public Defender
150 Boush Street, Suite 403
Norfolk, Virginia 23510
Telephone: 757-457-0800
Facsimile: 757-457-0880
Email:  lindsay_mccaslin@fd.org
            andrew_grindrod@fd.org

1