IN THE UNITED STATE COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 2:19CR47 |
| | ) | |
| v. | ) | |
| | ) | |
| DAVID ALCORN, | ) | |
| | ) | |
| AGHEE WILLIAM SMITH II, & | ) | |
| | ) | |
| NORMA JEAN COFFIN | ) | |
| | ) | |
| Defendants. | ) | |

GOVERNMENT'S NOTICE OF EXPERT TESTIMONY

Pursuant to Fed. R. Crim. P. 16(a)(1)(G), Fed. R. Evid. 702, 703 and 705, and the Agreed Discovery Orders (ECF Nos. 45, 47, 50, 52), the United States of America, through its attorneys, Jessica D. Aber, United States Attorney, and Melissa E. O'Boyle, Elizabeth M. Yusi, and Andrew C. Bosse, Assistant United States Attorneys, hereby provides notice that it may introduce expert testimony from the following in its case-in-chief and in rebuttal:

**A. Coleman Bazelon**

Mr. Bazelon's testimony will be based on his knowledge, skills, training, and experience in the area of wireless regulation and related business sectors, including license auctions and spectrum management. Mr. Bazelon will provide fact and/or opinion testimony in these areas, which include the facts and/or opinions provided in his report. *See* Exhibit A, Expert Report of Coleman Bazelon. Mr. Bazelon's testimony will be based, in part, upon his analysis of the items listed in Appendix I of his report.

To the extent the testimony described above is considered to be expert testimony within the meaning of Federal Rule of Evidence 702, this filing provides notice of such testimony.

Respectfully submitted,

Jessica D. Aber
United States Attorney

By:     /s/
Elizabeth M. Yusi
Melissa E. O'Boyle
Andrew C. Bosse
Assistant United States Attorneys
United States Attorney's Office
8000 World Trade Center
101 West Main Street
Norfolk, VA 23510
Office Number: 757-441-6331
Facsimile Number: 757-441-6689
elizabeth.yusi@usdoj.gov
melissa.oboyle@usdoj.gov
andrew.bosse@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on the 1st of November, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification to registered counsel.

/s/
Elizabeth M. Yusi
Assistant United States Attorney