IN THE UNITED STATE COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Norfolk Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 2:19CR47 |
| | ) | |
| v. | ) | |
| | ) | |
| DAVID ALCORN, | ) | |
| | ) | |
| AGHEE WILLIAM SMITH II, | ) | |
| | ) | |
| THOMAS L. BARNETT, & | ) | |
| | ) | |
| NORMA JEAN COFFIN, | ) | |
| | ) | |
| Defendants. | ) | |

**GOVERNMENT'S RESPONSE TO DEFENDANTS'**
**MOTION FOR ADDITIONAL PEREMPTORY STRIKES**

The United States of America, through its undersigned counsel, respectfully files this response to defendants' motion for additional peremptory strikes, ECF No. 212.  The government has no objection to the defendants' request for two additional peremptory challenges per defendant, for a total of eighteen peremptory strikes.  However, the government respectfully requests four additional peremptory strikes, for a total of ten peremptory strikes, so as to maintain the 10/6 ratio contemplated by Rule 24. See FED. R. CRIM. P. 24, 2002 amend. (stating that if court grants additional peremptory challenges to defendants, "the prosecution may request additional challenges in a multi-defendant case, not to exceed the total number available to the defendants jointly.)

      Respectfully submitted,

      Jessica D. Aber
      United States Attorney

By:     /s/
      Elizabeth M. Yusi
      Melissa E. O'Boyle
      Andrew C. Bosse
      Assistant United States Attorneys
      United States Attorney's Office
      8000 World Trade Center
      101 West Main Street
      Norfolk, VA 23510
      Office Number: 757-441-6331
      Facsimile Number: 757-441-6689
      elizabeth.yusi@usdoj.gov
      melissa.oboyle@usdoj.gov
      andrew.bosse@usdoj.gov

CERTIFICATE OF SERVICE

      I hereby certify that on the 2nd of November, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification to registered counsel.

                                                    /s/
                                      Elizabeth M. Yusi
                                      Assistant United States Attorney