IN THE UNITED STATE COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Norfolk Division

| UNITED STATES OF AMERICA | ) | Criminal No. 2:19CR47 |
|---|---|---|
| v. | ) | |
| DAVID ALCORN, | ) | |
| AGHEE WILLIAM SMITH II, | ) | |
| THOMAS L. BARNETT, & | ) | |
| NORMA JEAN COFFIN, | ) | |
| Defendants. | ) | |

**GOVERNMENT'S PROPOSED PRE-VOIR DIRE STRIKES FOR CAUSE**

The United States of America, through its undersigned counsel, respectfully files its proposed pre-voir dire strikes for cause based on the venire panel's responses to the juror questionnaire used in this case. The chart below lists the juror number and a brief summary of the reason or reasons for the motions to strike.

| JUROR NUMBER | REASON FOR PROPOSED PRE-VOIR DIRE STRIKE FOR CAUSE |
|---|---|
| 11 | Planned travel during trial in December |
| 12 | Health concerns and claimed inability to understand questionnaire |
| 15 | Impending birth of grandchild; elder caretaker; concern with judging others |
| 22 | Planned travel during trial in December |
| 34 | Financial hardship and potential bias |
| 40 | International travel during trial |
| 43 | Full-time college student |
| 45 | Planned travel during trial in December |
| 58 | Financial hardship and claimed bias and inability to follow court instructions |
| 62 | Multiple statements of inability to judge |
| 65 | Major surgery scheduled for early December |
| 67 | Financial hardship – commission-only salary |
| 71 | Planned travel during trial in December |

| | |
|---|---|
| 73 | Planned travel during trial in December |
| 74 | Planned travel during trial in November |
| 76 | Planned travel during trial in November |
| 77 | Planned travel during trial in November |
| 84 | Planned travel for out-of-state graduation |
| 96 | Physician with covid patients |
| 103 | Medical concerns making it difficult to sit |
| 104 | Financial hardship |
| 106 | Financial hardship |
| 110 | Planned travel and work travel; potential bias |
| 112 | Inability to sit in judgment and make decisions; potential bias |
| 113 | Claimed inability to sit in judgment of others |
| 115 | Financial issues; anxiety; difficulty sitting in judgment |
| 118 | Planned travel during trial in December |
| 132 | Financial hardship and primary caregiver for grandchild |
| 138 | Pre-booked work travel |
| 143 | High school teacher with prepaid travel |
| 147 | Prepaid international travel |
| 148 | Contracted performances out of state during trial |
| 156 | Planned travel during trial in November |
| 171 | Planned travel during trial in November |

Respectfully submitted,

Jessica D. Aber
United States Attorney

By:        /s/
Elizabeth M. Yusi
Melissa E. O'Boyle
Andrew Bosse
Assistant United States Attorneys
United States Attorney's Office
8000 World Trade Center
101 West Main Street
Norfolk, VA 23510
Office Number: 757-441-6331
Facsimile Number: 757-441-6689
elizabeth.yusi@usdoj.gov
melissa.oboyle@usdoj.gov
andrew.bosse@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on the 3rd of November, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification to registered counsel.

/s/
Elizabeth M. Yusi
Assistant United States Attorney