# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF VIRGINIA

### NORFOLK DIVISION
Tuesday, November 9, 2021

**MINUTES OF PROCEEDINGS IN** _____Open Court_____

**PRESENT:** THE HONORABLE Raymond A. Jackson, U.S. DISTRICT JUDGE

Deputy Clerk: _P. Thompson_____          Reporter: _Carol Naughton, OCR_

| Set: 2:30 p.m. | Started: 2:30 p.m. | Ended: 4:30 p.m. |
|---|---|---|

Case No.    2:19cr47

**United States of America**

v.

**David Alcorn, Aghee William Smith, II**
**Thomas L. Barnett and Norma Jean Coffic**

 AUSA's Melissa O'Boyle, Elizabeth Yusi, and Andrew Bosse appeared on behalf of the government.

 Richard Yarow, c/a appeared on behalf of David Alcorn. AFPD's Lindsay McCaslin and Andrew Grindrod appeared on behalf of Aghee William Smith, II, Anthony Gantos, c/a appeared on behalf of Thomas L. Barnett and Gregory Matthews, c/a appeared on behalf of Norma Jean Coffin. Defendants not present.

 Matter came on for Status Conference re: strikes for cause.

 Comments of the Court.

 The court reviewed counsel's proposed strikes for cause and struck  the following jurors:  11, 12, 15, 16, 22, 23, 28, 32, 34, 35, 40, 43, 44, 45, 46, 58, 62, 65, 67, 71, 73, 74, 75, 76, 77, 84, 96, 103, 104, 106, 108, 110, 118, 132, 138, 143, 147, 148, 156, 157, 159, 166 and 169.

 Court GRANTS Defendant Smith's #212 Motion for Additional Peremptory Challenges#219 Motion for Hearing to Assess Fifth Amendment Privilege of Daryl Bank, #221 Motion for Leave to Take Photographs of Courtroom Layout.

 Court to prepare an order.

 Court adjourned.