IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division



FILED
NOV 10 2021
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

UNITED STATES OF AMERICA,

v.  CRIMINAL ACTION NO. 2:19cr47

DAVID ALCORN,
AGHEE WILLIAM SMITH, II,
THOMAS L. BARNETT, &
NORMA JEAN COFFIN,

        Defendants.

### ORDER

Before the Court is Defendants' Joint Motion for Additional Peremptory Challenges. ECF No. 212. Defendants ask the Court to award two peremptory challenges to each individual defendant in this case in addition to the ten strikes already allotted to them collectively. *Id.* at 1. The Government has no objection to this Motion, and requests four additional peremptory strikes so as to maintain the ratio contemplated by Federal Rule of Criminal Procedure 24. ECF No. 244. Defendants object to the Government's request. ECF No. 257. Accordingly, this matter is now ripe for judicial determination.

Upon review of the memoranda of the parties, the Court finds that a hearing on this Motion is not necessary. Therefore, Defendants' Motion is **GRANTED** and the Government's request for four additional peremptory strikes is **GRANTED**.

The Court **DIRECTS** the Clerk to provide a copy of this Order to all parties.

**IT IS SO ORDERED**.

Norfolk, Virginia
November 10, 2021

                                                   UNITED STATES DISTRICT JUDGE