IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

UNITED STATES OF AMERICA,

v.  Criminal No. 2:19-cr-47

AGHEE WILLIAM SMITH, II,

    Defendants.

## ORDER

On this day, this matter came before the Court on the defendant's motion to permit the use of a hotspot for internet connectivity during trial. The Court finds that good cause has been shown and that the ends of justice served by taking such action. Accordingly, the defendants' motion is GRANTED.

It is so ORDERED.

_____
Honorable Raymond A. Jackson
United States District Judge

Date: _____
Norfolk, Virginia

I ASK FOR THIS:
By:  _____/s/_____
    Lindsay Jo McCaslin
    VSB No. 78800
    Andrew W. Grindrod
    VSB 83943
    Assistant Federal Public Defender
    Attorney for Aghee William Smith, II
    Office of the Federal Public Defender
    150 Boush Street, Suite 403
    Norfolk, Virginia 23510
    Telephone: 757-457-0800
    Telefax: 757-457-0880
    Email: lindsay_mccaslin@fd.org