# Yusi, Elizabeth (USAVAE)

| | |
|---|---|
| **From:** | Lindsay McCaslin <Lindsay_McCaslin@fd.org> |
| **Sent:** | Monday, October 25, 2021 10:49 AM |
| **To:** | Yusi, Elizabeth (USAVAE); Andrew Grindrod |
| **Cc:** | O'Boyle, Melissa (USAVAE); Bosse, Andrew (USAVAE) |
| **Subject:** | [EXTERNAL] RE: Alcorn et al Depositions |

We understand that you want to file today. At this time, we don't have a position for you to represent yet.

Lindsay J. McCaslin
Assistant Federal Public Defender
150 Boush Street, Suite 403
Norfolk, VA 23510
(757)457-0829

---

**From:** Yusi, Elizabeth (USAVAE) <Elizabeth.Yusi@usdoj.gov>
**Sent:** Monday, October 25, 2021 9:40 AM
**To:** Lindsay McCaslin <Lindsay_McCaslin@fd.org>; Andrew Grindrod <Andrew_Grindrod@fd.org>
**Cc:** O'Boyle, Melissa (USAVAE) <Melissa.OBoyle@usdoj.gov>; Bosse, Andrew (USAVAE) <Andrew.Bosse@usdoj.gov>
**Subject:** Alcorn et al Depositions

Lindsay and Andrew-

We plan to file the motion for Rule 15 depositions later today- do you have an answer we can proffer to the court regarding your position? If you can please let us know by 1pm today, we would appreciate it.

Thanks-

Elizabeth "Beth" Yusi
Assistant U.S. Attorney
U.S. Attorney's Office
  for the Eastern District of Virginia
101 W. Main Street, Suite 8000
Norfolk, VA 23510
(757) 441-3555
(757) 441-6689 (facsimile)
elizabeth.yusi@usdoj.gov