IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
*Norfolk Division*

UNITED STATES OF AMERICA,

v.  Criminal Nos. 2:19-cr-47-3

AGHEE WILLIAM SMITH, II,

    Defendant.

## ORDER

**AND NOW**, for good cause shown and finding that the interest of justice is served thereby, it is hereby **ORDERED** that the Defendant's Motion For Order Directing U.S. Marshal To Arrange For Indigent Defendant's Return Travel to Sacramento, California, is **GRANTED**. For the reasons stated in the motion, the Court finds that the defendant is financially unable to provide the necessary transportation. Accordingly, the Court **DIRECTS** the United States Marshal to arrange for Mr. Smith's means of noncustodial transportation to Sacramento, California, from Norfolk, Virginia, as soon as is practicable and to continue to provide lodging and subsistence until that time.

**IT IS SO ORDERED**

_____
Hon. Raymond A. Jackson
United States District Judge

Date:
Norfolk, Virginia

WE ASK FOR THIS:

Respectfully submitted,

1

2

AGHEE WILLIAM SMITH, II

By:_____/s/_____

Lindsay Jo McCaslin
VSB No. 78800

Andrew W. Grindrod
VSB 83943

Assistant Federal Public Defenders
Attorneys for Aghee William Smith, II
Office of the Federal Public Defender
150 Boush Street, Suite 403
Norfolk, Virginia 23510
Telephone: 757-457-0800
Telefax: 757-457-0880
Email:  lindsay_mccaslin@fd.org
             andrew_grindrod@fd.org

2