# UNITED STATES DISTRICT COURT
*EASTERN DISTRICT OF VIRGINIA*

**NORFOLK DIVISION**

Thursday, November 11, 2021

**MINUTES OF PROCEEDINGS IN**   Telephone Conference Call

**PRESENT**: THE HONORABLE Raymond A. Jackson, U.S. DISTRICT JUDGE

Deputy Clerk: *P. Thompson*                    REPORTER: Carol Naughton, OCR

| Set: 9:30 a.m. | Started: 9:25 a.m. | Ended: 9:50 a.m. |
|---|---|---|
| Case No.   2:19cr47 | | |
| **United States of America** | | |
| v. | | |
| **David Alcorn, Aghee William Smith, II and Thomas L. Barnett** | | |
| | | |
| | | |
| AUSA's Melissa O'Boyle, Elizabeth Yusi, and Andrew Bosse appeared on behalf of the government. | | |
| Richard Yarow, c/a appeared on behalf of David Alcorn. AFPD's Lindsay McCaslin and Andrew Grindrod appeared on behalf of Aghee William Smith, II, and Anthony Gantos, c/a appeared on behalf of Thomas L. Barnett. Defendants not present. | | |
| | | |
| Matter came on for Emergency Conference Call re: status of trail. | | |
| Comments of the Court. | | |
| Counsel Anthony Gantos advises Court of health issues related to Mr. Barnett. | | |
| Comments of counsel. | | |
| Court Continues jury trial but holds continuance in Abeyance until 3:00p.m. tomorrow pending receipt of medical records. | | |
| | | |
| Court adjourned. | | |
| | | |
| | | |
| | | |