IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division



FILED
NOV 1 2 2021
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

UNITED STATES OF AMERICA,

v.   CRIMINAL NO. 2:19-cr-47

DAVID ALCORN,
AGHEE WILLIAM SMITH, II, &
THOMAS L. BARNETT,

Defendant.

### ORDER

On November 11, 2021, the Court conducted a telephonic conference with counsel for all parties in the above-styled case. The Court learned that Defendant Thomas L. Barnett is medically unable to participate in trial because of COVID-19. Defendant Barnett is jointly scheduled for trial with two co-defendants beginning on November 16, 2021 and expected to last at least four weeks.

Having considered the provisions of 18 U.S.C. § 3161(h)(8)(B), the Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the Defendant in a speedy trial. Accordingly, pursuant to 18 U.S.C. § 3161(h)(8)(A), such delay from November 16, 2021 until the rescheduled date shall be excluded in computing speedy trial.

Accordingly, it is **ORDERED** that the above-styled case is continued, and the Courtroom Deputy will contact the parties to reschedule.

The Court **DIRECTS** the Clerk to provide a copy of this Order to all parties.

**IT IS SO ORDERED.**

Norfolk, Virginia
November 12, 2021

/s/
Mark S. Davis
Chief Judge