IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
*Norfolk Division*

UNITED STATES OF AMERICA,

v.

AGHEE WILLIAM SMITH, II,

Defendant.

Criminal No.  2:19-cr-47-3

## DEFENDANT'S UNOPPOSED MOTION
## FOR EXTENSION OF TIME TO FILE REPLIES

The defendant, Aghee William Smith, II, respectfully moves for a one-week extension to the defendants' time for filing replies to several government response briefs. On November 10, 2021, the government filed responses to various defense motions. *See* ECF Nos. 293, 294, 295, 296. Ordinarily, reply briefs would be due six days later, on November 16, 2021. *See* Loc. R. Crim. P. 47(F)(1) (providing that the "moving party may file a reply brief within six (6) calendar days after the service of the opposing party's response brief"). After the filing of the underlying defense motions and the government's responses, however, the November 16th trial date was continued. Defense counsel respectfully ask that a one-week extension to the reply deadline be granted to allow counsel to file more concise and well-researched replies. Because there is no longer a looming trial date, a one-week extension will not prejudice any of the parties and will still allow the Court to address these motions well in advance of trial if the Court so wishes.

Defense counsel has conferred with the Assistant United States Attorneys assigned to this case, and the government does not oppose the proposed one-week extension. Accordingly, we respectfully ask that replies to these responses be due on November 23, 2021.

Respectfully submitted,

AGHEE WILLIAM SMITH, II

By:_____/s/_____

Lindsay Jo McCaslin
VSB No. 78800

Andrew W. Grindrod
VSB 83943

Assistant Federal Public Defenders
Attorneys for Aghee William Smith, II
Office of the Federal Public Defender
150 Boush Street, Suite 403
Norfolk, Virginia 23510
Telephone: 757-457-0800
Telefax: 757-457-0880
Email:  lindsay_mccaslin@fd.org
　　　　andrew_grindrod@fd.org