IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
*Norfolk Division*

UNITED STATES OF AMERICA,

v.  Criminal Nos. 2:19-cr-47

AGHEE WILLIAM SMITH, II,

    Defendant.

## ORDER

**AND NOW**, for good cause shown and finding that the interest of justice is served thereby, it is hereby **ORDERED** that the subpoenas previously issued for *United States v. Alcorn, et al.*, be **CONTINUED** and **ENFORCEABLE** for the new trial date of February 1, 2022, at 10:00 a.m. at the Norfolk Federal Courthouse.

**IT IS SO ORDERED**

_____
Hon. Raymond A. Jackson
United States District Judge

Date:

Norfolk, Virginia

1

WE ASK FOR THIS:

Respectfully submitted,

AGHEE WILLIAM SMITH, II

By:_____/s/_____
Lindsay Jo McCaslin
VSB No. 78800

Andrew W. Grindrod
VSB 83943

Assistant Federal Public Defenders
Attorneys for Aghee William Smith, II
Office of the Federal Public Defender
150 Boush Street, Suite 403
Norfolk, Virginia 23510
Telephone: 757-457-0800
Telefax: 757-457-0880
Email:  lindsay_mccaslin@fd.org
         andrew_grindrod@fd.org