

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

**UNITED STATES OF AMERICA,**

v.                                                         **CRIMINAL NO. 2:19-cr-47**

**DAVID ALCORN,**
**AGHEE WILLIAM SMITH, II, &**
**THOMAS L. BARNETT,**

                     Defendant.

## *ORDER*

The Court has issued subpoenas in the above-styled case for witnesses to appear for trial, which was to commence on November 16, 2021. On November 12, 2021, the Court issued an order continuing trial. ECF No. 299. All witnesses who were previously subpoenaed are required to appear in Court for trial in this case, which is scheduled to begin on February 1, 2022. Counsel will contact each witness so subpoenaed to notify him or her when he or she must appear to testify. Accordingly, each subpoenaed witness is **ORDERED** to appear without the issuance of another subpoena. Failure to appear pursuant to the previously issued subpoena will subject a witness to contempt of court.

The Court **DIRECTS** the Clerk to provide a copy of this Order to counsel for all parties.

**IT IS SO ORDERED**.

Norfolk, Virginia
November 19, 2021

                                                  UNITED STATES DISTRICT JUDGE