**Declaration Respecting SB, KS, and VH**

Interview of SB

1. On November 4, 2021, SB was interviewed telephonically by three members of the Office of the Federal Public Defender for the Eastern District of Virginia ("FPD"). At the outset of the interview, the FPD members identified themselves by providing names, place of employment, and representation of the defendant, Aghee Smith. The FPD also confirmed with SB that she was not represented by a lawyer in this matter. During this interview, SB stated that she plans to move from her home in the Sacramento area of California to Northern Virginia to live with her son who has a home there.

2. On November 17, 2021, the FPD called SB to ask questions about her vaccination status. SB declined to answer any questions and expressed a desire not to speak to the FPD, so the FPD was unable to discern her vaccination status.

Attempted interview of KS

3. On November 17, 2021, the FPD called KS to ask questions about his vaccination status. KS did not answer and the FPD left a voicemail with contact information asking for a return call.

4. On November 19, 2021, the FPD called KS to ask questions about his vaccination status. KS did not answer and the FPD left a voicemail with contact information asking for a return call.

5. As of the date of this filing, KS has not returned the FPD's call. The FPD was unable to discern his vaccination status.

Attempted interview of VH

6. On November 17, 2021, the FPD called VH to ask about her vaccination status. VH did not answer and the FPD left a voicemail with contact information asking for a return call.

7. On November 19, 2021, the FPD called VH to ask questions about her vaccination status. KS did not answer and the FPD left a voicemail with contact information asking for a return call.

8. On November 19, 2021, the FPD received a return call from VH. VH stated that she wanted to speak with AUSA Yusi before speaking with us. She told the FPD she would call back after talking to AUSA Yusi.

9. As of the date of this filing, VH has not called back. The FPD was unable to discern her vaccination status.

I certify under penalty of perjury that the above statements are true and correct.

_Susan H Jones_                                           11.23.21

Susan Jones, FPD Investigator                             Date