# Andrew Grindrod

| | |
|---|---|
| **From:** | Andrew Grindrod |
| **Sent:** | Friday, November 19, 2021 1:01 PM |
| **To:** | Elizabeth.Yusi (Elizabeth.Yusi@usdoj.gov) |
| **Cc:** | Lindsay_McCaslin@fd.org; 'Bosse, Andrew (USAVAE)'; O'Boyle, Melissa (USAVAE) |
| **Subject:** | Vaccination status of KS, VH, and SB |

Hi Beth,

Does the government know the COVID-19 vaccination status of these witnesses who were deposed in Sacramento—KS, VH, and SB? If so, could you please tell us?

Best,

**Andrew W. Grindrod**
Assistant Federal Public Defender
150 Boush Street, Suite 403
Norfolk, Virginia 23510
Direct: (757) 457-0860
Fax: (757) 457-0880
Andrew_Grindrod@fd.org