

# DEPARTMENT OF THE TREASURY
### Internal Revenue Service
### Criminal Investigation

## Memorandum of Interview

| | | | |
|---|---|---|---|
| **Investigation #:** | 1000270554 | **Location:** | Phone Interview ▮▮▮ |
| **Investigation Name:** | DARYL BANK | | |
| **Date:** | September 28, 2021 | | |
| **Time:** | Approx. 2:20 p.m. to 2:46 p.m. | | |
| **Participant(s):** | V▮▮ H▮▮▮, Interviewee | | |
| | Andrew C. Bowers, Special Agent, IRS-CI | | |
| | Jason Thomasson, Postal Inspector | | |

On the above date and approximate time, Special Agent Bowers and Postal Inspector Thomasson interviewed V▮▮ H▮▮▮ (hereinafter V▮▮) by phone. Special Agent Bowers and Postal Inspector Thomasson had talked to V▮▮ on the phone the week prior, on September 21, 2021 – V▮▮ requested that the agents call her on September 28, 2021 so she could get her thoughts together. The following information was provided:

1. V▮▮ is married to S▮▮▮▮ H▮▮▮ (hereinafter S▮▮▮▮), they live at ▮▮▮▮▮ ▮▮▮▮▮▮▮▮ Antelope, CA 95843. Both V▮▮ and S▮▮▮▮ are retired. V▮▮ retired as a registered nurse in 2014. S▮▮▮▮ retired from Campbell's Soup in approximately 2010. S▮▮▮▮ will be 78 years old in November 2021. V▮▮ and S▮▮▮▮ have four children and 15 grandchildren. V▮▮ stated that S▮▮▮▮ is legally blind and is also in the early stages of dementia. V▮▮ then stated that S▮▮▮▮ is not able to travel. V▮▮ stated that it would also be difficult for her to travel because she needed to take care of S▮▮▮▮.



I prepared this memorandum on September 30, 2021 after refreshing my memory from notes made during and immediately after the interview with Vera Hullum.

Memorandum Author   Andrew C. Bowers
Special Agent, IRS-CI

Jason Thomasson
Postal Inspector