# Memorandum

Eastern District of Virginia
United States Attorney's Office



| Subject<br>*United States v. David Alcorn, Aghee William Smith, II, and Thomas L. Barnett*<br><br>Case No. 2:19cr47 | Date<br>January 7, 2022 |
|---|---|

To
Clerk's of the Court
U.S. District Court
Norfolk, VA 23510

From
Melissa E. O'Boyle
Assistant United States Attorney

      Please issue ten (10) blank subpoenas in the above- referenced case which is scheduled for a Jury Trial on February 1, 2022 at 10:00 a.m., in Norfolk before the Honorable Raymond A. Jackson, U.S. District Court Judge.

Thank you.