IN THE UNITED STATE COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Norfolk Division

| UNITED STATES OF AMERICA | ) | Criminal No. 2:19-cr-47 |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | |
| DAVID ALCORN, | ) | |
| | ) | |
| AGHEE WILLIAM SMITH II, | ) | |
| | ) | |
| & | ) | |
| | ) | |
| THOMAS BARNETT, | ) | |
| | ) | |
| Defendants. | ) | |

**<u>GOVERNMENT'S PROPOSED PRE-VOIR DIRE STRIKES FOR CAUSE</u>**

The United States of America, through its undersigned counsel, respectfully files its proposed pre-voir dire strikes for cause based on the venire panel's responses to the juror questionnaire used in this case. The chart below lists the juror number and a brief summary of the reason or reasons for the motion to strike.

| JUROR NUMBER | REASON FOR PROPOSED PRE-VOIR DIRE STRIKE FOR CAUSE |
|---|---|
| 8 | Planned out-of-state travel in February |
| 10 | Stated multiple times that she is not comfortable sitting in judgment of others; does not drive |
| 14 | Pre-planned business travel out of state and internationally |
| 18 | Potential bias on multiple questions |
| 19 | Scheduled vacation in February |
| 32 | Concerns about balancing two hour commute from Eastern Shore with other responsibilities |
| 47 | Teacher who expressed potential difficulties finding substitute |
| 51 | Necessary healthcare worker and travel in March |
| 54 | Stated multiple times he is not comfortable sitting in judgment of others |
| 56 | Teacher who expressed potential difficulties finding substitute |
| 63 | Language difficulty |

| | |
|---|---|
| 70 | Pre-paid travel in February |
| 73 | Unusual financial hardship |
| 77 | Planned out-of-state travel for birth of grandchild |
| 81 | Full-time student |
| 83 | Teacher who expressed potential difficulty finding substitute |
| 93 | Virginia Beach Public Defender with heavy trial schedule |
| 95 | Travel for work and potential bias |
| 96 | Student with medical concerns |
| 98 | Moving out of state in early February |
| 103 | Small business hardship |
| 106 | Asserts he cannot sit in judgment of others and small business hardship |
| 111 | Unusual financial hardship |
| 120 | Planned out-of-state travel in February |
| 129 | Unusually difficult childcare issues |
| 131 | Small business hardship |
| 133 | Difficulty sitting in judgment of others |
| 142 | Financial hardship and potential bias |

Respectfully submitted,

Jessica D. Aber
United States Attorney

By:      /s/
Elizabeth M. Yusi
Melissa E. O'Boyle
Andrew Bosse
Assistant United States Attorneys
United States Attorney's Office
8000 World Trade Center
101 West Main Street
Norfolk, VA 23510
Office Number: 757-441-6331
Facsimile Number: 757-441-6689
elizabeth.yusi@usdoj.gov
melissa.oboyle@usdoj.gov
andrew.bosse@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of January, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification to registered counsel.

/s/
Elizabeth M. Yusi
Assistant United States Attorney