# UNITED STATES DISTRICT COURT
*EASTERN DISTRICT OF VIRGINIA*

**NORFOLK DIVISION**

Tuesday, January 18, 202s

**MINUTES OF PROCEEDINGS IN** Open Court

**PRESENT**: THE HONORABLE Raymond A. Jackson, U.S. DISTRICT JUDGE

Deputy Clerk: *P. Thompson*      Reporter: Carol Naughton, OCR

| Set: 11:00 a.m. | Started: 11:00 a.m. | Ended: 12:15 p.m. |
|---|---|---|

Case No.   2:19cr47

**United States of America**

v.

**David Alcorn, Aghee William Smith, II and Thomas L. Barnett**

AUSA's Andrew Bosse and Elizabeth Yusi appeared on behalf of the government.

Richard Yarow, c/a appeared on behalf of David Alcorn. AFPD's Lindsay McCaslin and Andrew Grindrod appeared on behalf of Aghee William Smith, II, and Anthony Gantos, c/a appeared on behalf of Thomas L. Barnett. Defendants not present.

Matter came on for Status Conference re: strikes for cause.

Comments of the Court.

The court reviewed counsel's proposed strikes for cause and struck the following jurors: 8, 12, 14, 18, 19, 20, 32, 47, 51, 55, 56, 63, 70, 75, 77, 81, 83, 91, 93, 96, 98, 103, 104, 110, 111, 113, 114, 120, 129, 131 and 143.

Court adjourned.