IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

UNITED STATES OF AMERICA,
    Plaintiff,

v.

                                                CRIMINAL ACTION NO.
                                                2:19-cr-47

DAVID ALCORN, AGHEE WILLIAM SMITH II, and
THOMAS L. BARNETT,
    Defendants.

## JUROR QUESTIONNAIRE ORDER

This questionnaire is designed to obtain information from you for the purpose of assisting the parties in selecting a fair and impartial jury in the case of *United States of America v. David Alcorn, Aghee William Smith, II, & Thomas L. Barnett*. Its use will substantially shorten the jury selection process.

I.

This is a criminal case which is expected to take approximately four (4) weeks to try.

The defendants, David Alcorn, Aghee William Smith, II, & Thomas L. Barnett, are charged in two nineteen-count criminal indictments.

Defendant David Alcorn is charged with:
1. Conspiracy to Commit Mail and Wire Fraud,
2. Wire Fraud, and
3. Engaging in Unlawful Monetary Transactions.

Defendant Aghee William Smith, II is charged with:
1. Conspiracy to Commit Mail and Wire Fraud, and
2. Wire Fraud.

Defendant Thomas L. Barnett is charged with:
1. Conspiracy to Commit Mail and Wire Fraud, and
2. Wire Fraud.

The names of the parties and lawyers representing the parties are set forth below. Please pay attention to these names because you will be asked if you have had dealings with any of these individuals or if you have had other association with any of the parties or their lawyers which would affect your service as a juror.

1

The prosecution is the United States of America. The prosecution is represented by Melissa O'Boyle, Andrew Bosse, and Elizabeth Yusi, Assistant United States Attorneys. The defendants are David Alcorn, Aghee William Smith, II, & Thomas L. Barnett. The defendants are represented by attorneys Richard Scott Yarow, of the law firm Richard S. Yarow, LLC, Anthony Michael Gantous, of Anchor Legal Group, PLLC, and Lindsay Jo McCaslin and Andrew William Grindrod, Federal Public Defenders.

## II.

The purpose of these questions is to encourage your full expression and candor so that all parties have a meaningful opportunity to select a fair and impartial jury to try the issues of this case. Your full written answers will save the parties, the Court, and yourself, a great deal of time. Do not discuss with anyone any question or answer you give on this questionnaire. You are expected to sign this questionnaire. Your answers will be considered statements under oath, and will only be used by the Court and counsel in selecting a jury in this case. As you know, juries are critical to our American system of justice and the Court is confident that you appreciate your duty as a citizen to serve as a juror if you are eligible. Your cooperation in completing and returning this questionnaire is a part of that duty.

Please write your assigned juror number at the top of each page. Answer every question carefully, candidly, truthfully, and completely and do not leave any questions blank. Your responses should reflect your own personal knowledge, beliefs, or opinions. Please keep in mind that there are no right or wrong answers. The judge and the lawyers know that every person has beliefs and biases concerning many things. You should answer with your true feelings, whatever they may be. Do not assume that any of your answers will qualify or disqualify you from serving on this or any other jury.

If you do not understand a question, please write "Do not understand" and the question will be explained to you during a later questioning process. If a question is not relevant to you, please write "N/A" to indicate that it is not applicable to you in the space provided. If you cannot answer a question because you do not know the answer, write "Do not know" in the space after the question. If a question asks about your friends or family, you do not need to list the name if you do not want to; you can identify the person by relationship (spouse, son, neighbor, friend, etc.).

If your answers or explanations to any question will not fit completely in the space provided, please complete your answer on the pages provided at the end of the questionnaire. Be sure to include the question number that corresponds to your answer on the explanation sheets. **Do not write on the back of any page.**

During another step in the jury selection process, the judge will have an opportunity to follow up on these questions in court. At that time, you will be given an opportunity to explain or expand on any of your answers.

In addition, now that you are a prospective juror, you MUST follow the instructions listed below until you have been excused from further service in this case.

> DO NOT discuss this questionnaire or your answers with anyone, including family members, friends, co-workers, or other prospective members.

DO NOT read or listen to any media coverage of this case whether in the newspaper, on the television, on the Internet, on social media, on a blog, or on the radio.

DO NOT seek any related information on this case on the Internet or through search engines such as Google.

DO NOT discuss this case with anyone, including friends, family members, or other members of this jury panel, or allow anyone to discuss this case in your presence.

DO NOT let anyone, including friends, family members, court personnel, parties in this case, or persons involved in the case, talk to you about your views or any aspect of this case except officially in the courtroom.

The answers to these questions will be used by the court and the attorneys solely for the selection of the panel members in this case and for no other reason. The information contained within the questionnaire will become part of the court record under seal.

I appreciate your time and attention to this important matter.

**IT IS SO ORDERED.**

Raymond A. Jackson
United States District Judge

Norfolk, Virginia
December 9, 2021

Attachments: Questionnaire and Signature Page

3