IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

NORFOLK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL NO. 2:19cr47 |
| v. | ) | |
| | ) | |
| AGHEE WILLIAM SMITH, | ) | |
| | ) | |
| Defendant. | ) | |

**GOVERNMENT'S SUPPLEMENTAL RESPONSE IN OPPOSITION TO DEFENDANT SMITH'S MOTION TO PRECLUDE ADMISSION OF DEPOSITION TESTIMONY UNDER CONFRONTATION CLAUSE**

The United States, by its undersigned counsel, hereby supplements its response to defendant Smith's motion to preclude admission of deposition testimony under confrontation clause. Specifically, the government provides the Supplemental Declaration of Inspector Jason W. Thomasson (attached as Exhibit A), to support that witnesses V.H., S.B., and K.S. continue to be unavailable to testify at the upcoming February 1, 2022, trial.

                                                      Respectfully submitted,

                                                      Jessica D. Aber
                                                      United States Attorney

By:          /s/
                Elizabeth M. Yusi
                Virginia State Bar No. 91982
                Melissa E. O'Boyle
                Virginia State Bar No. 47449
                Andrew Bosse
                Attorneys for the United States
                United States Attorney's Office
                101 West Main Street, Suite 8000
                Norfolk, VA 23510
                Office Number - 757-441-6331
                Facsimile Number - 757-441-6689
                E-Mail Address – Elizabeth.Yusi@usdoj.gov

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on January 25, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record.

      By: _____/s/_____
Elizabeth M. Yusi
Assistant United States Attorney