**CALIFORNIA DEPARTMENT OF INSURANCE**
ENFORCEMENT BRANCH
INVESTIGATION DIVISION

## Investigation Closing Report

| **Case Number** | **Case Investigator** |
|---|---|
| SC201600521 | Michael Ronkovich |

| Subject Name | Primary License Number |
|---|---|
| Smith, Aghee | 0786649 |

**Closure:** LICENSE EXPIRED

**Narrative:**

In September 2016, the California Department of Insurance (CDI) received correspondence from Erik Brunkal (Brunkal), senior counsel of the Department of Business Oversight (DBO). Brunkal provided information to the CDI regarding an alleged victim named Carol Groff (Groff). In summary, Brunkal alleged that Groff may have been the victim of grand theft and elder abuse by insurance agent, Aghee William Smith, II (Smith), in approximately late 2013 by selling her a non-insurance securities product.

In July 2018, Smith's case documents were submitted to the Office of the Attorney General (AG), located in Sacramento for possible criminal prosecution.

On November 7, 2018, the CDI received an e-mail from Randy Mailman (Mailman), Deputy Attorney General. In summary, Mailman stated that the AG would not be filing State criminal charges against Smith, as the time period of discovery falls outside the statute of limitations.

Smith's insurance agent license expired on January 31, 2018 for failure to renew.

On November 8, 2018, Smith's license was placed on Stop and a Stop Notice was submitted to the CDI Investigation Division Central Intake Unit.

## Case Closing Actions:

Closing Letter Sent: [ ]         Reporting Party Notified: [ ]
Evidence Disposition Completed: [ ]   Other: [ ]

| **Reporting Investigator** | **Badge Number** | **Supervisor Approving** | **Badge Number** |
|---|---|---|---|
| Michael Ronkovich | 201 | Phyllis Placencia | 187 |

| **Signature** | **Date** | **Signature** | **Date** |
|---|---|---|---|
| | | | |

11/09/2018                                        11/09/2018

*Michael Roulovich*                               *P. Slam*