# UNITED STATES DISTRICT COURT
*EASTERN DISTRICT OF VIRGINIA*

### NORFOLK DIVISION

Tuesday, February 1, 2022

**MINUTES OF PROCEEDINGS IN** ____Open Court____

**PRESENT**: THE HONORABLE RAYMOND A. JACKSON, U.S. DISTRICT JUDGE

Deputy Clerk: *P. Thompson*　　　　　　　　　　Reporter: Carol Naughton, OCR

| Set: 10:00 a.m. | Started: 9:55 a.m.<br>10:20 a.m.<br>10:40 a.m.<br>2:05 p.m. | Ended: 10:10 a.m.<br>10:30 a.m.<br>1:00 p.m.<br>4:15 p.m. |
|---|---|---|

Case No.   2:19cr47

|   |
|---|
| United States of America |
| v. |
| David Alcorn<br>and<br>Aghee William Smith, II |
| AUSAs Melissa O'Boyle, Elizabeth Yusi and Andrew Bosse appeared on behalf of the Government. |
| Attorney Richard Yarrow, c/a appeared with defendant David Alcorn, on bond. |
| AFPD's Lindsay McCaslin and Andrew Grindrod appeared with defendant Aghee Williams Smith, II, on bond. |
| Matter came on for trial by jury (Day #1). |
| Out of the presence of the panel, Court and counsel conducted pretrial conference. |
| Out of the presence of the panel, Court admonished counsel re: Due Process Protection Act. DPPA Order as to each defendant, ent. & filed in open court. |
| Out of the presence of the panel, Court conducted FRYE inquiry. Statements on the record re: plea offers. |
| Petit jurors, from two panels, were sworn, examined on voir dire and from |
| Said panels came 11 jurors. Jurors not selected excused subject to call. |
| Outside of the presence of the jurors, Batson challenge raised by defendant Smith and joined in by defendant Alcorn – Argued – Court found no basis for the challenge. |
| Court adjourned to return tomorrow 2/2/22 at 10:00am. Jurors excused to return tomorrow, 2/2/22 at 2:00pm. |
| (Lunch Recess: 1:00 pm – 2:00 pm) |

| Case No.2:18cr177(04) USA v. Darrius A. Heuser-Whitaker | | Continuation... Page 2 |
|---|---|---|
| | | |
| Stipulations read into the record. | | |
| Jurors excused until 9:30 a.m., Wednesday 7/24/19 and court adjourned until 9:10 a.m. | | |