# UNITED STATES DISTRICT COURT
*EASTERN DISTRICT OF VIRGINIA*

### NORFOLK DIVISION

Wednesday, February 2, 2022

**MINUTES OF PROCEEDINGS IN**   Open Court

**PRESENT**: THE HONORABLE RAYMOND A. JACKSON, U.S. DISTRICT JUDGE

Deputy Clerk: *P. Thompson*                                    Reporter: Carol Naughton, OCR

| Set: 10:00 a.m. | Started: 10:05 a.m.<br>2:20 p.m. | Ended: 11:50 p.m.<br>4:20 p.m. |
|---|---|---|

| |
|---|
| Case No.   2:19cr47 |
| United States of America |
| v. |
| David Alcorn<br>and<br>Aghee William Smith, II |
| |
| AUSAs Melissa O'Boyle, Elizabeth Yusi and Andrew Bosse appeared on behalf of the Government. |
| Attorney Richard Yarrow, c/a appeared with defendant David Alcorn, on bond. |
| AFPD's Lindsay McCaslin and Andrew Grindrod appeared with defendant Aghee Williams Smith, II, on bond. |
| Matter came on for trial by jury (Day #2). |
| |
| Petit jurors, from one panel, were sworn, examined on voir dire and from said panel came (1 juror & 6 alternates). Jurors not selected excused subject to call. |
| Later, petit jurors (12 & 6 alternates) appeared pursuant to a recess. |
| Upon motion of the government, witnesses sequestered. |
| Opening statements heard. |
| Court adjourned and jurors excused to return tomorrow 2/3/22 at 9:30am. |
| Defendant's continued on bond. |
| |
| (Lunch Recess: 11:50 am – 2:00 pm) |

| Case No.2:18cr177(04) USA v. Darrius A. Heuser-Whitaker | | Continuation... Page 2 |
|---|---|---|
| | | |
| Stipulations read into the record. | | |
| Jurors excused until 9:30 a.m., Wednesday 7/24/19 and court adjourned until 9:10 a.m. | | |