# UNITED STATES DISTRICT COURT
*EASTERN DISTRICT OF VIRGINIA*

**NORFOLK DIVISION**

Thursday, February 3, 2022

**MINUTES OF PROCEEDINGS IN** Open Court

**PRESENT**: THE HONORABLE RAYMOND A. JACKSON, U.S. DISTRICT JUDGE

Deputy Clerk: *P. Thompson*          Reporter: Carol Naughton, OCR

| Set: 9:30 a.m. | Started: 9:40 a.m. | Ended: 5:05 p.m. |
|---|---|---|

| |
|---|
| Case No.  2:19cr47 |
| United States of America |
| v. |
| David Alcorn and Aghee William Smith, II |
| |
| AUSAs Melissa O'Boyle, Elizabeth Yusi and Andrew Bosse appeared on behalf of the Government. |
| Attorney Richard Yarrow, c/a appeared with defendant David Alcorn, on bond. |
| AFPD's Lindsay McCaslin and Andrew Grindrod appeared with defendant Aghee Williams Smith, II, on bond. |
| Matter came on for trial by jury (Day #3). |
| |
| Petit jurors (12 & 6 alternates) appeared pursuant to adjournment last evening, 2/02/22. |
| Govt. presented evidence - witnesses sworn and testified. |
| Exhibits admitted. |
| Objections heard and rulings made. |
| Stipulations read into the record. |
| Out of the presence of the jury, Defendant Smith's #379 Motion to Exclude Testimony of Andrew Gulcher – Argued – Court DENIED stating ruling on the record. |
| Jurors excused and Court adjourned to return at 9:30 a.m. on Friday 2/4/22. |
| |
| (Lunch Recess: 1:00 pm – 2:30 pm) |