# UNITED STATES DISTRICT COURT
*EASTERN DISTRICT OF VIRGINIA*

**NORFOLK DIVISION**

Friday, February 4, 2022

**MINUTES OF PROCEEDINGS IN** Open Court

**PRESENT**: THE HONORABLE RAYMOND A. JACKSON, U.S. DISTRICT JUDGE

Deputy Clerk: *P. Thompson*     Reporter: Carol Naughton, OCR

| Set: 9:30 a.m. | Started: 9:30 a.m. | Ended: 4:35 p.m. |
|---|---|---|

Case No.  2:17cr126

United States of America

v.

David Alcorn
and
Aghee William Smith, II

AUSAs Melissa O'Boyle, Elizabeth Yusi and Andrew Bosse appeared on behalf of the Government.

Attorney Richard Yarrow, c/a appeared with defendant David Alcorn, on bond.

AFPD's Lindsay McCaslin and Andrew Grindrod appeared with defendant Aghee Williams Smith, II, on bond.

Matter came on for trial by jury (Day #4).

Petit jurors (12 & 6 alternates) appeared pursuant to adjournment last evening, 2/3/22.

Govt. continued presentation of evidence - witnesses sworn and testified.

Exhibits admitted.

Objections heard and rulings made.

Out of the presence of the jury, Counsel argued remaining deposition objections – Court stated ruling on the record.

Jurors excused and court adjourned to return at 9:30 a.m. on Monday, 2/7/22.

(Lunch Recess: 1:15 pm – 2:15 pm)