# UNITED STATES DISTRICT COURT
*EASTERN DISTRICT OF VIRGINIA*

**NORFOLK DIVISION**

Monday, February 7, 2022

**MINUTES OF PROCEEDINGS IN**      Open Court

**PRESENT**: THE HONORABLE RAYMOND A. JACKSON, U.S. DISTRICT JUDGE

Deputy Clerk: *P. Thompson*          Reporter: Carol Naughton, OCR

| Set: 9:30 a.m. | Started: 9:35 a.m. | Ended: 5:30 p.m. |
|---|---|---|

| |
|---|
| Case No.   2:19cr47 |
| United States of America |
| v. |
| David Alcorn and Aghee William Smith, II |
| AUSAs Melissa O'Boyle, Elizabeth Yusi and Andrew Bosse appeared on behalf of the Government. |
| Attorney Richard Yarrow, c/a appeared with defendant David Alcorn, on bond. |
| AFPD's Lindsay McCaslin and Andrew Grindrod appeared with defendant Aghee Williams Smith, II, on bond. |
| |
| Matter came on for trial by jury (Day #5). |
| Petit jurors (12 & 6 alternates) appeared pursuant to adjournment last Friday, 2/04/22. |
| |
| Govt. continued presentation of evidence - witnesses sworn and testified. |
| Exhibits admitted. |
| Objections heard and rulings made. |
| Jurors excused to return at 9:30 a.m. on Tuesday, 2/8/22 |
| Out of the presence of the jury, Court heard argument from counsel on Deft Smith's #367 Motion 404(B) Evidence to exclude – Court stated rulings on the record. |
| Court adjourned to return at 9:30 a.m. on Tuesday 2/8/22. |
| |
| (Lunch Recess: 12:50 pm – 2:30 pm) |