**ORIGINAL**

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| David Alcorn, Aghee William Smith, II, Norma Coffin, | )  Case No.  2:19cr47 |
| and Thomas Barnett | ) |
| _Defendant_ | ) |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:  Denise Brown

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Walter E. Hoffmman U.S. Courthouse 600 Granby Street Norfolk, VA 23510 | Courtroom No.: | 4 |
|---|---|---|---|
| | | Date and Time: | 11/16/2021 10:00 am |

You must also bring with you the following documents, electronically stored information, or objects _(blank if not applicable)_:

(SEAL)

Date:   10/05/2021

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

The name, address, e-mail, and telephone number of the attorney representing _(name of party)_ _____U.S.A_____
_____ , who requests this subpoena, are:

Melissa E. O'Boyle
Elizabeth M. Yusi
Andrew C. Bossi
Assistant United States Attorneys
Office of the United States Attorney
World Trade Center, Suite 8000
Norfolk, Virginia 23510
(757) 441-6331

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   2:19cr47

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)*   Denise Brown

was received by me on *(date)*   10/8/2021 .

☑ I served the subpoena by delivering a copy to the named person as follows:   emailed to

dbrown@ bayportcu.org

_____ on *(date)*   10/14/2021 ; or

☐ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   10/14/2021

_____
*Server's signature*

Andrew C. Bowers, Special Agent
*Printed name and title*

200 Granby Street, Room 402

Norfolk, VA 23510
*Server's address*

Additional information regarding attempted service, etc:

NORFOLK, VIRGINIA
CLERK US DISTRICT COURT

2022 FEB -8 P 2:18

RECEIVED

**ORIGINAL**

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| David Alcorn, Aghee William Smith, II, Norma Coffin, and Thomas Barnett | ) | Case No.  2:19cr47 |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:  Debra Barry

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Walter E. Hoffmman U.S. Courthouse 600 Granby Street Norfolk, VA 23510 | Courtroom No.:  4 |
|---|---|---|
| | | Date and Time:  11/16/2021 10:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:



*(SEAL)*

Date:   10/05/2021

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*          U.S.A
_____ , who requests this subpoena, are:

Melissa E. O'Boyle
Elizabeth M. Yusi
Andrew C. Bossi
Assistant United States Attorneys
Office of the United States Attorney
World Trade Center, Suite 8000
Norfolk, Virginia 23510
(757) 441-6331

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   2:19cr47

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* Debra Barry
was received by me on *(date)* 10/8/2021 .

☑ I served the subpoena by delivering a copy to the named person as follows:

Text Message   757-323-3353

on *(date)* 10/14/2021 ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ —— .

My fees are $ —— for travel and $ —— for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10/14/2021

_____
*Server's signature*

Andrew C Bowers, Special Agent
*Printed name and title*

200 Granby Street, Room 402

Norfolk, VA 23510
*Server's address*

Additional information regarding attempted service, etc:

**ORIGINAL**

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| David Alcorn, Aghee William Smith, II, Norma Coffin, | ) | Case No.  2:19cr47 |
| and Thomas Barnett | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:   *Barbara Russell*

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Walter E. Hoffmman U.S. Courthouse 600 Granby Street Norfolk, VA 23510 | Courtroom No.: | 4 |
|---|---|---|---|
| | | Date and Time: | 11/16/2021 10:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

*(SEAL)*

Date:   10/05/2021

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*        U.S.A
_____ , who requests this subpoena, are:

Melissa E. O'Boyle
Elizabeth M. Yusi
Andrew C. Bossi
Assistant United States Attorneys
Office of the United States Attorney
World Trade Center, Suite 8000
Norfolk, Virginia 23510
(757) 441-6331

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   2:19cr47

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)*   Barbara Russell
was received by me on *(date)*   10/8/2021.

☑ I served the subpoena by delivering a copy to the named person as follows:   emailed to
barbara smith russell @ gmail . com
_____ on *(date)*   10/15/2021   ; or

☐ I returned the subpoena unexecuted because: _____
_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: 10/15/2021

_____
Server's signature

Andrew C. Bowers, Special Agent
Printed name and title

200 Granby Street, Room 402
Norfolk, VA 23510
Server's address

Additional information regarding attempted service, etc:

**ORIGINAL**

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
### for the

Eastern District of Virginia

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| David Alcorn, Aghee William Smith, II, Norma Coffin, and Thomas Barnett | )  Case No.  2:19cr47 |
| *Defendant* | ) |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:  *Terri Walsh*

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Walter E. Hoffmman U.S. Courthouse 600 Granby Street Norfolk, VA 23510 | Courtroom No.:  4 |
|---|---|---|
| | | Date and Time:  11/16/2021 10:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

*(SEAL)*

Date:  10/05/2021

*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* _____ U.S.A _____
_____ , who requests this subpoena, are:

Melissa E. O'Boyle
Elizabeth M. Yusi
Andrew C. Bossi
Assistant United States Attorneys
Office of the United States Attorney
World Trade Center, Suite 8000
Norfolk, Virginia 23510
(757) 441-6331

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.  2:19cr47

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)*   Terri Walsh

was received by me on *(date)*   10/8/2021 .

