

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

UNITED STATES OF AMERICA,

v.  CRIMINAL ACTION NO. 2:19-cr-47

AGHEE WILLIAM SMITH, II,

Defendant.

### ORDER

Before the Court is Defendant Aghee William Smith, II's ("Defendant") Motion to Exclude the Testimony of Andrew Gulcher. Def.'s Mot. Exclude Test. Andrew Gulcher, ECF No. 379 ("Def.'s Mot."). Trial in this case began on February 1, 2022. Defendant filed the instant Motion on February 3, 2022, and the Court held a hearing on this matter the same day. *See* Jury Trial Day 3 Mins., ECF No. 281. For the reasons stated on the record, Defendant's Motion is **DENIED**.

The Court **DIRECTS** the Clerk to provide a copy of this Order to all parties.

**IT IS SO ORDERED**.

Norfolk, Virginia
February 9, 2022

_____
UNITED STATES DISTRICT JUDGE