# UNITED STATES DISTRICT COURT
*EASTERN DISTRICT OF VIRGINIA*

**NORFOLK DIVISION**

Wednesday, February 9, 2022

**MINUTES OF PROCEEDINGS IN**   Open Court

**PRESENT**: THE HONORABLE RAYMOND A. JACKSON, U.S. DISTRICT JUDGE

Deputy Clerk: *P. Thompson*          Reporter: Carol Naughton, OCR

| Set: 9:30 a.m. | Started: 9:35 a.m. | Ended: 5:05 p.m. |
|---|---|---|

Case No.   2:19cr47

United States of America

v.

David Alcorn
and
Aghee William Smith, II

AUSAs Melissa O'Boyle, Elizabeth Yusi and Andrew Bosse appeared on behalf of the Government.

Attorney Richard Yarrow, c/a appeared with defendant David Alcorn, on bond.

AFPD's Lindsay McCaslin and Andrew Grindrod appeared with defendant Aghee Williams Smith, II, on bond.

Matter came on for trial by jury (Day #7).

Out of presence of the jury, Court revised prior ruling re: defendant's #383 Ex Parte Emergency Motion. Court will issue an order.

Petit jurors (12 & 6 alternates) appeared pursuant to adjournment last evening, 2/08/21.

Govt. continued presentation of evidence – witness continued testifying.

Exhibits admitted.

Objections heard and rulings made.

Stipulations read onto the record.

Jurors excused and Court adjourned to return at 9:30 a.m. on Thursday 2/10/22.

(Lunch Recess: 1:00 pm – 2:30 pm)