# UNITED STATES DISTRICT COURT
*EASTERN DISTRICT OF VIRGINIA*

**NORFOLK DIVISION**

Monday, February 14, 2022

**MINUTES OF PROCEEDINGS IN**     Open Court

**PRESENT**: THE HONORABLE RAYMOND A. JACKSON, U.S. DISTRICT JUDGE

Deputy Clerk: *P. Thompson*            Reporter: Carol Naughton, OCR

| Set: 10:00 a.m. | Started: 10:00 a.m. | Ended: 5:10 p.m. |
|---|---|---|
| Case No.   2:19cr47 | | |
| United States of America | | |
| v. | | |
| David Alcorn and Aghee William Smith, II | | |
| | | |
| AUSAs Melissa O'Boyle, Elizabeth Yusi and Andrew Bosse appeared on behalf of the Government. | | |
| Attorney Richard Yarrow, c/a appeared with defendant David Alcorn, on bond. | | |
| AFPD's Lindsay McCaslin and Andrew Grindrod appeared with defendant Aghee Williams Smith, II, on bond. | | |
| Matter came on for trial by jury (Day #9). | | |
| | | |
| Petit jurors (12 & 6 alternates) appeared pursuant to adjournment last Thursday, 2/10/22. | | |
| | | |
| Govt. continued presentation of evidence – witnesses sworn and testified. | | |
| Exhibits admitted. | | |
| Objections heard and rulings made. | | |
| Outside of the presence of the jury, juror #117 excused for reasons stated on the record. | | |
| Jurors excused and Court adjourned to return at 9:30 a.m. on Tuesday 2/15/22. | | |
| | | |
| (Lunch Recess: 1:15 pm – 2:30 pm) | | |