# UNITED STATES DISTRICT COURT
*EASTERN DISTRICT OF VIRGINIA*

**NORFOLK DIVISION**

Tuesday, February 15, 2022

**MINUTES OF PROCEEDINGS IN** _____ Open Court

**PRESENT**: THE HONORABLE RAYMOND A. JACKSON, U.S. DISTRICT JUDGE

Deputy Clerk: *P. Thompson* _____          Reporter: Carol Naughton, OCR

| Set: 9:30 a.m. | Started:   9:40 a.m. | Ended:  5:10 p.m. |
|---|---|---|

| |
|---|
| Case No.   2:19cr47 |
| United States of America |
| v. |
| David Alcorn<br>and<br>Aghee William Smith, II |
| |
|  AUSAs Melissa O'Boyle, Elizabeth Yusi and Andrew Bosse appeared on behalf of the Government. |
|  Attorney Richard Yarrow, c/a appeared with defendant David Alcorn, on bond. |
|  AFPD's Lindsay McCaslin and Andrew Grindrod appeared with defendant Aghee Williams Smith, II, on bond. |
|   Matter came on for trial by jury (Day #10). |
| |
|   Petit jurors (12 & 5 alternates) appeared pursuant to adjournment last evening, 2/14/22. |
| |
|   Govt. continued presentation of evidence – witnesses sworn and testified. |
|   Exhibits admitted. |
|   Objections heard and rulings made. |
| |
| |
|   Jurors excused and Court adjourned to return at 9:30 a.m. on Wednesday 2/16/22. |
| |
|  (Lunch Recess: 1:00 pm – 2:30 pm) |