# UNITED STATES DISTRICT COURT
*EASTERN DISTRICT OF VIRGINIA*

**NORFOLK DIVISION**

Wednesday, February 16, 2022

**MINUTES OF PROCEEDINGS IN** Open Court

**PRESENT**: THE HONORABLE RAYMOND A. JACKSON, U.S. DISTRICT JUDGE

Deputy Clerk: *P. Thompson*                    Reporter: Carol Naughton, OCR

| Set: 9:30 a.m. | Started: 9:30 a.m. | Ended: 5:00 p.m. |
|---|---|---|

Case No.   2:19cr47

United States of America

v.

David Alcorn
and
Aghee William Smith, II

AUSAs Melissa O'Boyle, Elizabeth Yusi and Andrew Bosse appeared on behalf of the Government.

Attorney Richard Yarrow, c/a appeared with defendant David Alcorn, on bond.

AFPD's Lindsay McCaslin and Andrew Grindrod appeared with defendant Aghee Williams Smith, II, on bond.

Matter came on for trial by jury (Day #10).

Petit jurors (12 & 5 alternates) appeared pursuant to adjournment last evening, 2/15/22.

Out of the presence of the jury, juror #23 excused for reasons stated on the record.

Govt. continued presentation of evidence – witness testified.

Exhibits admitted.

Objections heard and rulings made.

Government rest.

(Lunch Recess: 1:00 pm – 2:30 pm)                    (continued on page 2)

| Case No.2:19cr47 USA v. David Alcorn and Aghee William Smith, II | Continuation... Page 2 |
|---|---|
| | |
| Outside of the presence of the jury, defendant David Alcorn Motion for Judgment of Acquittal as to all counts – Argued – Court DENIES Rule 29 Motion for Judgment of Acquittal as to all counts for reasons stated on the record. | |
| Outside of the presence of the jury, defendant Aghee William Smith, II Motion for a Rule 29 Judgment of Acquittal as to all counts – Argued – Court DENIES Rule 29 Motion for Judgment of Acquittal as to all counts for reasons stated on the record. | |
| | |
| Outside of the presence of the jury, Court advised defendant David Alcorn of his right to testify. Mr. Alcorn will not testify. | |
| | |
| Defendant Alcorn presents evidence – witnesses sworn and testified. | |
| Exhibits admitted. | |
| Objections heard and rulings made. | |
| Defendant Alcorn rest. | |
| | |
| Outside of the presence of the jury, defendant Alcorn renewed Motion for Judgment of Acquittal – Court reserved ruling. | |
| | |
| Outside of the presence of the jury, Court advised defendant Aghee William Smith, II of his right to testify. Mr. Smith will not testify. | |
| | |
| Defendant Smith presents evidence – witness sworn and testified. | |
| Exhibits admitted. | |
| Objections heard and rulings made. | |
| | |
| Jurors excused and Court adjourned to return at 9:30 a.m. on Thursday, 2/17/22. | |
| | |
| | |