# UNITED STATES DISTRICT COURT
*EASTERN DISTRICT OF VIRGINIA*

**NORFOLK DIVISION**

Thursday, February 17, 2022

**MINUTES OF PROCEEDINGS IN**   Open Court

**PRESENT**: THE HONORABLE RAYMOND A. JACKSON, U.S. DISTRICT JUDGE

Deputy Clerk: *P. Thompson*                    Reporter: Jill Trail, OCR

| Set: 9:30 a.m. | Started: 9:30 a.m. | Ended: 12:25 p.m. |
|---|---|---|

| Case No.   2:19cr47 |
|---|
| United States of America |
| v. |
| David Alcorn and Aghee William Smith, II |
| |
| AUSAs Melissa O'Boyle, Elizabeth Yusi and Andrew Bosse appeared on behalf of the Government. |
| Attorney Richard Yarrow, c/a appeared with defendant David Alcorn, on bond. |
| AFPD's Lindsay McCaslin and Andrew Grindrod appeared with defendant Aghee Williams Smith, II, on bond. |
| Matter came on for trial by jury (Day #12). |
| |
| Petit jurors (12 & 4 alternates) appeared pursuant to adjournment last evening, 2/16/22. |
| |
| Defendant Smith continued presentation of evidence – witnesses sworn and testified. |
| Exhibits admitted. |
| Objections heard and rulings made. |
| Defendant Smith rest. |
| |
| Jurors excused and Court adjourned to return at 11:00 a.m. on Tuesday, 2/22/22 and Court adjourned to return at 9:30 a.m. on Tuesday, 2/22/22. Counsel to return at 9:30a.m. on Tuesday, 2/22/22 for charge conference. |
| (Lunch Recess:  None    ) |