# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA

### NORFOLK DIVISION

Tuesday, February 22, 2022

**MINUTES OF PROCEEDINGS IN** _____ Open Court

**PRESENT**: THE HONORABLE RAYMOND A. JACKSON, U.S. DISTRICT JUDGE

Deputy Clerk: _P. Thompson_                          Reporter: Carol Naughton, OCR

| Set: 9:30 a.m. | Started:   9:30 a.m. | Ended:   5:00 p.m. |
|---|---|---|

| Case No.   2:19cr47 |
|---|
| United States of America |
| v. |
| David Alcorn<br>and<br>Aghee William Smith, II |
|  |
| AUSAs Melissa O'Boyle, Elizabeth Yusi and Andrew Bosse appeared on behalf of the Government. |
| Attorney Richard Yarrow, c/a appeared with defendant David Alcorn, on bond. |
| AFPD's Lindsay McCaslin and Andrew Grindrod appeared with defendant Aghee Williams Smith, II, on bond. |
| Matter came on for trial by jury (Day #13). |
|  |
| Out of the presence of the jury, Court and counsel conducted charge conference. |
| Petit jurors (12 & 3 alternates) appeared pursuant to adjournment last Thursday, 2/17/22. |
|  |
| Out of the presence of the jury, juror #118 excused for reasons stated on the record. |
| Out of the presence of the jury, counsel stated objections to the charge on the record. |
|  |
|  |
| (Lunch Recess: 1:00 pm – 2:30 pm) |

| Case No.2:19cr47 USA v. David Alcorn and Aghee William Smith, II | | Continuation... Page 2 |
| --- | --- | --- |

Closing arguments heard.

Jurors excused to return at 10:00 a.m. on Wednesday, 2/23/22.

Out of the presence of the jury, defendant Aghee William Smith, II Renewed Motion for a Rule 29 Judgment of Acquittal – Court DENIES Motion for reasons stated on the record.

Court adjourned to return at 10:00 am. on Wednesday, 2/23/22.