# UNITED STATES DISTRICT COURT
*EASTERN DISTRICT OF VIRGINIA*

**NORFOLK DIVISION**

Wednesday, February 23, 2022

**MINUTES OF PROCEEDINGS IN**   Open Court

**PRESENT**: THE HONORABLE RAYMOND A. JACKSON, U.S. DISTRICT JUDGE

Deputy Clerk: *P. Thompson*                                    Reporter: Carol Naughton, OCR

| Set: 10:00 a.m. | Started: | 10:00 a.m.<br>2:32 p.m.<br>3:31 p.m.<br>4:05 p.m. | Ended: | 11:53 p.m.<br>2:39 p.m.<br>3:38 p.m.<br>4:40 p.m. |
|---|---|---|---|---|

| |
|---|
| Case No.   2:19cr47 |
| United States of America |
| v. |
| David Alcorn<br>and<br>Aghee William Smith, II |
| |
| AUSAs Melissa O'Boyle, Elizabeth Yusi and Andrew Bosse appeared on behalf of the Government. |
| Attorney Richard Yarrow, c/a appeared with defendant David Alcorn, on bond. |
| AFPD's Lindsay McCaslin and Andrew Grindrod appeared with defendant Aghee Williams Smith, II, on bond. |
| Matter came on for trial by jury (Day #14). |
| |
| Petit jurors (12 & 3 alternates) appeared pursuant to adjournment last evening, 2/22/22. |
| |
| Outside of the presence of the jury, for reasons stated on the record Court DENIED previously deferred Motion for Judgement of Acquittal by defendant David Alcorn. |
| Jury received Court's charge and instructions; alternate jurors excused. |
| Remaining (12) jurors retired with instructions to begin their deliberations at 11:50am. |
| |
| (Lunch Recess: 12:45 pm – 2:15 pm)                               (continued on page 2) |

| Case No.2:19cr47 USA v. David Alcorn and Aghee William Smith, II | Continuation... Page 2 |
|---|---|
| | |
| Outside of the presence of the jury, Court and counsel answered questions of the jury. | |
| | |
| Jury later returned with a verdict – Verdict read into the record – Jury Verdict filed in open court. | |
| Court excused jurors from service. | |
| | |
| Sentencing Procedure Order executed and filed in open court as to each defendant.  Defendants provided a copy. | |
| Sentencing for David Alcorn scheduled for June 23, 2022 at 2:30pm. | |
| Sentencing for Aghee William Smith, II scheduled for June 23, 2022 at 11:00am. | |
| | |
| Deft David Alcorn Motion to Remain on Bond Pending Sentencing – Argued – Court DENIED the Motion for reasons stated on the record and remanded Deft Alcorn to the custody of the USMS. | |
| Deft Aghee William Smith, II Motion to Remain on Bond Pending Sentencing – Argued – Court DENIED the Motion for reasons stated on the record and remanded Deft Smith to the custody of the USMS. | |
| | |
| Court adjourned. | |