# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
### Norfolk Division

United States of America

GOVERNMENT

V.

David Alcorn and
Aghee William Smith, II

DEFENDANTS

Case Number: 2:19cr47

| PRESIDING JUDGE<br>Raymond A. Jackson | COURTROOM DEPUTY<br>P. Thompson | COURT REPORTER<br>Carol Naughton, OCR |
|---|---|---|
| HEARING/TRIAL DATE(S)<br>2/1/22 – 2/23/22 | GOVERNMENT ATTORNEY(S)<br>Melissa O'Boyle, Elizabeth Yusi, Andrew Bosse | DEFENDANT ATTORNEY(S)<br>Richard Yarrow<br>Lindsay McCaslin & Andrew Grindrod |

| GVT | DFT | DATE APPEARED | WITNESSES |
|---|---|---|---|
| X | | 2/3/22 | Andrea Tottosy (permanently excused) |
| X | | " " | Barbara Russell (permanently excused) |
| X | | " " | Andrew Gulcher (permanently excused) |
| X | | 2/3/22 | Kyle Gerek (permanently excused) |
| X | | " " | Ruth Clark (video deposition) |
| X | | " " | Terri Walsh (permanently excused) |
| X | | 2/3/22 | Denise Brown (permanently excused) |
| X | | 2/4/22 | Ray Martin (permanently excused) |
| X | | " " | Peter Melley (permanently excused) |
| X | | " " | Debra Barry (permanently excused) |
| X | | " " | Phillip Yee (video deposition) |
| X | | " " | Rosie Eads (permanently excused) |
| X | | 2/4/22 | Adan Rangel (permanently excused) |
| | | | |
| | | | (continued on page 2) |

| | | 2:19cr47 | USA `v. D. Alcorn & A. Smith, II |
|---|---|---|---|
| | | | - Page 2 - |
| GVT | DFT | Date Appeared | WITNESSES |
| X | | 2/4/22 | Vera Hullum (video deposition) |
| X | | 2/7/22 | Jacob Kurtz (permanently excused) |
| X | | " " | Sunshine Grisson (subject to recall) |
| X | | " " | Gary Clapper (permanently excused) |
| X | | " " | Wilfried Berndt (permanently excused) |
| X | | 2/7-2/8/22 | Susan Newell (permanently excused) |
| X | | 2/8/22 | Michael Wilhelm (permanently excused) |
| X | | " " | Carol Groff (permanently excused) |
| X | | 2/8 – 2/9/22 | Raeann Gibson (subject to recall) |
| X | | 2/9/22 | L. Doug Dunn (permanently excused) |
| X | | 2/10/22 | Nicholas Gentile (permanently excused) |
| X | | " " | George Cushman (permanently excused) |
| X | | 2/10/22 | Alain Martel (subject to recall) |
| X | | 2/14/22 | Jeff Browne (permanently excused) |
| X | | " " | Coleman Bazelon, Expert (subject to recall) |
| X | | 2/14 – 2/15/22 | Alan Baskin (permanently excused) |
| X | | 2/15/22 | Dennis McCrumb (permanently excused) |
| X | | " " | Tony Sellers (permanently excused) |
| X | | " " | Ken Sykes (video deposition) |
| X | | 2/15/22 | Lawrence Lyon (permanently excused) |
| X | | 2/16/22 | Sharyon Bean (video deposition) |
| | | | |
| | | | **Defendant David Alcorn** |
| | X | 2/16/22 | Jon Palmieri (permanently excused) |
| | X | 2/16/22 | Robert (Bobby) Jones (permanently excused) |
| | | | |
| | | | (Continued on page 3) |

| | | 2:19cr47 | USA `v. D. Alcorn & A. Smith, II |
|---|---|---|---|
| | | | - Page 3 - |
| | | | |
| | | | **Defendant David Alcorn, cont'd** |
| | X | 2/16/22 | Aaron Bobkin (permanently excused) |
| | X | 2/16/22 | Thomas (Tom) Littler (permanently excused) |
| | | | |
| | | | **Defendant Aghee William Smith, II** |
| | X | 2/16 – 2/17/22 | Peter Lewis (permanently excused) |
| | X | 2/17/22 | Jack Thrash (Tripp) Forest (permanently excused) |
| | X | 2/17/22 | Terence Pinkston (permanently excused) |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |