IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | CRIMINAL NO. 2:19cr47 |
| v. | ) | |
| | ) | |
| DAVID ALCORN, | ) | |

## DEFENDANT ALCORN'S EXHIBIT LIST

| No. | Description of Exhibit | Admitted |
|---|---|---|
| 1 | FCC Docket 02-55 | Witness: C. Bazelon<br>Date: 2/14/22<br>Admitted: yes |
| 2 | Petition for Rulemaking of Utah Transit Authority by Janus Spectrum | Witness:<br>Date:<br>Admitted: |
| 3 | SEC Letters to Smartcomm | Witness:<br>Date:<br>Admitted: |
| 4 | Nextel Whitepaper | Witness:<br>Date:<br>Admitted: |
| 5 | Smartcomm Petition to Deny | Witness:<br>Date:<br>Admitted: |
| 6 | FCC Order to Dismiss Petition to Deny | Witness:<br>Date:<br>Admitted: |
| 7 | Picture of Smartcomm Building-1 | Witness: J. Palmieri<br>Date: 2/16/22<br>Admitted: yes |
| 8 | Picture of Smartcomm Building-2 | Witness:<br>Date:<br>Admitted: |
| 9A | Janus Spectrum Application Services Agreement | Witness:<br>Date:<br>Admitted: |

| 20 | Letter from Alan Baskin to SEC Attorney Sana Muttalib | Witness:<br>Date:<br>Admitted: |
|---|---|---|
| 21 | Email from Bob LaBine to Craig Newell, dates 9/23/11 | Witness: S. Newell<br>Date: 2/8/22<br>Admitted: yes |
| 22 | Email from Bob LaBine to Susan Newell, dated 9/30/11 | Witness:<br>Date:<br>Admitted: |
| 23 | US Securities and Exchange Commission Letter, re: In the Matter of Smartcomm LLC   3/17/2010 | Witness: J. Palmieri<br>Date: 2/16/22<br>Admitted: yes |