IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 2:19cr47-3 |
| | ) | |
| AGHEE WILLIAM SMITH, III | ) | |
| Defendant. | ) | |

**DEFENDANT SMITH EXHIBIT LIST**

| Number | Description of Exhibits | Admitted |
|---|---|---|
| Smith 1 | Maerki Memo – The Discipline of Restraint when Talking to Sales Reps GOV00032987 | Witness: T. Pinkston Date: 2/17/22 Admitted: yes |
| Smith 2 | Rules of Communications with Salesperson at Event GOV00031831 | Witness: T. Pinkston Date: 2/17/22 Admitted: yes |
| Smith 3 | Janus FAQ's USA-00103010 | Witness: S. Newell Date: 2/8/22 Admitted: yes |
| Smith 4 | Janus Report and Background 04/16/2003 USA-00465356 | Witness: Date: Admitted: |
| Smith 4A | Spectrum -2014 Q2 Update | Witness: Date: Admitted: |
| Smith 4B | Spectrum-2014 Q4 Update | Witness: Date: Admitted: |
| Smith 5 | Bank Email 10/18/2013 re: Rick Fernandes USA-00793341 | Witness: Date: Admitted: |
| Smith 6 | Shelton Notes – Janus Conference Call - USA-00536056 at p 15-31 | Witness: Date: Admitted: |
| Smith 6A | Shelton & Powers Invoice 01/29/2014 USA-00536056 at 10-11 | Witness: Date: Admitted: |
| Smith 6B | Shelton & Powers General Legal Service Fee Agreement USA-00536056 at 12 – 14 | Witness: Date: Admitted |
| Smith 6C | Services Agreement USA-00536056 at 353359 | Witness: Date: Admitted |
| Smith 7 | Maerki Email 03/28/12 re: MetroMedia Update USA-00268329 | Witness: Date: Admitted: |

Aghee Smith – Exhibit List

| | | |
|---|---|---|
| Smith 8 | Dental Support Plus and Mark Sheer Presents "Get More Clients" USA-00115229 | Witness: Date: Admitted: |
| Smith 9 | Maerki – DSPF Systemic Healthcare Membership Association History, Present & Future, 05/1/2013 GOV00031842 | Witness: Date: Admitted: |
| Smith 10 | Robert Guest Letter 03/16/2016 re: Dominion Investment Group USA-00973463 | Witness: R. Gibson Date: 2/9/22 Admitted: yes |
| Smith 11 | Maerki Email, re: DSPF Appoints National Field Sales Manager, 08/13/2012 USA-00380348 at 267 - 269 | Witness: T. Pinkston Date: 2/17/22 Admitted: yes |
| Smith 12 | Maerki Email, re: DSPF State of the Business 18-Month Report, 09/12/2012 USA-00380348 at 186 - 187 | Witness: Date: Admitted: |
| Smith 13 | Maerki Email, re: A Note from Kent Maerki, 08/26/2012 USA-00380348 at 236 - 238 | Witness: T. Pinkston Date: 2/17/22 Admitted: yes |
| Smith 14 | Maerki Email re: Download this Now For the Meeting, 06/04/2012 USA-00380348 at 74 – 75 | Witness: T. Pinkston Date: 2/17/22 Admitted: yes |
| Smith 15 | Maerki Email re: Proven Lead Builder, 06/06/2012 USA-00380348 at 67 – 68 | Witness: T. Pinkston Date: 2/17/22 Admitted: yes |
| Smith 16 | Good Attitudes – A Little Conversation GOV00033449 | Witness: Date: Admitted: |
| Smith 17 | White Memo 2/6/2013 re: Instant Payment of Sales Commissions GOV00031729 | Witness: Date: Admitted: |
| Smith 18 | Kurt Snapshot Script – SV edited KM edited-2 GOV00031715 | Witness: Date: Admitted: |
| Smith 19 | Compliance Letter to Salespersons GOV00031647 | Witness: Date: Admitted: |
| Smith 20 | Catch Up - DSPF GOV0031645 | Witness: Date: Admitted: |
| Smith 21 | A Voice of Reason GOV00031631 | Witness: Date: Admitted: |
| Smith 22 | Maerki Memo 09/17/2012 re: New Service Providers (Vendors) GOV00031622 | Witness: Date: Admitted: |
| Smith 23 | Concepts for the State of DSPF GOV0003155 | Witness: Date: Admitted: |
| Smith 24 | Kent Maerki Memo 10/17/2011 re: Job Creation GOV00031719 | Witness: Date: Admitted: |

