IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division



FILED
IN OPEN COURT

FEB 23 2022

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                      CRIMINAL ACTION NO. 2:19-cr-47

AGHEE WILLIAM SMITH, II,

    Defendant.

## *VERDICT FORM*

WE, THE JURY, FIND **THE DEFENDANT AGHEE WILLIAM SMITH, II:**

**COUNT 1:** CONSPIRACY TO COMMIT MAIL AND WIRE FRAUD

    GUILTY __✓__        NOT GUILTY _____

**COUNT 2:** CONSPIRACY TO COMMIT MAIL AND WIRE FRAUD

    GUILTY __✓__        NOT GUILTY _____

**COUNT 8:** WIRE FRAUD

    GUILTY __✓__        NOT GUILTY _____

**COUNT 9:** WIRE FRAUD

    GUILTY __✓__        NOT GUILTY _____

**COUNT 16:** WIRE FRAUD

      GUILTY ✓                  NOT GUILTY _____

Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office.

**COUNT 17:** WIRE FRAUD

      GUILTY ✓                  NOT GUILTY _____

DATE:                                            FOREPERSON'S SIGNATURE:

                                                            REDACTED COPY

23 FEB 2022