IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
*Norfolk Division*

FILED
MAR 25 2022
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

UNITED STATES OF AMERICA

v.

DAVID ALCORN & AGHEE WILLIAM SMITH II,

Defendants.

Case No. 2:19cr47

### ORDER

Having considered the government's unopposed Motion to Substitute Exhibits, and good cause appearing as stated therein,

IT IS HEREBY ORDERED that the United States make take possession of the following Government Exhibits that were entered into evidence at the trial of this matter, and Pursuant to Federal Rule of Criminal Procedure 49.1 substitute redacted copies of the exhibits to be maintained for the record:

| No. | Description of Exhibit |
|---|---|
| 33 | Ruth Clark Check and Mailing |
| 40 | Gerek SunTrust DSPF Check – November 2, 2012 |
| 41 | DSPF GEREK, LLC BayPort Credit Union Account Ending In 0048 |
| 43 | DSPF Area Development Agreement – November 22, 2012 |
| 54 | Email string between Bank and Gerek – September 2015 – August 2017 |
| 62 | MidFlorida Credit Union Excel Bandwidth, LLC Bank Accounts Ending In 1973 and 1931 |

| 63 | Generations Federal Credit Union Xcel Bandwidth, LLC Bank Account Ending In 6709 |
|---|---|
| 65 | Dominion Investment Group, LLC BayPort Credit Union Account Application and Signature Card For Account Ending In 9056 |
| 70 | Dominion Private Client Group, LLC BayPort Credit Union Account Application and Signature Cards Account Ending In 8622 |
| 74 | Dominion Private Client Group, LLC – Oculina Bank Account Ending In 3011 |
| 77 | Dominion Franchise Group, LLC BayPort Credit Union Account Application and Signature Card – Account Ending In 9806 |
| 81 | Dominion Diversified Strategies, LLC BayPort Credit Union Account Application and Signature Card |
| 89 | DOM Consulting Services, LLC – Oculina Bank Account Ending In 5979 |
| 200O | Thomas Barnett DSPF Sales Agreement |
| 204 | DSPF Franchise Agreement |
| 205 | DSPF Area Development Agreement |
| 210 | DSPF Walsh, LLC Bayport Credit Union Bank Account |
| 211 | Barbara Russell, LLC Bayport Credit Union Bank Account |
| 212 | DSPF Houston LLC Bayport Credit Union Bank Account |
| 213 | DSPF DBunn LLC Bayport Credit Union Bank Account |
| 214 | DSPF ARangel LLC Bayport Credit Union Bank Account |
| 215 | DSPF TAustin LLC Bayport Credit Union Bank Account |
| 216 | DSPF M. Gray LLC Bayport Credit Union Bank Account |
| 217 | DSPF H. Gray LLC Bayport Credit Union Bank Account |

| 218 | Teaching And Learning For All Bayport Credit Union Bank Account |
|---|---|
| 219 | Peter and Margo Perry LLC Bayport Credit Union Bank Account |
| 226 | DSPF Group, LLC Bayport Credit Union Bank Account Application and Signature Cards |
| 249 | DSPF Group Advertisement |
| 250B | DSPF Group, LLC – Bayport Federal Credit Union Account Ending In 9219 |
| 265 | Wire Transfer from DSPF Group, LLC to Tony Sellers |
| 266 | Tony Sellers Asset Purchase Agreement – Dental Support Plus Franchise – September 24, 2013 |
| 281 | Debra Barry – Summit Trust Statements – DSP- 000003 |
| 288 | DSPF Uniform Franchise Disclosure Document |
| 301B | Janus Spectrum Group, LLC Bayport Credit Union Bank Account Application and Signature Cards |
| 303 | Spectrum Management LLC Bayport Credit Union Bank Account Application and Signature Cards |
| 316 | Janus Spectrum Group Operating Agreement |
| 330 | Janus Spectrum Group, LLC – Oculina Bank Account Ending 3194 |
| 400A | Emails between Alcorn and Bank re: Lincoln Spectrum – 11-4-13 |
| 401 | Prime Spectrum, LLC Bayport Credit Union Bank Account Application and Signature Cards |
| 403 | Prime Spectrum Management, LLC Bayport Credit Union Account Application and Signature Cards |
| 501 | Spectrum 100, LLC Bayport Credit Union Bank Account Application and Signature Cards |
| 503 | Spectrum 100 Management, LLC Bayport Credit Union Bank Account Application and Signature Cards |

| 523 | Summary Chart – Spectrum 100, LLC Oculina Bank Account Ending In 3054 |
|---|---|
| 525 | Spectrum 100 Management LLC – Oculina Bank Account Ending In 3038 |
| 604 | Diversified Financing LLC – BayPort Credit Union Bank Account Ending In 9505 |
| 604A | Accelerator Management, LLC – BayPort Credit Union Ending In 9684 |
| 608 | Diversified Financing, LLC – Oculina Bank Account Ending In 3291 |
| 616 | Diversified Financing LLC FBO Xcel Bandwidth, LLC – Oculina Bank Account Ending    In 3747 |
| 617 | Xcel Bandwidth, LLC – Oculina Bank Account Ending In 7718 |
| 618 | Accelerator Management LLC – Oculina Bank Account 3216 |
| 620 | Operating Agreement of Xcel Bandwidth Two |
| 621 | Xcel Bandwidth Member Loan Agreement |
| 633 | Xcel Bandwidth One LLC Operating Agreement |
| 634 | Xcel Bandwidth One Membership Interest and Loan |
| 702 | Email chain re: Side Agreement – November 30, 2011 |
| 702A | Application Services Agreement – November 28, 2011 |
| 708 | Alcorn email to Susan Newell re: Commercialization Agreement – 9/27/13 |
| 709 | Commercialization Agreement – 10/1/13 |
| 712 | Newell email re: Call with David Alcorn – 2/17/14 |
| 723 | Emails between Craig Newell and Alcorn – 6/19/15 |

