June, 7, 2022

Honorable Judge,

My name is Rebecca Miles. have been blessed to be the daughter of Aghee Smith since I was three years old. He came into my life after my own biological father left, and loved me as his own. I am a stay-at-home mother to eight wonderful kids, five of which are bonus kids, and three of my own. I am the wife of a pharmacist, (Joshua Miles) and together we own a pharmacy in Thousand Oaks, California. Through the example of my father, Aghee, I have learned to love my bonus kids as my own, and I am forever thankful for his example in what it is like to raise children that are not "yours".

My father adopted me officially when I was 11 years old. It was one of the most special days of my life. I was able to take on his last name, which I was proud to carry.

Aghee is one of the most generous, funny, and kind men I have ever known. I look up to him and consider him my hero. I may be bias since he is my father, but you can ask anyone that knows him, he is kind and giving to everyone. He is very involved in the AA community (alcoholic anonymous) since he is 40 years sober. Growing up, there were innumerable times he brought struggling people over from those meetings, and helped them by finding them work (either in our home or elsewhere), food, and spiritual guidance. Many of the projects that were done around the house (painting, yard work, etc.) were done by my dad's friends he met in AA. Yes, I call them his friends. Each and every person he meets, becomes his friend. He loves everyone. And they love him back.

There are SO many people that love and appreciate him. I am truly grateful for the example he set by doing that. I am certainly a better person for being raised by him. He has shown me what it means to love everyone, regardless of social status, regardless of whether or not they've even had a recent shower, there is no judgement from him. He simply wants to help, help others be better, help others find joy, and peace.

When I was 26, I went through a pretty messy divorce. My parents welcomed me and my newborn son home with open arms. The bond that my now 9-year-old son and his "papa" share, is unlike any other. It is so special. Having his papa around to help raise him, was SUCH a blessing. He showed him what a real man should do for their family. He worked hard every day to help provide for us. He spent quality time with my son M▮▮▮, helped mold him into the sweet boy he is now. Into a kid that understands hard work is what it takes to succeed. M▮▮▮ understands what it means to truly love everyone, because of my father. Even after I remarried a couple years after my divorce, their bond has remained, and papa now has a whole bundle of kids to love and teach.

Regardless of what anyone has said negatively about my father, I KNOW without a doubt he is a good man, with good intentions. I appreciate the opportunity to share my feelings about him, and hope you will take what I have said to heart.

Regards,

Rebecca Miles

