Honorable Judge,

I am Debra Custis, I am a Medical Assistant for Kaiser Permanente in Fremont California.

Bill is my oldest brother. I am 68 years old, and my brother Bill is 3 years older than myself and has been a part of my life for most of it.

Bill was born premature I think about 6 weeks early, he had Cerebral Palsy and spent the first few years having surgeries and, in the hospital, he had to wear leg braces. Our Mother had a hard time carrying pregnancies full term. Our sister Kathleen was born early; about 9 months after Bill was born. She sadly died within a couple of days of coming home in our father's arms. Due to that also mom could not be with Bill a lot while he was in the hospital. As I remember it there was an experimental surgery that our parents heard about overseas that could help him be able to walk normally. He was sent with our grandmother. Mom's mom and she was the visitor at the hospital with Bill during his recovery. I think that was very hard on Bill as well as our parents.

Bill was married and divorced as I was in the 70's. It didn't take him too many years after that to discover that he was not going to make it with his lifestyle, and he got sober and has been attending AA meetings every week of his life for many years now- I think somewhere about 40 years. He goes sometimes 2-3 times a week, said it kept him on the straight and narrow. He became a member of the Mormon Church and believes the philosophy, we were introduced to it as children. As I recall he sponsored several people and helped them with their faith and sobriety. He feels very strong in his faith.

I don't like to speak ill of my brother, but I have to admit as anyone who knows Bill will that he is gullible. There is not a time that I remember that whatever the newest miracle cure or herbal remedy he would try and instantly he was the best poster child they could have for that product, he could convince anyone to try it out because he sincerely believed in its value.

Our Father passed away in Dec 1998. It was unexpected and our world turned upside down. Bill would come visit mom every other week to check on her.

The last 2-3 years of her life she was confined to a wheelchair and Michael had become her caretaker. On several occasions we would call Bill and he would drop

everything and come give her a Blessing by "The laying on of hands" that he was bestowed from the Priesthood of the Mormon Church and his faith to give. It seemed to help all of us.

When mom passed away Bill met with us and since I was the Trustee of moms Trust he said he would help me get information that I would need but he could not advise me and could not except any inheritance from the trust since he helped her get the trust and I think an IRA account set up. He also dismissed himself from any share of the life insurance she had. He said it was immoral and Illegal for him to profit in any way. He put it in writing and included that his adopted daughter Becky also would not be entitled to anything from the trust.

I asked Bill over the last few years how he was doing, and he told me that he didn't have anything to be worried about and he didn't want me to worry for him because he had not done anything wrong, and the law would find that out. He was going back to school to become a truck driver and was looking forward to a new opportunity. Even a week before his hearing I did not know where he was, and I called just to say hello and reach out. He told me the same thing, but he said this time that he found out that the men he was working for were crooked and had done some really bad things. He told me , I don't want you to worry about me because I didn't do anything wrong Debbie, and they will find this out. I did not know that last conversation he was in Virginia on trial and was found guilty that next week.

This is part of the reason in my heart and mind I can truly understand and believe that Bill would not knowingly hurt a single sole and would give anyone the shirt off his back. He sincerely believes in the hereafter and that the way you live your life here on earth determines whether or not you get to be with your family, loved ones and the Heavenly Father. He is not spiteful or malicious in any way. He tries to live accordingly to get there.

I have always been able to call Bill for a friendly word, a joke, advice or just to say I'm thinking about you and always at the end of the visit or phone call it ends with I love you take care.

I would not hesitate in any manner to say my brother Bill is a good person, honest, he cares about people. I have always been proud of him.

For the above reasons and many more I do not believe Bill acted in any malicious way. I am truly sorry for the people who were taken in by the product that was created and put together by what sounds like evil and greedy men. But please do not stop Bill from contributing to society by trying to work at 70 and continue to support his family and faith by keeping him behind bars.

I hope to be able to attend his trial on June 23. Circumstances may stop me as I may not be able to leave my husband due to his resent health problems. Please take into consideration in this crazy world that we are now living in the harm that would be caused to his family and the trust we have always put in the law.

Thank you

*Debra Custis*
Debra Custis