| | |
|---|---|
| **From:** | Cherie BRADLEY |
| **To:** | Lindsay McCaslin |
| **Subject:** | Aghee(Bill)Smith |
| **Date:** | Saturday, May 14, 2022 2:41:31 PM |

Dear Honorable Judge,

 My name is Cherie Bradley and I am Bills sister in law. Bills wife Sue is my sister.  I am currently taking care of my husband of 47 and 1/2 years who was diagnosed with PPA early onset dementia about 3 years ago at age 67.  He is a retired CPA. We have raised 5 children and have 23 grandchildren. My role has been full time Mom and part time support in my husbands CPA firm through the years. I have held many positions in our church as well.
 I have known Bill Smith for about 30 years. My relationship with Bill has been in a sister in law capacity and so as I have a very close relationship with my sister even though we live in Utah and they are in California I have spent time in direct contact but more often indirect contact with him.
 I have seen and know that Bill can seem a bit too trusting at times but I believe him to have others best interest at the heart of his intentions. It is obvious to me as I have observed his actions through the years that he cares about the welfare of others as he has tried to help in others lives and eager to give aide in whatever way he could. If he saw others in physical pain he would offer his help in his remedies that he had felt he had success with. As he was active in his faith he was  often willing to share that faith with others and try to help them fill their lives with something more that he believed wholeheartedly in.  I am fully aware that he has been given a negative outcome to this accusation of  willingly hurting others with fraud but I sincerely believe even as this  has unfolded  it was not done with any intent to harm.  I believe his trust in whoever was at the top of this investment group  led to this outcome.
 As Bill faced the enditement for the last three years and could no longer continue in this career he immediately tried to figure out what else he could do to support his family. I am unaware of all he tried but I know nothing was beneath his efforts that he could physically carry out. Among these was delivery driver for several companies,training to become a licensed truck driver, etc.
  I would like to add that as he is given this sentence that mercy be given and his health also be considered as he has faced some serious dignoses this past couple of years with heart atrial fibrillation ,serious infections in his leg,sepsis , hydrocelle, etc.  all the while continuing to try and work.
 I thank you for your consideration of this letter as to Bills character and I  want you to know I am completely sincere in its content.

Cherie Bradley
Get Outlook for