**Stephen Edwards**

Roseville, CA 95747

@yahoo.com

28th May 2022

**To Honorable Judge,**

My name is Stephen Edwards. I've been happily married for 26yrs. I raised my step-son Brandon since the age of 2yrs. He now runs his own successful Solar sales team. My wife and I adopted two children D▮▮▮ 13yrs. and M▮▮▮ 12yrs. They are amazing and we are blessed to have them in our life.

I've worked in management in the semiconductor industry for the last 25yrs. Prior to that I was a UPS driver for 4yrs. Now working with my son in the solar industry as an energy consultant.

I have known Aghee (Bill) Smith for 3 years. We first met at a church sponsored financial course. We immediately hit it off and exchanged contact information. We spent a year together co -teaching the youth (10yr) in the primary program. Our duties consisted of reading, singing, acting, and learning about positive role models.

A few times a week over the last three years, Bill and I would dive deep into the scriptures discussing how to gain a deeper love for our family, friends, and church duties, gaining even more faith and hope at each meeting.

Aghee is a kind and generous man. He gives of his time, talents, and possessions when he can. After I experienced my first lay off ever at the age of 50yrs unsure what to do next, he gave me a nice desk and chair to start my search for a new career and business.  I am grateful for his good-hearted nature. He has added value to my family and I am a better husband and father knowing him.

   Sincerely,

**Stephen Edwards**