To the Honorable Judge,

I am Janice Hansen. I work for Discover Financial Services in Customer Service. I have known Aghee (Bill) Smith for over 31 years. He is my brother-in-law.

In all the years I have known him Bill has been friendly and kind to those in need. I have seen him give work to the homeless. I've seen him spend time helping recovering alcoholics. He works very hard serving in his church and community. He has always been willing to work hard (even at the expense of his own health) to provide for his family. Bill took work doing restaurant food delivery, Uber, driving trucks, even delivering for UPS with little or no training. I saw him trying to organize deliveries without any training. He was working from 5 am to midnight delivering for UPS while he was suffering from very painful cellulitis.

Bill is a man of faith and spends a lot of time trying to improve by reading good books and watching uplifting podcasts. I know Bill has been convicted of a serious crime, but I still don't believe he knowingly broke the law. He and his family have lost nearly everything during the past 3 years since he was indicted. Even during this challenging time, Bill still took time to spend time helping others. I met a young homeless man that Bill was helping overcome alcohol addiction. This young man spent many hours at the Smith home during the day because he was homeless and could only be at the homeless shelter over night. Bill and Sue included him in family dinners and activities just to help him. This was just weeks prior to Bill's trial. This behavior is not a single incident.

I would hope to see some leniency for Bill. I believe him to be a good and honorable man. Feel free to contact me with any questions.

Sincerely,

*Janice H*

Janice Hansen

Stansbury Park, UT 84074

)@gmail.com