May 16, 2022

The Honorable Judge,

This letter is sent to you respectfully in behalf of Aghee (Bill) Smith.

The following is my personal information, and I would be happy to address any additional information regarding my association with Bill.

My personal information is:

Devon Creed Hansen

███████████

Stansbury Park, UT 84074

███████ voice/text

███████@hotmail.com

My Background:
I am currently preparing for retirement. My current and recent work experience is Manager for The Grace Company and Prior to that was the Program Manager for an aircraft company. Community service has included Chairman, Murray City Planning commission and President of a 3600-member church organization.

I have known Bill for over 30 years. He is married to my wife's sister Sue.

My personal associations with Bill:

Bill is a quiet reserved man. Even though we live in different states, we have always found time to spend together. Conversations have often been about his beliefs and thoughts and concerns about the needs of others.

I remember specifically him offering a temporary job to a young man that was struggling. This was not a job that was critical to be done, but was done to help a young struggling individual.

I have also had many personal discussions with Bill regarding his desire to bless his family and friends. He is aware of specific needs, and expressed a desire to be of help where he could.

In all of our conversations, I have never heard him refer to anything about himself. It has always been what he could or would like to do for others. I know this is a difficult time for all concerned. His family as well as many others have suffered much throughout this. I hope my expressions and feelings offered in Bill's behalf will help you understand and know Bill more on a personal level.

Regards,

*[signature: Devon C. Hansen]*

Devon C. Hansen