June 6th, 2022

Ref: Bill Smith

To the Honorable Judge,

My name is Matt Fowles, my wife and I first met Bill about 10-11 yrs. ago for investment advice. We decided to invest through him primarily because of his low key and easy going demeanor. He was also the first Investment advisor that did not want us to move all of our investments to him to manage. We have been vey happy with our investments with Bill.

Over the last few years I have gotten to know Bill on a personal level though our association with the same church. Bill has a unique interest in the welfare of others. He is very generous and donates a lot of his time in the service of others. One example, while Bill was working on getting his commercial Driver's license his instructor shared with him the horrible situation he and his wife were living under at the apartment complex where they lived. I accompanied Bill on two occasions when he went to give them food supplies and moral support. Though the efforts of Bill they were able to find new living quarters and soon moved to a much safer and better environment. Bill has shared with me many other situations that he has been involved in with helping others.

Regardless of what Bill did or didn't do that got him into the situation he is in now, I believe the Bill I know can and will be a much greater good for the community and those around him by being home with his wife and family and serving those in need and not in a prison cell.

Thank you for this opportunity share my feeling about Bill.

Matt Fowles