Tim Womeldorf
3233 Big Bear Drive
Roseville, CA 95747

June 8, 2022

Lindsay J. McCaslin
Assistant Federal Public Defender
Eastern District of Virginia
150 Boush Street, Suite 403
Norfolk, Virginia 23510

Honorable Judge:

My name is Tim Womeldorf. I am writing to provide a character letter for Aghee (Bill) Smith. I am a neighbor to Bill and served as a Bishop or ecclesiastical leader for the Church of Jesus Christ of Latter-Day Saints in the Roseville, CA area from 2015 to 2021 and have known Bill for over 15 years. I work as a portfolio manager for Union Bank for the past 20 years. I have seen Bill to be well-liked, hard-working and serve family members in several instances. Many of these efforts have been to those that are less fortunate or were experiencing particular challenges with specific needs. I have witnessed a genuine concern from Bill for others and a willingness to help them with daily challenges.

He met a young man about two years ago that was homeless and made several efforts to help him. He extended his own resources to help this young man. He also made several efforts to request or search for resources to help him find housing and employment opportunities to help him become more self-reliant.

He was acquainted with two men that were living in a halfway house. He made efforts to help them with needs for food and clothing. He helped them to prepare for employment interviews and requested help from friends and neighbors to assist with support and counsel in these employment efforts to establish themselves. I know that similar efforts and service have been extended to family members and neighbors that have needs.

By: _____

Tim Womeldorf
Cell phone (916) 316-7031

Tim Womeldorf
3233 Big Bear Drive
Roseville, CA 95747

June 8, 2022

Lindsay J. McCaslin
Assistant Federal Public Defender
Eastern District of Virginia
150 Boush Street, Suite 403
Norfolk, Virginia 23510

Honorable Judge:

My name is Tim Womeldorf. I am writing to provide a character letter for Aghee (Bill) Smith. I am a neighbor to Bill and served as a Bishop or ecclesiastical leader for the Church of Jesus Christ of Latter-Day Saints in the Roseville, CA area from 2015 to 2021 and have known Bill for over 15 years. I work as a portfolio manager for Union Bank for the past 20 years. I have seen Bill to be well-liked, hard-working and serve family members in several instances. Many of these efforts have been to those that are less fortunate or were experiencing particular challenges with specific needs. I have witnessed a genuine concern from Bill for others and a willingness to help them with daily challenges.

He met a young man about two years ago that was homeless and made several efforts to help him. He extended his own resources to help this young man. He also made several efforts to request or search for resources to help him find housing and employment opportunities to help him become more self-reliant.

He was acquainted with two men that were living in a halfway house. He made efforts to help them with needs for food and clothing. He helped them to prepare for employment interviews and requested help from friends and neighbors to assist with support and counsel in these employment efforts to establish themselves. I know that similar efforts and service have been extended to family members and neighbors that have needs.

By: /s/ Tim Womeldorf

Tim Womeldorf
Cell phone (916) 316-7031