

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of America | ) |
| --- | --- |
| v. | ) |
|  | ) Case No. 2:19cr47 |
| AGHEE WILLIAM SMITH, II | ) |
| *Defendant* | ) |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Walter E. Hoffman U.S. Courthouse<br>600 Granby St<br>Norfolk, VA 23510 | Courtroom No.: | Courtroom 4 |
| --- | --- | --- | --- |
|  |  | Date and Time: | 08/24/2022 11:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

(SEAL)

Date: 08/11/2022

CLERK OF COURT

_____
Fernando Galindo, Clerk of Court
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* _____
U.S. ATTORNEY'S OFFICE , who requests this subpoena, are:

Elizabeth M. Yusi, AUSA
Office of the United States Attorney
World Trade Center, Suite 8000
Norfolk, VA 23510
(757) 441-6331