☑ I served the subpoena by delivering a copy to the named person as follows:   emailed   to

poptopsgalore @ yahoo. com

on *(date)*   10/15/2021   ; or

☐  I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$   —   .

My fees are $   —   for travel and $   —   for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:  10/15/2021

_____
*Server's signature*

Andrew C. Bowers, Special Agent
*Printed name and title*

200 Granby Street, Room 402
Norfolk, VA 23510
*Server's address*

Additional information regarding attempted service, etc:

**ORIGINAL**

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| David Alcorn, Aghee William Smith, II, Norma Coffin, and Thomas Barnett | ) Case No. 2:19cr47 |
| *Defendant* | ) |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: *Lucille Zenke*

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Walter E. Hoffman U.S. Courthouse 600 Granby Street Norfolk, VA 23510 | Courtroom No.: 4 |
|---|---|---|
| | | Date and Time: 11/16/2021 10:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

*(SEAL)*

Date: 10/05/2021

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* _____ U.S.A _____
_____ , who requests this subpoena, are:

Melissa E. O'Boyle
Elizabeth M. Yusi
Andrew C. Bossi
Assistant United States Attorneys
Office of the United States Attorney
World Trade Center, Suite 8000
Norfolk, Virginia 23510
(757) 441-6331

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   2:19cr47

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)*   Lucille Zenke

was received by me on *(date)*   10/8/2021.

☑ I served the subpoena by delivering a copy to the named person as follows:   emailed to
mypocketponies @ gmail.com

_____   on *(date)*   10/15/2021   ; or

☐ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____—_____ for travel and $ _____—_____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____—_____

_____
*Server's signature*

Andrew C. Bowers, Special Agent
*Printed name and title*

200 Granby Street, Room 402
Norfolk, VA  23510
*Server's address*

Additional information regarding attempted service, etc:

**ORIGINAL**

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| David Alcorn, Aghee William Smith, II, Norma Coffin, | ) Case No. 2:19cr47 |
| and Thomas Barnett | ) |
| *Defendant* | ) |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: **Ken Sykes**

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Walter E. Hoffmman U.S. Courthouse | Courtroom No.: | 4 |
|---|---|---|---|
| | 600 Granby Street | Date and Time: | |
| | Norfolk, VA 23510 | | 11/16/2021 10:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

*(SEAL)*

Date:   10/05/2021

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*    U.S.A
_____ , who requests this subpoena, are:

Melissa E. O'Boyle
Elizabeth M. Yusi
Andrew C. Bossi
Assistant United States Attorneys
Office of the United States Attorney
World Trade Center, Suite 8000
Norfolk, Virginia 23510
(757) 441-6331

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   2:19cr47

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)*   Ken Sykes

was received by me on *(date)*   10/14  10/8/2021  ACB

☑ I served the subpoena by delivering a copy to the named person as follows:   emailed  to

ksykes @ sbcglobal.net

_____   on *(date)*   10/15/2021   ; or

☐ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:  10/15/2021   _____
                        *Server's signature*

                        Andrew C. Bowers , Special Agent
                        *Printed name and title*
                        200 Granby Street , Room 402
                        Norfolk, VA   23510
                        *Server's address*

Additional information regarding attempted service, etc:

ORIGINAL

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| David Alcorn, Aghee William Smith, II, Norma Coffin, and Thomas Barnett | ) |
| _____ | ) |
| *Defendant* | ) |

Case No.  2:19cr47

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:  Rocky Fernandes

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Walter E. Hoffman U.S. Courthouse 600 Granby Street Norfolk, VA 23510 | Courtroom No.: | 4 |
|---|---|---|---|
| | | Date and Time: | 11/16/2021 10:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

(SEAL)

Date:  10/05/2021

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*  U.S.A
_____ , who requests this subpoena, are:

Melissa E. O'Boyle
Elizabeth M. Yusi
Andrew C. Bossi
Assistant United States Attorneys
Office of the United States Attorney
World Trade Center, Suite 8000
Norfolk, Virginia 23510
(757) 441-6331

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.  2:19cr47

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)*  Rocky Fernandes

was received by me on *(date)*  10/8/2021 .