Aghee Smith – Exhibit List

| | | |
|---|---|---|
| Smith 25 | DSPF FAQs<br>USA-00115229 at 38 - 63 | Witness:<br>Date:<br>Admitted: |
| Smith 26 | Dental Support Plus Platform Snapshot<br>USA-00115229 at 258 - 261 | Witness:<br>Date:<br>Admitted: |
| Smith 27 | Maerki Memo to DSPF Salespersons 09/17/2012<br>USA-00115229 at 31 -37 | Witness:<br>Date:<br>Admitted: |
| Smith 28 | DSPF PowerPoint Presentation – Sales Positions Now Open<br>USA-00115229 at 64 - 127 | Witness:<br>Date:<br>Admitted: |
| Smith 29 | Shelton & Power Letter 04/27/2011 re Dental Support Plus<br>USA-00225285 | Witness:<br>Date:<br>Admitted: |
| Smith 30 | Virginia State Corporation Commission Letter 04/26/2012, re: Dental Support Plus File 4794<br>USA-00225294 | Witness: R. Gibson<br>Date: 2/9/22<br>Admitted: yes |
| Smith 31 | Franchise E filing Confirmation 06/10/2011 WI Dept of Financial Institutions Dental Support Plus<br>USA-00395771 | Witness:<br>Date:<br>Admitted: |
| Smith 32 | Shelton & Power  Letter 01/25/2011, Virginia State Corporation Commission re: Dental Support Plus Franchise, LLC<br>USA-00395771 | Witness: R. Gibson<br>Date: 2/9/22<br>Admitted: yes |
| Smith 33 | Application Filing Form (4) California – DSPF 04/19/2011<br>D3P100035 | Witness: R. Gibson<br>Date: 2/9/22<br>Admitted: yes |
| Smith 34 | Maerki Letter, 04/22/2013 re: DSPF 2013 Productive and Profitable<br>USA-00375407 | Witness:<br>Date:<br>Admitted: |
| Smith 35 | Shelton & Power Letter 04/19/2011, California Department of Corporations re: Dental Support Plus Franchise<br>D3P100038 | Witness:<br>Date:<br>Admitted: |
| Smith 36 | Consent to Service of Process – California, DSPF<br>D3P100315 | Witness:<br>Date:<br>Admitted: |
| Smith 37 | Department of Business Oversite California, Citation Including Desist and Refrain Order, DSPF, Kent Maerki and Norma Jean Maerki 12/20/2018<br>D3P100316 | Witness: T. Pinkston<br>Date: 2/22/22<br>Admitted: Refused on 2/17/22 |
| Smith 38 | Ex A to Uniform Franchise Disclosure Document DSPF Financial Statements 2011<br>D3P100420 | Witness:<br>Date:<br>Admitted: |
| Smith 39 | DSPF Uniform Franchise Disclosure Document, California<br>D3P100431 | Witness:<br>Date:<br>Admitted: |

Aghee Smith – Exhibit List

| | | |
|---|---|---|
| Smith 40 | California Department of Corporations Letter 02/03/2012 re DSPF Order D3P100641 | Witness: Date: Admitted: |
| Smith 41 | Monday Meeting, 07/292013 GOV00031778 | Witness: Date: Admitted: |
| Smith 42 | Shelton Resume USA-00492380 | Witness: Date: Admitted: |
| Smith 43 | FTC Franchise Compliance Guide 2008 D3P100486 | Witness: Date: Admitted: |
| Smith 44 | Maerki Memo 11/20/2012 Seasons Greetings USA-00007550 | Witness: Date: Admitted: |
| Smith 45 | Maerki Memo 02/28/28/2012 Expectations USA-00400380 | Witness: Date: Admitted: |
| Smith 46 | Maerki Memo 09/13/2013 DSPF  3 Year Status USA-00640916 | Witness: Date: Admitted: |
| Smith 47 | DSPF TriFold 2012 Version USA-00522605 | Witness: Date: Admitted: |
| Smith 48 | DSPF TriFold 2014 Version GOV-00035510 | Witness: Date: Admitted: |
| Smith 49 | Successonomics – back cover D3P100061 | Witness: Date: Admitted: |
| Smith 50 | Successonomics – front cover DP3100060 | Witness: Date: Admitted: |
| Smith 51 | Pinkston Email 05/24/2012 re: Radio Show Broadcasts are loaded USA-00380348 | Witness: Date: Admitted: |
| Smith 52 | Bank Email 04/25/2013 re: Short term company cash requirements USA-00052726 | Witness: Date: Admitted: |
| Smith 53 | Clapper Email 10/31/2012 re: Email Sequence- Dental Support Plus USA-00006522 | Witness: Date: Admitted: |
| Smith 54 | Clapper Email 08/04/2014 re: Dental Support Plus USA-00379786 | Witness: Date: Admitted: |
| Smith 55 | Clapper Email 10/31/2012 re: 2nd, 3rd & 4th Fridays (Client Seminar) USA-00287034 | Witness: G. Clapper Date: 2/7/22 Admitted: yes |
| Smith 56 | Clapper Email 10/31/2012 re: 2nd, 3rd & 4th Fridays (Client Seminar) USA-00006592 | Witness: G. Clapper Date: 2/7/22 Admitted: yes |