| 726 | Six Cities Associates, LLC – Alcorn Letter |
| --- | --- |
| 735 | Operating Agreement of Lincoln Spectrum, LLC – 6-6-2013 |
| 802 | IRA Services Authorization – Hullum Practice Management |
| 807 | Michelle Yee Asset Purchase Agreement – DSPF Group – May 17, 2013 |
| 808 | DSPF Group, LLC Operating Agreement |
| 813 | Michelle Yee Asset Purchase Agreement v2 – DSPF Group – May 17, 2013 |
| 814 | DSPF Group, LLC Operating Agreement v2 |
| 817 | Xcel Bandwidth Two Operating Agreement – Bean |
| 821 | Provident Trust Account Statement – December 31, 2018 |
| 824 | Provident Trust Account Statement – December 31, 2019 |
| 831 | IRA Services Investment Authorization – Sykes |
| 832 | IRA Services Representative Authorization – Sykes |
| 833 | Xcel Bandwidth Buyer Agreement – Sykes |
| 835 | Xcel Bandwidth Two Operating Agreement – Sykes |
| 845 | Carol Groff – Dominion Investor Packet |
| 855 | Wilfried Berndt Asset Purchase Agreement - Spectrum 100 - |
| 858 | Email between Raymond Martin and Gibson re: Spectrum 100 – June 8, 2013 |
| 877 | Nicholas Gentile Asset Purchase Agreement – Spectrum 100 – March 12, 2014 |

| 879 | Nicholas Gentile Asset Purchase Agreement –Spectrum 100 – July 21, 2014 |
|---|---|
| 887 | Nicholas Gentile Asset Purchase Agreement – Spectrum 100 – June 19, 2015 |
| 891 | Check from Lawrence Lyon to Xcel Bandwidth – February 22, 2017 |
| 898 | Letter from Shelton & Power, LLC dated 7/7/15 re: Our Client: Western Spectrum Ventures II, LLC |
| 1002A | Signature Cards – Janus Spectrum, LLC – Wells Fargo Account Ending In 7384 |
| 1002D | Signature Cards – Janus Spectrum, LLC – Wells Fargo Account Ending In 5290 |
| 1002G | Signature Cards – Janus Spectrum, LLC Debtor in Possession – Arizona Business Bank Account Ending In 4974 |
| 1002J | Signature Cards – Janus Spectrum, LLC Debtor in Possession – Arizona Business Bank Account Ending In 6142 |
| 1019V | Signature Cards – PECS Management, LLC – JP Morgan Bank Account Ending In 7080 |
| 1019Y | Signature Cards – PECS Management, LLC – Wells Fargo Bank Account Ending In 4870 |
| 1020C | Kent Maerki Personal Account – Signature Card – Wells Fargo Bank Account Ending in 8609 |
| 1020E | Kent Maerki Personal Account – Wells Fargo Bank Account Ending in 8609 |
| 1102 | David Alcorn Professional Corporation – Wells Fargo Bank Account Ending In 7417 |
| 1104 | David Alcorn Professional Corporation – Wells Fargo Savings Account Ending In 8435 |
| 1107 | David & Elizabeth Alcorn Wells Fargo Check and Savings Accounts Ending in 1474 & 6604 |
| 1110 | David Alcorn Professional Corporation Retirement Plan – Arizona Business Bank Account Ending In 5760 |
| 1116 | Brooksam, LLC – Arizona Business Bank Account Ending In 3854 |
| 1117 | David Alcorn's Charles Schwab Account Ending In 8925 & 9732 |

| 1123 | David Alcorn's Wells Fargo VISA Statements |
| --- | --- |
| 1204 | American Estate & Insurance Services, Inc. – Wells Fargo Bank Account Ending in 7629 |
| 1207 | A.W. Smith & Associates – Wells Fargo Bank Accounts Ending In 6340 & 0888 |
| 1208 | MBP Advisory, LLC – Wells Fargo Bank Account Ending In 7929 |
| 1210 | Aghee W. Smith – Wells Fargo Bank Account Ending In 8998 |
| 1212 | A William Smith & Susan Smith – Golden 1 Credit Union Account Ending In 0346 |
| 1214 | Aghee Bill Smith's Gradient Application |

The United States shall coordinate with the Court's courtroom deputy to effect the substitution of such exhibits.

Dated this 24th day of March, 2022.

/s/ Raymond A. Jackson
THE HONORABLE RAYMOND A. JACKSON
UNITED STATES DISTRICT JUDGE