☑ I served the subpoena by delivering a copy to the named person as follows:  emailed to
joeknows214@gmail.com
_____ on *(date)*  10/18/2021  ; or

☐ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  10/18/2021

_____
*Server's signature*

Andrew C. Bowers, Special Agent
*Printed name and title*

200 Granby Street, Room 402
Norfolk, VA 23510
*Server's address*

Additional information regarding attempted service, etc:

ORIGINAL

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| David Alcorn, Aghee William Smith, II, Norma Coffin, and Thomas Barnett | )  Case No.  2:19cr47 |
| *Defendant* | ) |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:  *Phillip Yee*

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Walter E. Hoffmman U.S. Courthouse 600 Granby Street Norfolk, VA 23510 | Courtroom No.: | 4 |
|---|---|---|---|
| | | Date and Time: | 11/16/2021 10:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

*(SEAL)*

Date:   10/05/2021

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* _____ U.S.A _____ , who requests this subpoena, are:

Melissa E. O'Boyle
Elizabeth M. Yusi
Andrew C. Bossi
Assistant United States Attorneys
Office of the United States Attorney
World Trade Center, Suite 8000
Norfolk, Virginia 23510
(757) 441-6331

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.  2:19cr47

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* *Phillip Yee*
was received by me on *(date)* *10/8/2021* .

☑ I served the subpoena by delivering a copy to the named person as follows: *emailed to*
*vishalgraphics @ comcast.net*
_____ on *(date)* *10/18/2021* ; or

☐ I returned the subpoena unexecuted because: _____
_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of
$ _____—_____ .

My fees are $ _____—_____ for travel and $ _____—_____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: *10/18/2021*

*Andr C. Bo*
_____
Server's signature

*Andrew c. Bowers, Special Agent*
Printed name and title

*200 Granby Street, Room 402*
*Norfolk, VA, 23510*
Server's address

Additional information regarding attempted service, etc:

**ORIGINAL**

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| David Alcorn, Aghee William Smith, II, Norma Coffin, and Thomas Barnett | ) Case No.  2:19cr47 |
| *Defendant* | ) |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:    *Constance Flammang*

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Walter E. Hoffmman U.S. Courthouse 600 Granby Street Norfolk, VA 23510 | Courtroom No.: | 4 |
|---|---|---|---|
| | | Date and Time: | 11/16/2021 10:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:




*(SEAL)*


Date:    10/05/2021

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* _____ U.S.A
_____ , who requests this subpoena, are:

Melissa E. O'Boyle
Elizabeth M. Yusi
Andrew C. Bossi
Assistant United States Attorneys
Office of the United States Attorney
World Trade Center, Suite 8000
Norfolk, Virginia 23510
(757) 441-6331

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.  2:19cr47

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)*  Constance Flammang

was received by me on *(date)*  10/8/21  .

☑ I served the subpoena by delivering a copy to the named person as follows:  emailed to

connie @ rjplace . com

_____  on *(date)*  10/20/2021  ; or

☐ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____  for travel and $ _____  for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  10/20/2021

_____
*Server's signature*

Andrew C. Bowers, Special Agent
*Printed name and title*

200 Granby Street, Room 402
Norfolk, VA 23510
*Server's address*

Additional information regarding attempted service, etc:

ORIGINAL

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| David Alcorn, Aghee William Smith, II, Norma Coffin, | ) | Case No.   2:19cr47 |
| and Thomas Barnett | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:   *Carol Groff*

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Walter E. Hoffmman U.S. Courthouse 600 Granby Street Norfolk, VA 23510 | Courtroom No.: | 4 |
|---|---|---|---|
| | | Date and Time: | 11/16/2021 10:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

*(SEAL)*

Date:   10/05/2021

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*   U.S.A
_____ , who requests this subpoena, are:

Melissa E. O'Boyle
Elizabeth M. Yusi
Andrew C. Bossi
Assistant United States Attorneys
Office of the United States Attorney
World Trade Center, Suite 8000
Norfolk, Virginia 23510
(757) 441-6331

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   2:19cr47

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)*   Carol Groff

was received by me on *(date)*   10/8/2021 .

☑ I served the subpoena by delivering a copy to the named person as follows:   emailed to
carol failor groff @ gmail.com
_____ on *(date)*   10/21/2021   ; or

☐ I returned the subpoena unexecuted because: _____
_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:  10/21/2021 _____

*Andr C. _____*
*Server's signature*

Andrew C. Bowers, Special Agent
*Printed name and title*

200 Granby Street, Room 402
Norfolk, VA  23510
*Server's address*

Additional information regarding attempted service, etc:

**ORIGINAL**

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| David Alcorn, Aghee William Smith, II, Norma Coffin, and Thomas Barnett | ) | Case No.  2:19cr47 |
| _Defendant_ | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:  Raymond Martin

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Walter E. Hoffmman U.S. Courthouse 600 Granby Street Norfolk, VA 23510 | Courtroom No.:  4 |
|---|---|---|
| | | Date and Time:  11/16/2021 10:00 am |

You must also bring with you the following documents, electronically stored information, or objects _(blank if not applicable)_:

_(SEAL)_

Date:  10/05/2021

CLERK OF COURT

_____
_Signature of Clerk or Deputy Clerk_

The name, address, e-mail, and telephone number of the attorney representing _(name of party)_ _____ U.S.A _____
_____ , who requests this subpoena, are:

Melissa E. O'Boyle
Elizabeth M. Yusi
Andrew C. Bossi
Assistant United States Attorneys
Office of the United States Attorney
World Trade Center, Suite 8000
Norfolk, Virginia 23510
(757) 441-6331

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   2:19cr47

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _Raymond Martin_
was received by me on *(date)* _10/8/2021_ .