Aghee Smith – Exhibit List

| Smith 57 | Shelton & Power Letter, 07/18/2013 re: Demand to Cease and Desist Conduct USA-00333490 | Witness: Date: Admitted: |
|---|---|---|
| Smith 58 | K. White email to Sellers, 4/30/2013 | Witness: Date: Admitted: |
| Smith 59 | Hullum bankruptcy petition, 9/18/2013 | Witness: Date: 2/17/22 Admitted: M4ID |
| Smith 60 | Bank Email 06/27/2016 re: Client Calls GOV00029162 Binder 1 at 1250 | Witness: Date: Admitted: |
| Smith 61 | Facebook Post Dominion Investment Group, Two Succeed Sales Conference, Boston GOV00029162 at 633 | Witness: R. Gibson Date: 2/9/22 Admitted: yes |
| Smith 62 | Bank Email 04/25/2013 re: Short Term Company Cash Requirements USA-00052726 at 111 | Witness: Date: Admitted: |
| Smith 63 | Newell's "Alcorn Maerki Janus history" | Witness: Date: Admitted: |
| Smith 64 | Email from D. Alcorn to C. Newell, 7/18/2013 | Witness: Date: Admitted: |
| Smith 65 | FCC Public Notice, 11/27/2012 | Witness: M. Wilhelm Date: 2/8/22 Admitted: yes |
| Smith 66 | Money Moves Spreadsheet USA-00060549 | Witness: Date: Admitted |
| 66A | JNS $ Move USA-00060549 | Witness: Date: Admitted |
| 66B | PLI $ Move USA-00060549 | Witness: Date: Admitted |
| 66C | Spec 100 $ Move USA-00060549 | Witness: Date: Admitted |
| 66D | WeM $ Move USA-00060549 | Witness: Date: Admitted |
| 66E | DF Xcel Bandwidth USA-00060549 | Witness: Date: Admitted |
| 66F | Xcel Bix Brkrs USA-00060549 | Witness: Date: Admitted |
| 66G | 8% Note $ Move USA-00060549 | Witness: Date: Admitted |

Aghee Smith – Exhibit List

| Smith 127 | Investment Offering Spectrum 100 (March 2013) the Future In Spectrum by: Dominion Private Client Group | Witness: C. Groff<br>Date: 2/8/22<br>Admitted: yes |
|---|---|---|
| Smith 128 | BLANK | Witness:<br>Date:<br>Admitted: |
| Smith 129 | LeGros Email 12/13/2014 re: Frequency Valuation Summary<br>USA-00066004 | Witness:<br>Date:<br>Admitted: |
| Smith 130 | Maerki Memo, 02/05/14 re: Keeping Up with a Changing Mobile World<br>USA-00375407 p. 249-250 | Witness:<br>Date:<br>Admitted: |
| Smith 131 | NetMoby Presentation to 06/24/2014  Janus Workshop<br>D3P100640 | Witness:  P. Lewis<br>Date: 2/16/22<br>Admitted: yes |
| Smith 132 | RapidLink Wireless Texas Operational Push to Talk Network Texas Triangle | Witness: J. Kurtz<br>Date: 2/8/22<br>Admitted: yes |
| Smith 133 | | Witness:<br>Date:<br>Admitted: |
| Smith 134 | | Witness:<br>Date:<br>Admitted: |
| Smith 135 | | Witness:<br>Date:<br>Admitted: |
| Smith 136 | | Witness:<br>Date:<br>Admitted: |
| Smith 137 | | Witness:<br>Date:<br>Admitted: |
| Smith 138 | | Witness:<br>Date:<br>Admitted: |
| Smith 139 | | Witness:<br>Date:<br>Admitted: |
| Smith 140 | 2015 RLW Business Plan<br>USA-00065576 | Witness:<br>Date:<br>Admitted: |
| Smith 141 | 2015 RLW Info<br>USA-00117702 p. 71-92 | Witness:<br>Date:<br>Admitted: |
| Smith 142 | RLW Application for Registration of a Foreign Limited Liability Company 07/06/2015 | Witness:<br>Date:<br>Admitted: |
| Smith 143 | LaBine Email 09/02/2015 re: Iowa Build Out<br>USA-00066102 | Witness:<br>Date:<br>Admitted: |
| Smith 144 | | Witness:<br>Date:<br>Admitted: |