☑ I served the subpoena by delivering a copy to the named person as follows: _emailed to_
_raymond.martin.ea @ alumni.usc.edu_
_____ on *(date)* _10/26/2021_ ; or

❒ I returned the subpoena unexecuted because: _____
_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _0.00_ .

I declare under penalty of perjury that this information is true.

Date: _10/26/2021_

_Andrew C. Bowers_
Server's signature

_Andrew C. Bowers, Special Agent_
Printed name and title

_200 Granby Street, Room 402_
_Norfolk, VA 23510_
Server's address

Additional information regarding attempted service, etc:

**ORIGINAL**

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
## for the
Eastern District of Virginia

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| David Alcorn, Aghee William Smith, II, Norma Coffin, | )    Case No.  2:19cr47 |
| and Thomas Barnett | ) |
| *Defendant* | ) |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:    *Kyle Gerek*

     **YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Walter E. Hoffman U.S. Courthouse | Courtroom No.:   4 |
|---|---|---|
| | 600 Granby Street | Date and Time:   11/16/2021 10:00 am |
| | Norfolk, VA 23510 | |

     You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

(SEAL)

Date:    10/05/2021

                                   *CLERK OF COURT*

                            _____
                                  *Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*     U.S.A
_____ , who requests this subpoena, are:

Melissa E. O'Boyle
Elizabeth M. Yusi
Andrew C. Bossi
Assistant United States Attorneys
Office of the United States Attorney
World Trade Center, Suite 8000
Norfolk, Virginia 23510
(757) 441-6331

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   2:19cr47

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)*   Kyle Gerek
was received by me on *(date)*   10/8/ 2021 .

☑ I served the subpoena by delivering a copy to the named person as follows:   emailed to
kyle gerek @ gmail.com
_____  on *(date)*   10/27/ 2021   ; or

☐ I returned the subpoena unexecuted because: _____
_____.

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$   _____  .

My fees are $   _____   for travel and $   _____   for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: 10/27/2021 _____

_____
*Server's signature*

Andrew C. Bowers , Special Agent
*Printed name and title*

200 Granby Street, Room 402
Norfolk, VA  23510
*Server's address*

Additional information regarding attempted service, etc:

ORIGINAL

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Virginia

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| David Alcorn, Aghee William Smith, II, Norma Coffin, ) | Case No.  2:19cr47 |
| and Thomas Barnett ) | |
| *Defendant* ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:   Matthew Fowles

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Walter E. Hoffmman U.S. Courthouse 600 Granby Street Norfolk, VA 23510 | Courtroom No.: | 4 |
|---|---|---|---|
| | | Date and Time: | 11/16/2021 10:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

*(SEAL)*

Date:   10/05/2021

*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* _____ U.S.A _____
_____ , who requests this subpoena, are:

Melissa E. O'Boyle
Elizabeth M. Yusi
Andrew C. Bossi
Assistant United States Attorneys
Office of the United States Attorney
World Trade Center, Suite 8000
Norfolk, Virginia 23510
(757) 441-6331

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   2:19cr47

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)*  Matthew Fowles
was received by me on *(date)*  10/8/2021 .

☑ I served the subpoena by delivering a copy to the named person as follows:  emailed to
matt @ gvtstax.com
_____ on *(date)*  10/29/21 ; or

☐ I returned the subpoena unexecuted because: _____
_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date:  10/29/21

_____
Server's signature

Andrew C. Bowers, Special Agent
Printed name and title

200 Granby Street, Room 402
Norfolk, VA 23510
Server's address

Additional information regarding attempted service, etc:

**ORIGINAL**

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
### for the

Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| David Alcorn, Aghee William Smith, II, Norma Coffin, | ) | Case No.  2:19cr47 |
| and Thomas Barnett | ) | |
| *Defendant* | ) | |

### SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:  *William Yee*

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Walter E. Hoffmman U.S. Courthouse<br>600 Granby Street<br>Norfolk, VA 23510 | Courtroom No.:  4 |
|---|---|---|
| | | Date and Time:  11/16/2021 10:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

*(SEAL)*

Date:  10/05/2021

                                                    CLERK OF COURT

                                                    _____
                                                    *Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*  _____U.S.A_____
_____ , who requests this subpoena, are:

Melissa E. O'Boyle
Elizabeth M. Yusi
Andrew C. Bossi
Assistant United States Attorneys
Office of the United States Attorney
World Trade Center, Suite 8000
Norfolk, Virginia 23510
(757) 441-6331

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   2:19cr47

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)*   _William Yee_

was received by me on *(date)*   _10/8/21_   .