Aghee Smith – Exhibit List

| Smith 162 | LaBine Email 03/02/2016 re: Rep Question; Funding for Expansion USA-00066219 | Witness: Date: Admitted: |
|---|---|---|
| Smith 163 | LaBine Email 03/17/2016 re: Last Night's Call USA-00065848 | Witness: Date: Admitted: |
| Smith 164 | LaBine Email, 04/25/2012 re: Spectrum USA-00271917 | Witness: Date: Admitted: |
| Smith 165 | Nation Email, 02/13/2012, re: 2/13/2012 Deposit Detail from Oracare Development USA-00266973 | Witness: Date: Admitted: |
| Smith 166 | Nation Email, 02/13/2012, re: 2/13/2012 Deposit Detail from Oracare Development, USA-00266973 | Witness: Date: Admitted: |
| Smith 167 | Nation Email, 03/22/2012, re: 3/22/12 Deposit Detail from Oracare DevelopmentUSA-00266973 | Witness: Date: Admitted: |
| Smith 168 | Nation Email, 05/03/2012,  re: 5/3/12 Deposit Detail from Oracare Development USA-00266973 | Witness: Date: Admitted: |
| Smith 169 | Kimbrell Email, 07/12/2012, re: Recruiter CompensationUSA-00266973 | Witness: Date: Admitted: |
| Smith 170 | Nation Email, 08/1/2012 re: Hands Free Dental Banking Deposit USA-00266973 | Witness: Date: Admitted: |
| Smith 171 | Dental Support Plus Prospective Franchisee Assumption USA-00379706 | Witness: Date: Admitted: |
| Smith 172 | | Witness: Date: Admitted: |
| Smith 173 | Sellers, Letter Idaho Department of Finance re: Cellular Spectrum Airwaves, 07/22/2013 | Witness: T. Sellers Date: 2/15/22 Admitted: yes |
| Smith 173A | Bank Email, re: Cellular Spectrum Airwaves, 07/29/2013 | Witness: Date: Admitted: |
| Smith 174 | Bank Email, re: Dental Support Question, 02/26/2013 USA-00155044 | Witness: Date: Admitted: |
| Smith 175 | Bean, Xcel Term Sheet 07/05/2017 | Witness: Date: Admitted: |
| Smith 176 | Davis Email, 03/01/2013 USA-00491244 | Witness: Date: Admitted: |
| Smith 177 | Sellers, State of Idaho, Department of Finance, Securities Division v. Tony Scott Sellers, Amended Complaint 02/26/2014 USA-00492587 | Witness: Date: Admitted: |

Aghee Smith – Exhibit List

| Smith 186 | Sellers, Contract and Declaration of Trust – Eagle Spectrum USA-00615151 | Witness:<br>Date:<br>Admitted: |
|---|---|---|
| Smith 187 | Maerki Memorandum, RE: DSPF Vendor Relationship Policies, 07/22/2011 USA-00375407 | Witness:<br>Date:<br>Admitted: |
| Smith 188 | Orosel Email, re: Dental Support Plus FDD, 01/27/2012 USA-00375407 | Witness:<br>Date:<br>Admitted: |
| Smith 189 | Alcorn email, re: Yesterday's Conversation regarding Janus Spectrum, 05/25/2013 USA-00490141 | Witness:<br>Date:<br>Admitted: |
| Smith 190 | Sellers, A Very Special Invitation from Tony Sellers, USA-00490236 | Witness:<br>Date:<br>Admitted: |
| Smith 191 | Lincoln Spectrum LLC Commercialization Agreement, 10/7/2013 USA-00492463 | Witness:<br>Date:<br>Admitted: |
| Smith 191A | Alcorn Email, re: Commercialization Agreement – Lincoln Spectrum LLC USA000492602 | Witness:<br>Date:<br>Admitted: |
| Smith 192 | Alcorn Email re: 3 Completed Guard Band Applications for Lincoln Spectrum, 09/15/2013 USA-00612602 | Witness:<br>Date:<br>Admitted: |
| Smith 193 | Sellers, Letter to Clients, 12/12/2016 USA-00615136 | Witness:<br>Date:<br>Admitted: |
| Smith 194 | Browne, Check Shelton & Power LLC, re: Western Spectrum Ventures LLC 08/06/2015 | Witness:<br>Date:<br>Admitted: |
| Smith 195 | Browne, Letter, Judge Jackson re: Case #2014R01541, 06/14/2021 | Witness:<br>Date:<br>Admitted: |
| Smith 196 | Sellers, Transcript of Testimony Before the United States Grand Jury, 05/19/2017 | Witness: T. Sellers<br>Date: 2/15/22<br>Admitted: M4ID |
| Smith 196A | Sellers, Exhibits to Testimony Before the United States Grand Jury, 05/19/2017 | Witness:<br>Date:<br>Admitted |
| Smith 196B | Sellers, Exhibit 3 to Testimony Before the United States Grand Jury, Maerki Email, re: Tony Sellers 11/07/2012 | Witness:<br>Date:<br>Admitted: |
| Smith 196C | Sellers, Exhibit 6 to Testimony Before the United States Grand Jury, Bank Email, re: Tony Sellers 12/12/2012 | Witness:<br>Date:<br>Admitted: |
| Smith 196D | Sellers, Interview, FBI, 11/07/2021 | Witness:<br>Date:<br>Admitted: |