☑ I served the subpoena by delivering a copy to the named person as follows:   _emailed to_
_willy.yee @ gmail.com_
_____   on *(date)*   _10/29/21_   ; or

☐ I returned the subpoena unexecuted because: _____
_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____   for travel and $ _____   for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:  _10/29/21_

_Andrew C.B_
*Server's signature*

_Andrew C. Bowers, Special Agent_
*Printed name and title*

_200 Granby Street, Room 402_
_Norfolk, VA 23510_
*Server's address*

Additional information regarding attempted service, etc:

**ORIGINAL**

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Virginia

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| David Alcorn, Aghee William Smith, II, Norma Coffin, ) | Case No.  2:19cr47 |
| and Thomas Barnett ) | |
| _____ ) | |
| *Defendant* ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:  *Andrew Gulcher*

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Walter E. Hoffmman U.S. Courthouse 600 Granby Street Norfolk, VA 23510 | Courtroom No.:   4 |
|---|---|---|
| | | Date and Time:   11/16/2021 10:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

(SEAL)

Date:   10/05/2021
_____

                                            CLERK OF COURT

                                            _____
                                            *Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* _____ U.S.A _____
_____ , who requests this subpoena, are:

Melissa E. O'Boyle
Elizabeth M. Yusi
Andrew C. Bossi
Assistant United States Attorneys
Office of the United States Attorney
World Trade Center, Suite 8000
Norfolk, Virginia 23510
(757) 441-6331

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   2:19cr47

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)*   Andrew Gulcher

was received by me on *(date)*   10/8/21   .

☑ I served the subpoena by delivering a copy to the named person as follows:   emailed to
andrew.gulcher @ insurance.ca.gov
_____   on *(date)*   11/1/2021   ; or

☐ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$   _____   .

My fees are $   _____   for travel and $   _____   for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   11/1/2021   

Andcr _____
*Server's signature*

Andrew C. Bowers , Special Agent
*Printed name and title*

200 Granby Street , Room 402
Norfolk, VA 23510
*Server's address*

Additional information regarding attempted service, etc:

**ORIGINAL**

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| David Alcorn, Aghee William Smith, II, Norma Coffin, and Thomas Barnett | )   Case No.  2:19cr47 |
| *Defendant* | ) |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:     Kimberly Husted

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Walter E. Hoffmman U.S. Courthouse 600 Granby Street Norfolk, VA 23510 | Courtroom No.: | 4 |
|---|---|---|---|
| | | Date and Time: | 11/16/2021 10:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

*(SEAL)*

Date:     10/05/2021

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*     U.S.A
_____ , who requests this subpoena, are:

Melissa E. O'Boyle
Elizabeth M. Yusi
Andrew C. Bossi
Assistant United States Attorneys
Office of the United States Attorney
World Trade Center, Suite 8000
Norfolk, Virginia 23510
(757) 441-6331

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.  2:19cr47

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)*   Kimberly Husted

was received by me on *(date)*   10/8/21 .

☑ I served the subpoena by delivering a copy to the named person as follows:   emailed to

kh7trustee @ gmail.com

_____   on *(date)*   11/1/2021   ; or

☐ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$   —   .

My fees are $   —   for travel and $   —   for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:  11/1/2021

_____
*Server's signature*

Andrew C. Bowers, Special Agent
*Printed name and title*

200 Granby Street, Room 402
Norfolk, VA 23510
*Server's address*

Additional information regarding attempted service, etc:

**ORIGINAL**

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| David Alcorn, Aghee William Smith, II, Norma Coffin, | )  Case No.  2:19cr47 |
| and Thomas Barnett | ) |
| *Defendant* | ) |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:     *Rosie Eads*

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Walter E. Hoffmman U.S. Courthouse | Courtroom No.: | 4 |
|---|---|---|---|
| | 600 Granby Street Norfolk, VA 23510 | Date and Time: | 11/16/2021 10:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

*(SEAL)*

Date:     10/05/2021

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* _____ U.S.A _____ , who requests this subpoena, are:

Melissa E. O'Boyle
Elizabeth M. Yusi
Andrew C. Bossi
Assistant United States Attorneys
Office of the United States Attorney
World Trade Center, Suite 8000
Norfolk, Virginia 23510
(757) 441-6331

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.  2:19cr47

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)*  Rosie Eads

was received by me on *(date)*  10/8/21  .