Aghee Smith – Exhibit List

| Smith 243 | Browne, Xcel Bandwidth Two Business Term Sheet, April 2016<br>GOV00002011 | Witness: J. Browne<br>Date: 2/14/22<br>Admitted: yes |
|---|---|---|
| Smith 244 | Browne, IRA SVC Dep Form 06/13/2016<br>GOV00002010 | Witness:<br>Date:<br>Admitted: |
| Smith 245 | Browne, Redemption Request 06/23/2016<br>GOV00002014 | Witness:<br>Date:<br>Admitted: |
| Smith 246 | Browne, IRA Svcs Pur Xcel, 08/22/2016<br>GOV00002011 | Witness:<br>Date:<br>Admitted: |
| Smith 247 | Browne, Member Loan Xcel, 09/01/2016<br>GOV00002013 | Witness:<br>Date:<br>Admitted: |
| Smith 248 | Browne, Xcel, BB DD Form 02/15/2017<br>GOV00002016 | Witness:<br>Date:<br>Admitted: |
| Smith 249 | Browne, Trust W-9 02/15/2017<br>GOV00002004 | Witness:<br>Date:<br>Admitted: |
| Smith 250 | Browne, Direct Dep Form 02/22/2017<br>GOV00002008 | Witness:<br>Date:<br>Admitted: |
| Smith 251 | Browne, Collins 8PCYR Note 02/28/2017<br>GOV00002006 | Witness:<br>Date:<br>Admitted: |
| Smith 252 | Browne, Checks<br>USA-00123945 | Witness: J. Browne<br>Date: 2/14/22<br>Admitted: yes |
| Smith 252A | Browne, Checks<br>USA-00123945 | Witness:<br>Date:<br>Admitted |
| Smith 253 | Browne, Xcel Trust 2,  03/06/2017<br>GOV00002017 | Witness:<br>Date:<br>Admitted: |
| Smith 254 | Browne, Xcel Trust 03/06/2017 – Buyer Agreement<br>GOV00002018 | Witness:<br>Date:<br>Admitted: |
| Smith 254A | Browne, Xcel Trust 03/06/2017 – Operating Agreement<br>GOV00002018 | Witness:<br>Date:<br>Admitted: |
| Smith 254B | Browne, Xcel Trust 03/06/2017 – Note<br>GOV00002018 | Witness:<br>Date:<br>Admitted: |
| Smith 254C | Browne, Xcel Trust 03/06/2017 – Term Sheet<br>GOV00002018 | Witness:<br>Date:<br>Admitted: |
| Smith 255 | Browne, Collins 8 Note 03/14/2017<br>GOV00002005 | Witness:<br>Date:<br>Admitted: |

Aghee Smith – Exhibit List

| Smith 292 | Busch, MoneyMove Spec 100 IRA GOV0039197 | Witness: Date: Admitted: |
|---|---|---|
| Smith 293 | Busch, Money Move Spectrum 100 Busch, Mailhot & Styron GOV00039210 | Witness: Date: Admitted: |
| Smith 294 | Busch, 1/21/2016 redacted | Witness: Date: Admitted: |
| Smith 294A | Busch, Memo of Interview 1/21/2016 USA-00403311 | Witness: Date: Admitted: |
| Smith 295 | Eads RFC 11/10/2012 GOV00002386 | Witness: Date: Admitted: |
| Smith 296 | Eads Documents DSPF USA-00379891 | Witness: Date: Admitted: |
| Smith 296B | Eads, From the Desk of Kent Maerki, President, DSPF, 08/13/2013 USA-00379891 | Witness: R. Eads Date: 2/4/22 Admitted: yes |
| Smith 296C | Eads, From the Desk of Kent Maerki, President, DSPF, 04/22/2013 USA-00379891 | Witness: R. Eads Date: 2/4/22 Admitted: yes |
| Smith 296D | Eads, Email, Shelton & Power, 09/11/2013 USA-00379891 | Witness: Date: Admitted: |
| Smith 296E | Eads, Letter, Dental Support Group, 01/14/2014 USA-00379891 | Witness: Date: Admitted: |
| Smith 297F | Eads, Trifold USA-00379891 | |
| Smith 297 | Eads, FDD 12/03/2013 GOV00002385 | Witness: Date: Admitted: |
| Smith 298 | Eads Transmittal GOV00002387 | Witness: Date: Admitted: |
| Smith 299 | Eads, 01/21/2020 redacted | Witness: Date: Admitted: |
| Smith 299A | Eads, MOI Bank 11/02/2021 | |
| Smith 300 | Transcript, Shelton re: DSPF Pt 1 – AZ Corporation Commission 07/21/2015 USA-00012417 | Witness: Date: Admitted: |
| Smith 301 | Transcript Shelton re: DSPF Pt 2 – AZ Corporation Commission 07/28/2015 USA-00012744 | Witness: Date: Admitted: |