☑ I served the subpoena by delivering a copy to the named person as follows:  emailed to
rosie.eads 211@ gmail.com
_____ on *(date)*  11/2/2021  ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date: 11/2/2021

_____
Server's signature

Andrew C. Bowers, Special Agent
Printed name and title

200 Granby Street, Room 402
Norfolk, VA 23510
Server's address

Additional information regarding attempted service, etc:

ORIGINAL

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Virginia

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| David Alcorn, Aghee William Smith, II, Norma Coffin, and Thomas Barnett | )  Case No.  2:19cr47 |
| *Defendant* | ) |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:   *Bill Eads*

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Walter E. Hoffman U.S. Courthouse 600 Granby Street Norfolk, VA 23510 | Courtroom No.: | 4 |
|---|---|---|---|
| | | Date and Time: | 11/16/2021 10:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

*(SEAL)*

Date:   10/05/2021

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* _____ U.S.A _____
_____ , who requests this subpoena, are:

Melissa E. O'Boyle
Elizabeth M. Yusi
Andrew C. Bossi
Assistant United States Attorneys
Office of the United States Attorney
World Trade Center, Suite 8000
Norfolk, Virginia 23510
(757) 441-6331

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   2:19cr47

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)*  Bill Eads

was received by me on *(date)*  10/8/21 .

☑ I served the subpoena by delivering a copy to the named person as follows:  emailed to rosie.eads 211 @ gmail. com

_____  on *(date)*  11/2/2021  ; or

☐ I returned the subpoena unexecuted because:  _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____  for travel and $ _____  for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  11/2/2021

Andrew C. Bowers
*Server's signature*

Andrew C. Bowers, Special Agent
*Printed name and title*

200 Granby Street, Room 402
Norfolk, VA 23510
*Server's address*

Additional information regarding attempted service, etc:

**ORIGINAL**

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| David Alcorn, Aghee William Smith, II, Norma Coffin, | ) | Case No.  2:19cr47 |
| and Thomas Barnett | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:  *Rick Fernandes*

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Walter E. Hoffmman U.S. Courthouse 600 Granby Street Norfolk, VA 23510 | Courtroom No.:  4 |
|---|---|---|
| | | Date and Time:  11/16/2021 10:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

*(SEAL)*

Date:  10/05/2021

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*  _____U.S.A_____
_____ , who requests this subpoena, are:

Melissa E. O'Boyle
Elizabeth M. Yusi
Andrew C. Bossi
Assistant United States Attorneys
Office of the United States Attorney
World Trade Center, Suite 8000
Norfolk, Virginia 23510
(757) 441-6331

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   2:19cr47

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)*   *Rick Fernandes*

was received by me on *(date)*   *10-12-21* .

☑ I served the subpoena by delivering a copy to the named person as follows:   *Rick Fernandes in*
*person @ 3413 Nadine St., Carmichael, CA 95608*
on *(date)*   *11-3-21*   ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$

My fees are $                  for travel and $                  for services, for a total of $     0.00     .

I declare under penalty of perjury that this information is true.

Date:   *11-3-21*

*Jason Thomasson*
Server's signature

*Jason Thomasson   Postal Inspector*
Printed name and title

*P.O. Box 239, Norfolk, VA 23501*
Server's address

Additional information regarding attempted service, etc:

**ORIGINAL**

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| David Alcorn, Aghee William Smith, II, Norma Coffin, | ) | Case No.  2:19cr47 |
| and Thomas Barnett | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:  *Raelene Gashman*

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Walter E. Hoffmman U.S. Courthouse<br>600 Granby Street<br>Norfolk, VA 23510 | Courtroom No.: | 4 |
|---|---|---|---|
| | | Date and Time: | 11/16/2021 10:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

*(SEAL)*

Date:  10/05/2021

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* _____ U.S.A _____
_____ , who requests this subpoena, are:

Melissa E. O'Boyle
Elizabeth M. Yusi
Andrew C. Bossi
Assistant United States Attorneys
Office of the United States Attorney
World Trade Center, Suite 8000
Norfolk, Virginia 23510
(757) 441-6331

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   2:19cr47

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)*   _Raelene Goshman_

was received by me on *(date)*   _10-12-21_ .

☑ I served the subpoena by delivering a copy to the named person as follows:   _VIA Express Mail_
_EJ 255 200 404 US_

_____   on *(date)*   _11-10-21_   ; or

☐ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____   for travel and $ _____   for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   _11-10-21_

_Jason Thomasson_
*Server's signature*

_JAson ThomAsson   Postal Inspector_
*Printed name and title*

_P.O. Box 239  Norfolk, VA 23501_
*Server's address*

Additional information regarding attempted service, etc:

**ORIGINAL**

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| David Alcorn, Aghee William Smith, II, Norma Coffin, and Thomas Barnett | )  Case No.  2:19cr47 |
| _Defendant_ | ) |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:    _Craig Gashman_

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Walter E. Hoffmman U.S. Courthouse<br>600 Granby Street<br>Norfolk, VA 23510 | Courtroom No.: | 4 |
|---|---|---|---|
| | | Date and Time: | 11/16/2021 10:00 am |

You must also bring with you the following documents, electronically stored information, or objects _(blank if not applicable)_:

_(SEAL)_

Date:    10/05/2021

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

The name, address, e-mail, and telephone number of the attorney representing _(name of party)_ _____ U.S.A _____
_____ , who requests this subpoena, are:

Melissa E. O'Boyle
Elizabeth M. Yusi
Andrew C. Bossi
Assistant United States Attorneys
Office of the United States Attorney
World Trade Center, Suite 8000
Norfolk, Virginia 23510
(757) 441-6331

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   2:19cr47

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)*  Craig Gastman

was received by me on *(date)*  10-12-21 .