Aghee Smith – Exhibit List

| Smith 302 | Transcript Shelton re: Janus – Securities and Exchange Commission 04/05/2016 USA-00489758 | Witness: Date: Admitted: |
|---|---|---|
| Smith 303 | Blank | Witness: Date: Admitted: |
| Smith 304 | Blank | Witness: Date: Admitted: |
| Smith 305 | Blank | Witness: Date: Admitted: |
| Smith 306 | Blank | Witness: Date: Admitted: |
| Smith 307 | Blank | Witness: Date: Admitted: |
| Smith 308 | Blank | Witness: Date: Admitted: |
| Smith 309 | Email from R. Gibson to D. Oliver dated 5/19/14 re: Confirming Spec 100 Purchase | Witness: N. Gentile Date: 2/10/22 Admitted: M4ID |
| Smith 310 | Transcript Alcorn re: Janus – Securities and Exchange Commission 06/16/2014 USA-00487418 | Witness: Date: Admitted: |
| Smith 311 | Transcript Alcorn re: Janus – Securities and Exchange Commission 03/15/2016 USA-00487568 | Witness: Date: Admitted: |
| Smith 312 | Blank | Witness: Date: Admitted: |
| Smith 313 | Blank | Witness: Date: Admitted: |
| Smith 314 | Blank | Witness: Date: Admitted: |
| Smith 315 | Blank | Witness: Date: Admitted: |
| Smith 316 | Blank | Witness: Date: Admitted: |
| Smith 317 | Blank | Witness: Date: Admitted: |
| Smith 318 | Blank | Witness: Date: Admitted: |

Aghee Smith – Exhibit List

| | | |
|---|---|---|
| Smith 368 | Lyon, Xcel Bandwidth Two Term Sheet GOV00002988 | Witness: L. Lyon Date: 2/15/22 Admitted: yes |
| Smith 477 | Gibson, Interview, FBI, 3/14/2017 | Witness: Date: Admitted: |
| Smith 478 | Gibson, Memorandum of Interview, IRS, 03/20/2021 | Witness: Date: Admitted: |
| Smith 479 | Gibson, Interview, FBI, 07/17/2019 | Witness: Date: Admitted: |
| Smith 480 | Gibson, Memorandum of Interview 10/20/2021 | Witness: Date: Admitted: |
| Smith 481 | Gibson, Bodoh Email, re: PLI Purchases, Breakdown, 01/08/2013 USA-00038918 at 43 – 53 | Witness: Date: Admitted: |
| Smith 482 | Dominion Private Client Group, LLC, Bayport Credit Union, Fund Transfer Request USA-00032561 | Witness: R. Gibson Date: 2/9/22 Admitted: yes |
| Smith 483 | DSPF Group LLC Check 06/05/2013 USA-00118606 | Witness: Date: Admitted: |
| Smith 484 | Asset Purchase Agreement, Sellers Dental Group, LLC to DPF Group LLC 09/24/2013 | Witness: Date: Admitted: |
| Smith 485 | Seabolt Email, re: Comments on Funding Agreement USA-00052452 | Witness: Date: Admitted: |
| Smith 486 | Bank Email, re: Dominion/Summit -Ang Li USA-01244605 | Witness: Date: Admitted: |
| Smith 487 | DSPF Sales Tracker USA-00186853 | Witness: Date: Admitted: |
| Smith 488 | US v. Bank and Seabolt, Transcript of Proceedings, 04/05/2021 | Witness: Date: Admitted: |
| Smith 489 | US v. Bank and Seabolt, Transcript of Proceedings, 04/06/2021 | Witness: Date: Admitted: |
| Smith 490 | US v. Bank and Seabolt, Transcript of Proceedings, Gibson Cross | Witness: Date: Admitted: |
| Smith 491 | Anis, Interview, FBI, 03/24/2021 | Witness: Date: Admitted: |
| Smith 492 | Anis, Interview, FBI 09/10/2015 | Witness: Date: Admitted: |