☑ I served the subpoena by delivering a copy to the named person as follows:  Via Express Mail

EJ 255 200 404 US

_____   on *(date)*  11-10-21  ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  11-10-21

_____
Jason Thomasson
*Server's signature*

Jason Thomasson  Postal Inspector
*Printed name and title*

P.O Box 239  Norfolk VA 23501
*Server's address*

Additional information regarding attempted service, etc:

**ORIGINAL**

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| David Alcorn, Aghee William Smith, II, Norma Coffin, and Thomas Barnett | ) | Case No.  2:19cr47 |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:  *Glenn Takeda*

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Walter E. Hoffmman U.S. Courthouse 600 Granby Street Norfolk, VA 23510 | Courtroom No.: | 4 |
|---|---|---|---|
| | | Date and Time: | 11/16/2021 10:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

*(SEAL)*

Date:  10/05/2021

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*  U.S.A
_____ , who requests this subpoena, are:

Melissa E. O'Boyle
Elizabeth M. Yusi
Andrew C. Bossi
Assistant United States Attorneys
Office of the United States Attorney
World Trade Center, Suite 8000
Norfolk, Virginia 23510
(757) 441-6331

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   2:19cr47

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)*   *Glenn Takeda*

was received by me on *(date)*   *10-12-21*   .

☑ I served the subpoena by delivering a copy to the named person as follows:   *VIA Express Mail*

*EJ255200421US*

_____   on *(date)*   *11-10-21*   ; or

☐ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   *11- 10-21*       *Jason Thomasson*
_____
                         *Server's signature*

                    *Jason Thomasson   Postal Inspector*
                    _____
                         *Printed name and title*

                    *P.O. Box 239   Norfolk, VA 23501*
                    _____
                         *Server's address*

Additional information regarding attempted service, etc:

**ORIGINAL**

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| David Alcorn, Aghee William Smith, II, Norma Coffin, | ) | Case No.  2:19cr47 |
| and Thomas Barnett | ) | |
| *Defendant* | ) | |

### SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:   *Wing Wong*

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Walter E. Hoffmman U.S. Courthouse<br>600 Granby Street<br>Norfolk, VA 23510 | Courtroom No.: | 4 |
|---|---|---|---|
| | | Date and Time: | 11/16/2021 10:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

*(SEAL)*

Date:   10/05/2021

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*    U.S.A
_____ , who requests this subpoena, are:

Melissa E. O'Boyle
Elizabeth M. Yusi
Andrew C. Bossi
Assistant United States Attorneys
Office of the United States Attorney
World Trade Center, Suite 8000
Norfolk, Virginia 23510
(757) 441-6331



AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.  2:19cr47

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)*   Wong Wang

was received by me on *(date)*   10-12-21   .

☑ I served the subpoena by delivering a copy to the named person as follows:   via Email

hksushiban @ yahoo.com

on *(date)*   10-29-21   ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   10-29-21

_____
*Server's signature*

Jason Thomasson Postal Inspector
*Printed name and title*

P.O Box 239 Norfolk, VA 23501
*Server's address*

Additional information regarding attempted service, etc:

**ORIGINAL**

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| David Alcorn, Aghee William Smith, II, Norma Coffin, and Thomas Barnett | ) | Case No.  2:19cr47 |
| _Defendant_ | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:  Rose Marie Smith

      **YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Walter E. Hoffmman U.S. Courthouse 600 Granby Street Norfolk, VA 23510 | Courtroom No.: 4 |
|---|---|---|
| | | Date and Time: 11/16/2021 10:00 am |

      You must also bring with you the following documents, electronically stored information, or objects _(blank if not applicable)_:

_(SEAL)_

Date:  10/05/2021

                                       _CLERK OF COURT_

                                               _Signature of Clerk or Deputy Clerk_

The name, address, e-mail, and telephone number of the attorney representing _(name of party)_ _____U.S.A_____ , who requests this subpoena, are:

Melissa E. O'Boyle
Elizabeth M. Yusi
Andrew C. Bossi
Assistant United States Attorneys
Office of the United States Attorney
World Trade Center, Suite 8000
Norfolk, Virginia 23510
(757) 441-6331

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   2:19cr47

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)*  Rose Smith

was received by me on *(date)*  10-12-21  .