Aghee Smith – Exhibit List

| | | |
|---|---|---|
| Smith 493 | Anis, Victim Impact Statement | Witness:<br>Date:<br>Admitted: |
| Smith 494 | Anis, Memorandum of Interview, USPS, 12/02/2020 | Witness:<br>Date:<br>Admitted: |
| Smith 495 | Anis, Interview, Commonwealth of Virginia, State Corporation Commission, 06/30/2014 | Witness:<br>Date:<br>Admitted: |
| Smith 496 | Austin, US v. Bank and Seabolt, Testimony | Witness:<br>Date:<br>Admitted: |
| Smith 497 | Austin, Zaun Family Trust VIS | Witness:<br>Date:<br>Admitted: |
| Smith 498 | Austin, Email Holly Bernick re: Phone Call Today 07/11/2014 | Witness:<br>Date:<br>Admitted: |
| Smith 499A | Gerek, Operating Agreement Janus Spectrum Group 11/27/2012 | Witness:<br>Date:<br>Admitted: |
| Smith 499B | Gerek, Operating Agreement WEMonitor Group, LLC 06/09/2013 | Witness:<br>Date:<br>Admitted: |
| Smith 500 | Gerek, Dental Support Plus Franchise Agreement For Franchise #1, 11/22/2012 | Witness:<br>Date:<br>Admitted: |
| Smith 501 | Gerek, Dental Support Plus Revolutionizing Dentistry USA-00116041 | Witness:<br>Date:<br>Admitted: |
| Smith 502 | Gerek, From the Desk of Maerki, 04/22/2013 USA-00115799 | Witness:<br>Date:<br>Admitted: |
| Smith 503 | Gerek, From the Desk of Maerki, re: Keeping Up with a Changing Mobile World, 02/05/2014 USA-00116029 | Witness:<br>Date:<br>Admitted: |
| Smith 504 | Xcel Bandwidth Two Term Sheet, 2016 | Witness: S. Bean<br>Date: 2/16/22<br>Admitted: yes |
| Smith 505 | Gerek, Memorandum of Interview, US Treasury, Internal Revenue Service, 08/15/2017 | Witness:<br>Date:<br>Admitted: |
| Smith 506 | Gerek, Victim Impact Statement | Witness:<br>Date:<br>Admitted: |
| Smith 507 | Gerek, Testimony, US v Bank | Witness:<br>Date:<br>Admitted: |
| 508 | | Witness:<br>Date:<br>Admitted: |
| Smith 509 | Barry, Interview FBI, 08/09/2016 | Witness:<br>Date:<br>Admitted: |

Aghee Smith – Exhibit List

| | | |
|---|---|---|
| Smith 509A | Barry, Memorandum of Interview, IRS, 01/06/2018 | Witness:<br>Date:<br>Admitted: |
| Smith 509B | Barry, Transcript, US v. Bank | Witness:<br>Date:<br>Admitted: |
| Smith 510 | Blank | Witness:<br>Date:<br>Admitted: |
| Smith 511 | Blank | Witness:<br>Date:<br>Admitted: |
| Smith 512 | Sykes Email, re: Daryl Bank Fraud Trial, 11/01/2019 | Witness:<br>Date:<br>Admitted: |
| Smith 513 | Email from Kenny Sykes to Andrew Bowers re: Daryl Bank Fraud Trial, dated 6/24/19 | Witness: K. Sykes<br>Date: 2/15/22<br>Admitted: yes |
| Smith 514 | Sykes Email, re: Hampton Roads Residents Swindled by Man Barred from Selling Security in 1980's Fed Say, 07/10/2019 | Witness:<br>Date:<br>Admitted: |
| Smith 515 | Bean, Xcel Bandwidth Member Loan | Witness: V. Hullim<br>Date: 2/4/22<br>Admitted: yes |
| Smith 516 | Letter, Shelton & Power, LLC re: Dental Support Plus Franchise, LLC, 06/07/2011 | Witness: V. Hullim<br>Date: 2/4/22<br>Admitted: yes |
| Smith 517 | Blank | Witness:<br>Date:<br>Admitted: |
| Smith 518 | Berrett, Summit Asset Purchase Prime Spectrum LLC GOV00025829 | Witness:<br>Date:<br>Admitted: |
| Smith 519 | Barrett Operating Agreement of Prime Spectrum GOV00025829 | Witness:<br>Date:<br>Admitted: |
| Smith 520 | Business Term Sheet, Xcel Bandwidth Two, April 2016 | Witness: K. Sykes<br>Date: 2/15/22<br>Admitted: yes |
| Smith 521 | Barrett, Transcript of Video Deposition, USA v. Daryl G Bank and Billy J Seabolt, 03/23/2021 | Witness:<br>Date:<br>Admitted: |
| Smith 522 | Dodson, Interview FBI, 11/01/2021 | Witness:<br>Date:<br>Admitted: |
| Smith 523 | Dunn, Interview FBI, 10/19/2018 | Witness:<br>Date:<br>Admitted: |
| Smith 524 | Dunn Interview FBI, 05/04/2020 | Witness:<br>Date:<br>Admitted: |
| Smith 525 | Dunn Report FBI, 10/28/2020 | Witness:<br>Date:<br>Admitted: |

Aghee Smith – Exhibit List

| | | |
|---|---|---|
| Smith 561 | | Witness:<br>Date:<br>Admitted: |
| Smith 562 | | Witness:<br>Date:<br>Admitted: |
| Smith 563 | Letter from Shelton & Powers re: Our Client Western Spectrum Ventures, LLC & Missing file Documentation, dated 4/28/16 | Witness: J. Browne<br>Date: 2/14/22<br>Admitted: yes |
| Smith 564 | | Witness:<br>Date:<br>Admitted: |
| Smith 565 | | Witness:<br>Date:<br>Admitted: |
| Smith 566 | | Witness:<br>Date:<br>Admitted: |
| Smith 567 | | Witness:<br>Date:<br>Admitted: |
| Smith 568 | | Witness:<br>Date:<br>Admitted: |
| Smith 569 | | Witness:<br>Date:<br>Admitted: |
| Smith 570 | | Witness:<br>Date:<br>Admitted: |
| Smith 800 | Audio: Sales Meeting 02/27/2011<br>USA-00522673 | Witness:<br>Date:<br>Admitted: |
| Smith 801 | Audio:  Sales Meeting 03/05/2012<br>USA-00522664 | Witness:<br>Date:<br>Admitted: |
| Smith 802 | Audio: Sales Meeting 03/12/2012<br>USA-005255665 | Witness:<br>Date:<br>Admitted: |
| Smith 803 | Audio:  Sales Meeting 03/19/2012<br>USA-00522666 | Witness:<br>Date:<br>Admitted: |
| Smith 804 | Audio: Sales Meeting 03/26/2012<br>USA-00522667 | Witness:<br>Date:<br>Admitted: |
| Smith 805 | Audio:  Sales Meeting 04/02/2012<br>USA-000522668 | Witness:<br>Date:<br>Admitted: |
| Smith 806 | Audio:  Sales Meeting 04/09/2012<br>USA-00522669 | Witness:<br>Date:<br>Admitted: |
| Smith 807 | Audio: Sales Meeting 04/16/2012<br>USA-00522662 | Witness:<br>Date:<br>Admitted: |

Aghee Smith – Exhibit List

| | | |
|---|---|---|
| Smith 826 | Audio:  04/14/2014<br>USA-0000290 | Witness:<br>Date:<br>Admitted: |
| Smith 827 | Audio:  05/05/2014<br>USA-00002903 | Witness:<br>Date:<br>Admitted: |
| Smith 828 | Audio: 05/12/2014<br>USA-00002883 | Witness:<br>Date:<br>Admitted: |
| Smith 829 | Audio:  05/19/2014<br>USA-00002884 | Witness:<br>Date:<br>Admitted: |
| Smith 830 | Audio: 06/02/2014<br>USA-00002909 | Witness:<br>Date:<br>Admitted: |
| Smith 831 | Audio: 06/09/2014<br>USA-00002911 | Witness:<br>Date:<br>Admitted: |
| Smith 832 | Audio:  06/16/2014<br>USA-00002885 | Witness:<br>Date:<br>Admitted: |
| Smith 833 | Audio:  07/07/2014<br>USA-00002916 | Witness:<br>Date:<br>Admitted: |
| Smith 834 | Video: Money From Thin Air Presentation<br>USA-00469108 | Witness: C. Bazelon<br>Date: 2/14/22<br>Admitted: yes |
| Smith 900 | Alcorn Email, 02/08/2014 re: Document Cancelling 18% Commission<br>USA-00492460 | Witness:<br>Date:<br>Admitted: |
| Smith 901 | Maerki Memo 07/05/ 2014 Dental Support Plus Franchise—History, Present & Future<br>GOV-000317 | Witness:<br>Date:<br>Admitted: |
| Smith 905 | Blank | Witness:<br>Date:<br>Admitted: |
| Smith 950 | FINRA Broker Check Report, Aghee William Smith II<br>USA-00123096 at 49-56 | Witness:<br>Date:<br>Admitted: |
| Smith 1000 | Summary of Investments Made by Jeff Browne to Daryl Bank Companies 8/6/15 – 12/20/17 | Witness: J. Browne<br>Date: 2/14/22<br>Admitted: M4ID |
| Smith 1008 | | Witness:<br>Date:<br>Admitted: |
| Smith 1009 | FCC Order | Witness: T. Forest<br>Date: 2/17/22<br>Admitted: yes |