☑ I served the subpoena by delivering a copy to the named person as follows:  via Certified Mail

_____  on *(date)*  10-27-21  ; or

☐ I returned the subpoena unexecuted because: _____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  10-27-21

_____
*Server's signature*

Jason ThomAsson  Postal Inspector
*Printed name and title*

P.O. Box 239  Norfolk, VA  23501
*Server's address*

Additional information regarding attempted service, etc:

7012 1640 000

**ORIGINAL**

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| David Alcorn, Aghee William Smith, II, Norma Coffin, | )  Case No. 2:19cr47 |
| and Thomas Barnett | ) |
| *Defendant* | ) |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:      *Charlotte Annis*

   **YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Walter E. Hoffman U.S. Courthouse 600 Granby Street Norfolk, VA 23510 | Courtroom No.: | 4 |
|---|---|---|---|
| | | Date and Time: | 11/16/2021 10:00 am |

   You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

*(SEAL)*

Date:  10/05/2021

                                                                      CLERK OF COURT

                                                                      *Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*   U.S.A
_____ , who requests this subpoena, are:

Melissa E. O'Boyle
Elizabeth M. Yusi
Andrew C. Bossi
Assistant United States Attorneys
Office of the United States Attorney
World Trade Center, Suite 8000
Norfolk, Virginia 23510
(757) 441-6331

ORIGINAL

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   2:19cr47

## PROOF OF SERVICE

This subpoena for (name of individual and title, if any)   *Charlotte Amos*

was received by me on (date)   *10-12-21* .

☒ I served the subpoena by delivering a copy to the named person as follows:   *VIA Express Mail*
*EJ 255 200 316 US*
`EJ 255 200 316 US` _____   on (date)   *10-18-21*   ; or

☐ I returned the subpoena unexecuted because: _____
_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   *10-19-21*

*Jason Thomasson*
_____
Server's signature

*Jason Thomasson*        *Postal Inspector*
_____
Printed name and title

*P.O. Box 239 Norfolk, VA 23501*
_____
Server's address

Additional information regarding attempted service, etc:

**ORIGINAL**

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Virginia

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| David Alcorn, Aghee William Smith, II, Norma Coffin, and Thomas Barnett | ) Case No.  2:19cr47 |
| _Defendant_ | ) |

### SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:  *Carole Reisinger*

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Walter E. Hoffmman U.S. Courthouse 600 Granby Street Norfolk, VA 23510 | Courtroom No.: | 4 |
|---|---|---|---|
| | | Date and Time: | 11/16/2021 10:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

*(SEAL)*

Date:  10/05/2021

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*  ___U.S.A___
_____ , who requests this subpoena, are:

Melissa E. O'Boyle
Elizabeth M. Yusi
Andrew C. Bossi
Assistant United States Attorneys
Office of the United States Attorney
World Trade Center, Suite 8000
Norfolk, Virginia 23510
(757) 441-6331

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   2:19cr47

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _Carole Reisinger_
was received by me on *(date)* _10-12-21_ .

☑ I served the subpoena by delivering a copy to the named person as follows: _VIA EMAIL_
_theirsinger @ gmail.com_
_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____
_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _0.00_ .

I declare under penalty of perjury that this information is true.

Date: _10-27-21_

_____
*Server's signature*

_Jason Thompson  Postal Inspector_
*Printed name and title*

_P.O. Box 239  Norfolk, VA 23501_
*Server's address*

Additional information regarding attempted service, etc:

ORIGINAL

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| David Alcorn, Aghee William Smith, II, Norma Coffin, and Thomas Barnett | ) | Case No.  2:19cr47 |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:   *Norman Gary*

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Walter E. Hoffmman U.S. Courthouse 600 Granby Street Norfolk, VA 23510 | Courtroom No.:  4 |
|---|---|---|
| | | Date and Time:  11/16/2021 10:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

*(SEAL)*

Date:   10/05/2021

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* _____U.S.A_____
_____ , who requests this subpoena, are:

Melissa E. O'Boyle
Elizabeth M. Yusi
Andrew C. Bossi
Assistant United States Attorneys
Office of the United States Attorney
World Trade Center, Suite 8000
Norfolk, Virginia 23510
(757) 441-6331

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   2:19cr47

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _Norman Gary_

was received by me on *(date)* _10-12-21_ .

☑ I served the subpoena by delivering a copy to the named person as follows: _VIA EMAIL_

_wngardnorman@yahoo.com_

_____ on *(date)* _10-27-21_ ; or

☐ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _10-27-21_           _Jason Thomason_
                                        *Server's signature*

                   _Jason Thomason   Postal Inspector_
                                        *Printed name and title*

                   _P.O. Box 239   Norfolk, VA 23501_
                                        *Server's address*

Additional information regarding attempted service, etc: