**REDACTED**

United States v. Aghee William Smith
Case No. 2:19CR47
SEALED ATTACHMENT A TO RESTITUTION ORDER

| Victim: | Investment: | Address: | Loss: |
|---|---|---|---|
| ▮▮▮▮ | Spectrum 100 | ▮▮▮▮ | $110,000.00 |
| ▮▮▮▮ | Spectrum 100 | ▮▮▮▮ | $50,000.00 |
| ▮▮▮▮ | Spectrum 100 | ▮▮▮▮ | $50,000.00 |
| ▮▮▮▮ | Spectrum 100 | ▮▮▮▮ | $25,000.00 |
| ▮▮▮▮ | Spectrum 100 | ▮▮▮▮ | $25,000.00 |
| ▮▮▮▮ | Spectrum 100 | ▮▮▮▮ | $40,000.00 |
| ▮▮▮▮ | Spectrum 100 | ▮▮▮▮ | $50,000.00 |
| ▮▮▮▮ | Spectrum 100 | ▮▮▮▮ | $14,500.00 |
| ▮▮▮▮ | Spectrum 100 | ▮▮▮▮ | $15,000.00 |
| ▮▮▮▮ | Spectrum 100 | ▮▮▮▮ | $87,000.00 |
| ▮▮▮▮ | Spectrum 100 | ▮▮▮▮ | $50,000.00 |
| ▮▮▮▮ | Spectrum 100 | ▮▮▮▮ | $25,000.00 |
| ▮▮▮▮ | Spectrum 100 | ▮▮▮▮ | $50,000.00 |
| ▮▮▮▮ | Spectrum 100 | ▮▮▮▮ | $36,000.00 |
| ▮▮▮▮ | Spectrum 100 | ▮▮▮▮ | $53,000.00 |
| ▮▮▮▮ | Spectrum 100 | ▮▮▮▮ | $70,000.00 |
| ▮▮▮▮ | Spectrum 100 | ▮▮▮▮ | $50,000.00 |

| | | | |
|---|---|---|---|
| ▮▮▮▮ | Spectrum 100 | ▮▮▮▮▮ | $43,000.00 |
| ▮▮▮ | Spectrum 100 | ▮▮▮▮▮ | $96,000.00 |
| ▮▮▮ | Spectrum 100 | ▮▮▮▮ | $124,000.00 |
| ▮▮▮ | Spectrum 100 | ▮▮▮▮▮ | $100,000.00 |
| ▮▮ | Spectrum 100 | ▮▮▮▮ | $20,000.00 |
| ▮▮▮ | Spectrum 100 | ▮▮▮▮ | $50,000.00 |
| ▮▮ | Spectrum 100 | ▮▮▮▮ | $20,000.00 |
| ▮▮ | Spectrum 100 | ▮▮▮ | $25,000.00 |
| ▮▮▮▮▮ | Spectrum 100 | ▮▮▮▮ | $50,000.00 |
| ▮▮▮ | Spectrum 100 | ▮▮▮▮▮ | $100,000.00 |
| ▮▮▮ | Spectrum 100 | ▮▮▮▮▮ | $75,000.00 |
| ▮▮ | Spectrum 100 | ▮▮▮▮ | $25,000.00 |
| ▮▮▮ | Spectrum 100 | ▮▮▮▮ | $25,000.00 |
| ▮▮ | Spectrum 100 | ▮▮▮▮ | $15,000.00 |
| ▮▮ | Spectrum 100 | ▮▮ | $47,500.00 |
| ▮▮▮ | Spectrum 100 | ▮▮▮▮ | $34,000.00 |
| ▮▮▮ | Spectrum 100 | ▮▮▮▮▮ | $40,000.00 |
| ▮▮▮ | Spectrum 100 | ▮▮▮▮ | $26,000.00 |
| ▮▮ | Spectrum 100 | ▮▮▮▮ | $42,000.00 |
| ▮▮▮ | Spectrum 100 | ▮▮▮▮ | $25,000.00 |
| ▮▮▮ | Spectrum 100 | ▮▮▮▮ | $58,000.00 |

| | | | |
|---|---|---|---|
| ▉ | Spectrum 100 | ▉ | $100,000.00 |
| ▉ | Spectrum 100 | ▉ | $100,000.00 |
| ▉ | Spectrum 100 | ▉ | $25,000.00 |
| ▉ | Spectrum 100 | ▉ | $75,000.00 |
| ▉ | Spectrum 100 | ▉ | $50,000.00 |
| ▉ | Spectrum 100 | ▉ | $100,000.00 |
| ▉ | Spectrum 100 | ▉ | $100,000.00 |
| ▉ | Spectrum 100 | ▉ | $34,000.00 |
| ▉ | Spectrum 100 | ▉ | $100,000.00 |
| ▉ | Spectrum 100 | ▉ | $63,000.00 |
| ▉ | Spectrum 100 | ▉ | $22,000.00 |
| ▉ | Spectrum 100 | ▉ | $3,000.00 |
| ▉ | Spectrum 100 | ▉ | $9,500.00 |
| ▉ | Spectrum 100 | ▉ | $19,500.00 |
| ▉ | Spectrum 100 | ▉ | $25,000.00 |
| ▉ | Spectrum 100 | ▉ | $6,450.00 |
| ▉ | Spectrum 100 | ▉ | $6,450.00 |
| ▉ | Spectrum 100 | ▉ | $6,100.00 |
| ▉ | Spectrum 100 | ▉ | $6,000.00 |

| | | | |
|---|---|---|---|
| ████ | Spectrum 100 | ████ | $86,500.00 |
| ████ | Spectrum 100 | ████ | $8,600.00 |
| ████ | Spectrum 100 | ████ | $100,000.00 |
| ████ | Spectrum 100 | ████ | $1,000.00 |
| ████ | Spectrum 100 | ████ | $40,000.00 |
| ████ | Spectrum 100 | ████ | $50,000.00 |
| ████ | Spectrum 100 | ████ | $30,000.00 |
| ████ | Spectrum 100 | ████ | $39,000.00 |
| ████ | Spectrum 100 | ████ | $7,500.00 |
| ████ | Spectrum 100 | ████ | $25,000.00 |
| ████ | Spectrum 100 | ████ | $53,000.00 |
| ████ | Spectrum 100 | ████ | $120,000.00 |
| ████ | Spectrum 100 | ████ | $4,000.00 |
| ████ | Spectrum 100 | ████ | $50,000.00 |
| ████ | Spectrum 100 | ████ | $5,000.00 |
| ████ | Spectrum 100 | ████ | $58,000.00 |
| ████ | Spectrum 100 | ████ | $52,000.00 |
| ████ | Spectrum 100 | ████ | $19,000.00 |
| ████ | Spectrum 100 | ████ | $43,000.00 |
| ████ | Spectrum 100 | ████ | $22,000.00 |
| ████ | Spectrum 100 | ████ | $50,000.00 |

| | | | |
|---|---|---|---|
| ▉ | | ▉ | |
| ▉ | Spectrum 100 | ▉ | $15,000.00 |
| ▉ | Spectrum 100 | ▉ | $45,000.00 |
| ▉ | Spectrum 100 | ▉ | $40,000.00 |
| ▉ | Spectrum 100 | ▉ | $24,000.00 |
| ▉ | Spectrum 100 | ▉ | $5,000.00 |
| ▉ | Spectrum 100 | ▉ | $25,000.00 |
| ▉ | Spectrum 100 | ▉ | $25,000.00 |
| ▉ | Spectrum 100 | ▉ | $100,000.00 |
| ▉ | Spectrum 100 | ▉ | $29,000.00 |
| ▉ | Spectrum 100 | ▉ | $78,000.00 |
| ▉ | Spectrum 100 | ▉ | $22,000.00 |
| ▉ | Spectrum 100 | ▉ | $10,000.00 |
| ▉ | Spectrum 100 | ▉ | $5,000.00 |
| ▉ | Spectrum 100 | ▉ | $46,000.00 |
| ▉ | Spectrum 100 | ▉ | $30,000.00 |
| ▉ | Spectrum 100 | ▉ | $50,000.00 |
| ▉ | Spectrum 100 | ▉ | $50,000.00 |
| ▉ | Spectrum 100 | ▉ | $100,000.00 |
| ▉ | Spectrum 100 | ▉ | $8,000.00 |
| ▉ | Spectrum 100 | ▉ | $34,000.00 |

| | | | |
|---|---|---|---|
| ████████ | Spectrum 100 | ██████████████ | $60,000.00 |
| ███████████ | Spectrum 100 | ██████████ | $25,000.00 |
| ████████████ | Spectrum 100 | ██████████ | $50,000.16 |
| ██████ | Spectrum 100 | █████████ | $15,000.00 |
| ████████ | Spectrum 100 | ███████████ | $100,000.00 |
| █████████ | Spectrum 100 | ██████████████ | $426,000.00 |
| █████████ | Spectrum 100 | █████████ | $64,000.00 |
| ███████ | Spectrum 100 | █████████ | $31,000.00 |
| ███████ | Spectrum 100 | ███████ | $30,000.00 |
| ███████ | Spectrum 100 | █████████████ | $51,000.00 |
| █████████ | Spectrum 100 | ███████████ | $50,000.00 |
| ██████ | Spectrum 100 | ███████████ | $115,000.00 |
| ██████████ | Spectrum 100 | ███████████ | $15,000.00 |
| ██████ | Spectrum 100 | ███████████ | $25,000.00 |
| █████████ | Spectrum 100 | █████████ | $25,000.00 |
| ████████ | Spectrum 100 | ████████ | $20,000.00 |
| ██████ | Spectrum 100 | ██████████ | $40,000.00 |
| ████████ | Spectrum 100 | ████████████ ██████ | $51,000.00 |
| ████████ | Spectrum 100 | ██████████████ | $25,000.00 |
| █████████ | Spectrum 100 | █████████ | $50,000.00 |

| | | | |
|---|---|---|---|
| ███ | | ███████ | |
| ███ | Spectrum 100 | ██████ | $12,000.00 |
| ████ | Spectrum 100 | █████ | $55,000.00 |
| █████ | Spectrum 100 | ████ | $75,000.00 |
| ███ | Spectrum 100 | ██ | $29,000.00 |
| ███ | Spectrum 100 | █████ | $10,000.00 |
| ████ | Spectrum 100 | ███ | $50,000.00 |
| ██ | Spectrum 100 | █████ | $25,000.00 |
| ███ | Spectrum 100 | ██ | $50,000.00 |
| █████ ██ | Spectrum 100 | ████ | $50,000.00 |
| ███ | Spectrum 100 | ██ | $25,000.00 |
| ██ | Spectrum 100 | █████ | $30,000.00 |
| ███ | Spectrum 100 | ██ | $25,000.00 |
| ███ | Spectrum 100 | █████ | $5,000.00 |
| ███ | Spectrum 100 | ██ | $10,000.00 |
| ████ ██ | Spectrum 100 | ██ | $43,000.00 |
| ██ | Spectrum 100 | ██ | $25,000.00 |
| ███ | Spectrum 100 | ██ | $10,000.00 |
| ███ | Spectrum 100 | █████ | $10,000.00 |
| ████ | Spectrum 100 | ██ | $62,660.40 |
| ███ | Spectrum 100 | ████ | $45,000.00 |

| | | | |
|---|---|---|---|
| ███ ███ | Spectrum 100 | ███ | $45,075.00 |
| ███ | Spectrum 100 | ███ | $40,000.00 |
| ███ | Spectrum 100 | ███ | $24,750.00 |
| ███ | Spectrum 100 | ███ | $1,000.00 |
| ███ | Spectrum 100 | ███ | $4,000.00 |
| ███ | Spectrum 100 | ███ | $25,000.00 |
| ███ | Spectrum 100 | ███ | $56,500.00 |
| ███ | Spectrum 100 | ███ | $5,500.00 |
| ███ | Spectrum 100 | ███ | $15,000.00 |
| ███ | Spectrum 100 | ███ | $35,000.00 |
| ███ | Spectrum 100 | ███ | $200,000.00 |
| ███ | Spectrum 100 | ███ | $6,500.00 |
| ███ | Spectrum 100 | ███ | $5,250.00 |
| ███ | Spectrum 100 | ███ | $18,000.00 |
| ███ | Spectrum 100 | ███ | $18,000.00 |
| ███ | Spectrum 100 | ███ | $12,500.00 |
| ███ | Spectrum 100 | ███ | $30,000.00 |
| ███ | Spectrum 100 | ███ | $1,875.00 |
| ███ | Spectrum 100 | ███ | $30,000.00 |
| ███ | Spectrum 100 | ███ | $8,000.00 |

| | | | |
|---|---|---|---|
| ███████████ | | ██████████ | |
| | Spectrum 100 | ██████████ | $11,000.00 |
| ███████████ | | ██████████ | |
| | Spectrum 100 | ██████████ | $5,000.00 |
| | | ██████████ | |
| ████████ | Spectrum 100 | ████████████ | $36,000.00 |
| ████████ | | █████████ | |
| | Spectrum 100 | █████████████ | $25,000.00 |
| ███ | | ██████████ | |
| | Spectrum 100 | ██████████ | $25,000.00 |
| ██████████ | | ████████ | |
| | Spectrum 100 | █████████ | $25,000.00 |
| █████████ | | ████████ | |
| | Spectrum 100 | ██ | $50,000.00 |
| ███████████████ | | ██████████ | |
| | Spectrum 100 | ██████████ | $100,000.00 |
| ████████ | | █████████ | |
| | Spectrum 100 | ██████████ | $75,000.00 |
| ████████ | | ██████████ | |
| | Spectrum 100 | ████████████ | $26,000.00 |
| ████████ | | █████████ | |
| | Spectrum 100 | ████████████ | $25,000.00 |
| ██████ | | ████████ | |
| | Spectrum 100 | █████████████ | $100,000.00 |
| ████████████ | | █████████████ | |
| ████ | Spectrum 100 | ████████████ | $32,000.00 |
| ██████ | | █████████ | |
| | Spectrum 100 | ██ | $25,000.00 |
| ██████████████ | | █████████ | |
| | Spectrum 100 | █████████ | $5,500.00 |
| █████████ | | ███████████ | |
| | Spectrum 100 | █████████ | $5,000.00 |
| ██████ | | ████████████ | |
| | Spectrum 100 | ████████████ | $25,000.00 |
| ████████ | | ████████ | |
| | Spectrum 100 | █████████ | $20,000.00 |
| ████████ | | ███████ | |
| | Spectrum 100 | ██████████ | $2,900.00 |
| ████████ | Spectrum 100 | ██████████ | $50,000.00 |

| | | | |
|---|---|---|---|
| ██████ | ████ | ████████ | |
| ██████ | | ███████ | $30,000.00 |
| | Spectrum 100 | ██████ | |
| | | ██ | |
| ██████ | | ████████ | $35,900.00 |
| | Spectrum 100 | ████████ | |
| ███ | | ████████ | $145,000.00 |
| | Spectrum 100 | ████████ | |
| ████ | | █████████ | $4,000.00 |
| | Spectrum 100 | █████████ | |
| ██████ | | █████ | $4,000.00 |
| | Spectrum 100 | ██████ | |
| ██████ | | █████████ | $6,000.00 |
| | Spectrum 100 | ████████ | |
| █████ | | ████████ | $60,000.00 |
| | Spectrum 100 | ███████ | |
| ██████ | | | *K&O*  $1,300,390.00 |
| ████ | | | |
| ██████ | Diversified Financing, FBO Xcel Bandwidth | ███████  ██ | $100,000.00 |
| █████ | Diversified Financing, FBO Xcel Bandwidth | ██████  ████ | $25,000.00 |
| ████ | Diversified Financing, FBO Xcel Bandwidth | ███████  ████ | $321,000.00 |
| ██████ | Diversified Financing, FBO Xcel Bandwidth | ███████  ████ | $25,000.00 |
| ███████ | Diversified Financing, FBO Xcel Bandwidth | ███████  █████ | $35,000.00 |
| █████ | Diversified Financing, FBO Xcel Bandwidth | ███████  ██ | $150,000.00 |
| ███████ | Diversified Financing, FBO Xcel Bandwidth | ███████  ██ | $53,000.00 |
| ██████ | Diversified Financing, FBO | ██████  ██ | $25,000.00 |

| | | | |
|---|---|---|---|
| | Xcel Bandwidth | | |
| ██████████ | Diversified Financing, FBO Xcel Bandwidth | █████████ ███ | $16,000.00 |
| ██████████ | Diversified Financing, FBO Xcel Bandwidth | █████████ ███ | $17,800.00 |
| ████████████ | Diversified Financing, FBO Xcel Bandwidth | ████████ ███████ | $355,000.00 |
| ██████ | Diversified Financing, FBO Xcel Bandwidth | ████████ ███ | $99,900.00 |
| ██████ | Diversified Financing, FBO Xcel Bandwidth | ████████ █████████ | $25,000.00 |
| ██████████ | Diversified Financing, FBO Xcel Bandwidth | ████████ ███████ | $13,000.00 |
| ██████████ | Diversified Financing, FBO Xcel Bandwidth | ██████████ ███████ | $16,000.00 |
| ████ | Diversified Financing, FBO Xcel Bandwidth | ████████ ███████ | $31,000.00 |
| ████████████ | Diversified Financing, FBO Xcel Bandwidth | ██████████ ███████ | $75,000.00 |
| ██████████ | Diversified Financing, FBO Xcel Bandwidth | ██████████ ████ | $16,000.00 |
| ██████ | Diversified Financing, FBO Xcel Bandwidth | ██████████ ████ | $152,000.00 |
| ██████████ | Diversified Financing, FBO Xcel Bandwidth | █████████ ███ | $12,500.00 |
| ██████ | Diversified Financing, FBO Xcel Bandwidth | █████████ ███ | $3,500.00 |
| ██████████ | Diversified Financing, FBO Xcel Bandwidth | █████████ ███ | $4,100.00 |

| | | | |
|---|---|---|---|
| ██████ | Diversified Financing, FBO Xcel Bandwidth | ████████ ████████ | $10,000.00 |
| ██████ | Diversified Financing, FBO Xcel Bandwidth | ████████ ████████ | $38,000.00 |
| ██████ | Diversified Financing, FBO Xcel Bandwidth | ████████ ████████ | $3,000.00 |
| ██████ | Diversified Financing, FBO Xcel Bandwidth | ████████ ████ | $106,600.00 |
| ██████ | Diversified Financing, FBO Xcel Bandwidth | ████████ ████ | $33,000.00 |
| ████████████ | Diversified Financing, FBO Xcel Bandwidth | ██████ ██████ | $25,000.00 |
| ██████ | Diversified Financing, FBO Xcel Bandwidth | ████████ ████ | $25,000.00 |
| ██████ | Diversified Financing, FBO Xcel Bandwidth | ████████ ████ | $193,400.00 |
| ██████ | Diversified Financing, FBO Xcel Bandwidth | ███████ ███████ | $100,000.00 |
| ██████ | Diversified Financing, FBO Xcel Bandwidth | ████ ██████ | $50,000.00 |
| ██████ | Diversified Financing, FBO Xcel Bandwidth | ████████ ██████ | $27,600.00 |
| ██████ | Diversified Financing, FBO Xcel Bandwidth | ████████ ██████ | $218,900.00 |
| ███████ | Diversified Financing, FBO Xcel Bandwidth | ██████ ████████ | $40,000.00 |
| ████████ ████████ ██████ ███████ | Xcel Bandwidth | ████████ ████ | $25,000.00 |
| ████████ | Xcel Bandwidth | ████████ | $35,000.00 |

| | | | |
|---|---|---|---|
| ████████ | | ██ | |
| ████ | Xcel Bandwidth | ████ | $25,000.00 |
| ████ | Xcel Bandwidth | ████ | $24,000.00 |
| ████ | Xcel Bandwidth | ████ | $25,000.00 |
| ████ | Xcel Bandwidth | ████ | $26,000.00 |
| ████ | Xcel Bandwidth | ████ | $100,000.00 |
| ████ | Xcel Bandwidth | ████ | $50,000.00 |
| ████ | Xcel Bandwidth | ████ | $25,000.00 |
| ████ | Xcel Bandwidth | ████ | $35,000.00 |
| ████ | Xcel Bandwidth | ████ | $50,000.00 |
| ████ | Xcel Bandwidth | ████ | $60,000.00 |
| ████ | Xcel Bandwidth | | $31,000.00 |
| ████ | Xcel Bandwidth | ████ | $40,000.00 |
| ████ | Xcel Bandwidth | ████ | $165,000.00 |
| ████ | Xcel Bandwidth | ████ | $98,000.00 |
| ████ | Xcel Bandwidth | ████ | $40,000.00 |
| ████ | Xcel Bandwidth | ████ | $160,000.00 |
| ████ | Xcel Bandwidth | ████ | $100,000.00 |
| ████ | Xcel Bandwidth | ████ | $35,000.00 |
| ████ | Xcel Bandwidth | ████ | $27,000.00 |
| ████ | Xcel Bandwidth | ████ | $100,000.00 |
| ████ | Xcel Bandwidth | ████ | $151,000.00 |
| ████ | Xcel Bandwidth | ████ | $50,000.00 |

| ▮ | ▮ | ▮ | |
|---|---|---|---|
| ▮ | Xcel Bandwidth | ▮ | $25,000.00 |
| ▮ | Xcel Bandwidth | ▮ | $24,000.00 |
| ▮ | Xcel Bandwidth | ▮ | $75,000.00 |
| ▮ | Xcel Bandwidth | ▮ | $64,000.00 |
| ▮ | Xcel Bandwidth | ▮ | $100,000.00 |
| ▮ | Xcel Bandwidth | ▮ | $115,000.00 |
| ▮ | Xcel Bandwidth | ▮ | $50,000.00 |
| ▮ | Xcel Bandwidth | ▮ | $24,500.00 |
| ▮ | Xcel Bandwidth | ▮ | $50,000.00 |
| ▮ | Xcel Bandwidth | ▮ | $50,000.00 |
| ▮ | Xcel Bandwidth | ▮ | $3,056.82 |
| ▮ | Xcel Bandwidth | ▮ | $8,000.00 |
| ▮ | Xcel Bandwidth | ▮ | $35,000.00 |
| ▮ | Xcel Bandwidth | ▮ | $25,000.00 |
| ▮ | Xcel Bandwidth | ▮ | $100,000.00 |
| ▮ | Xcel Bandwidth | ▮ | $50,000.00 |
| ▮ | Xcel Bandwidth | ▮ | $25,000.00 |
| ▮ | Xcel Bandwidth | ▮ | $50,000.00 |
| ▮ | Xcel Bandwidth | ▮ | $100,000.00 |
| ▮ | Xcel Bandwidth | ▮ | $10,000.00 |
| ▮ | Xcel Bandwidth | ▮ | $165,000.00 |

| | | | |
|---|---|---|---|
| ███████████ | Xcel Bandwidth | ████████████ | $50,000.00 |
| ███████████ | Xcel Bandwidth | ████████ | $50,000.00 |
| ████████ | Dental Support Plus Franchise | ██████████ | $20,000.00 |
| █████████ | Dental Support Plus Franchise | ████████████ | $20,000.00 |
| ██████ | Dental Support Plus Franchise | ██████████ | $20,000.00 |
| ██████████ | Dental Support Plus Franchise | █████████ | $40,000.00 |
| ██████ | Dental Support Plus Franchise | ████████████ | $20,000.00 |
| █████ | Dental Support Plus Franchise | ████████████ ████ ████████ | $9,914.00 |
| ████████████ | Dental Support Plus Franchise | ██████████ | $40,000.00 |
| ████████ | Dental Support Plus Franchise | ██████████ | $20,000.00 |
| ██████ | Dental Support Plus Franchise | ███████████ | $60,000.00 |
| ███████ | Dental Support Plus Franchise | ████████████ | $20,000.00 |
| ███████ | Dental Support Plus Franchise | ██████ ███████████ | $20,000.00 |
| ██████ | Dental Support Plus Franchise | █████████ ███████████ | $20,000.00 |
| ██████ | Dental Support Plus Franchise | █████████ ███████████ | $20,000.00 |
| █████████ | Dental Support Plus Franchise | █████████ ███████████ | $20,000.00 |
| █████████ | Dental Support Plus Franchise | █████████ ███████████ | $20,000.00 |
| ██████████ | Dental Support Plus Franchise | ████████████ | $20,000.00 |
| ███████ | Dental Support Plus Franchise | ███████████ ██████████ | $20,000.00 |
| ████████ | Dental Support Plus Franchise | ██████████ | $20,000.00 |

| | | | |
|---|---|---|---|
| ███████ | Dental Support Plus Franchise | ███████ | $40,000.00 |
| ███████ | Dental Support Plus Franchise | ███████ | $60,000.00 |
| ███████ | Dental Support Plus Franchise | ███████ | $40,000.00 |
| ███████ | Dental Support Plus Franchise | ███████ | $100,000.00 |
| ███████ | Dental Support Plus Franchise | ███████ | $160,000.00 |
| ███████ | Dental Support Plus Franchise | ███████ | $40,000.00 |
| ███████ | Dental Support Plus Franchise | ███████ | $40,000.00 |
| ███████ | Dental Support Plus Franchise | ███████ | $20,000.00 |
| ███████ | Dental Support Plus Franchise | ███████ | $40,000.00 |
| ███████ | Dental Support Plus Franchise | ███████ | $20,000.00 |
| ███████ | Dental Support Plus Franchise | ███████ | $20,000.00 |
| ███████ | Dental Support Plus Franchise | ███████ | $40,000.00 |
| ███████ | Dental Support Plus Franchise | ███████ | $20,000.00 |
| ███████ | Dental Support Plus Franchise | ███████ | $120,000.00 |
| ███████ | Dental Support Plus Franchise | ███████ | $40,000.00 |
| ███████ | Dental Support Plus Franchise | ███████ | $20,000.00 |
| ███████ | Dental Support Plus Franchise | ███████ | $20,000.00 |
| ███████ | Dental Support Plus Franchise | ███████ | $40,000.00 |
| ███████ | Dental Support Plus Franchise | ███████ | $40,000.00 |
| ███████ | Dental Support Plus Franchise | ███████ | $20,000.00 |

| | Dental Support Plus Franchise | | $20,000.00 |
|---|---|---|---|
| | Dental Support Plus Franchise | | $20,000.00 |
| | Dental Support Plus Franchise | | $20,000.00 |
| | Dental Support Plus Franchise | | $40,000.00 |
| | Dental Support Plus Franchise | | $20,000.00 |
| | Dental Support Plus Franchise | | $20,000.00 |
| | Dental Support Plus Franchise | | $40,000.00 |
| | Dental Support Plus Franchise | | $20,000.00 |
| | Dental Support Plus Franchise | | $40,000.00 |
| | Dental Support Plus Franchise | | $20,000.00 |
| | Dental Support Plus Franchise | | $100,000.00 |
| | Dental Support Plus Franchise | | $20,000.00 |
| | Dental Support Plus Franchise | | $20,000.00 |
| | Dental Support Plus Franchise | | $20,000.00 |
| | Dental Support Plus Franchise | | $20,000.00 |
| | Dental Support Plus Franchise | | $20,000.00 |
| | Dental Support Plus Franchise | | $60,000.00 |
| | Dental Support Plus Franchise | | $40,000.00 |
| | Dental Support Plus Franchise | | $20,000.00 |
| | Dental Support Plus Franchise | | $20,000.00 |
| | Dental Support | | $60,000.00 |

| | | | |
|---|---|---|---|
| | Plus Franchise | ███████████ | |
| ████████ | Dental Support Plus Franchise | ███████████ | $40,000.00 |
| ████████ | Dental Support Plus Franchise | ██████████ | $20,000.00 |
| ██████████ | Dental Support Plus Franchise | ██████████ | $20,000.00 |
| ███████ | Dental Support Plus Franchise | ██████████ | $20,000.00 |
| ████████ | Dental Support Plus Franchise | ██████████ | $20,000.00 |
| █████████ | Dental Support Plus Franchise | ██████████ | $40,000.00 |
| ██████ | Dental Support Plus Franchise | ██████████ | $20,000.00 |
| ███████ | Dental Support Plus Franchise | ████████ | $40,000.00 |
| ██████ | Dental Support Plus Franchise | ██████████ | $40,000.00 |
| ██████ | Dental Support Plus Franchise | █████████ | $20,000.00 |
| ████████ | Dental Support Plus Franchise | ██████████ | $80,000.00 |
| ███████ | Dental Support Plus Franchise | █████████ | $20,000.00 |
| ████████ | Dental Support Plus Franchise | ██████████ | $20,000.00 |
| █████████ | Dental Support Plus Franchise | ██████████ | $25,000.00 |
| ████████ | Dental Support Plus Franchise | ██████████ | $60,000.00 |
| ████████ | Dental Support Plus Franchise | ██████████ | $80,000.00 |
| ███████ | Dental Support Plus Franchise | ██████████ | $60,000.00 |
| ████████ | Dental Support Plus Franchise | █████████ | $20,000.00 |
| █████████ | Dental Support Plus Franchise | █████████ | $20,000.00 |
| ██████ | Dental Support | ██████████ | $20,000.00 |

| | | | |
|---|---|---|---|
| | Plus Franchise | ████████ | |
| ████████ | Dental Support Plus Franchise | | $20,000.00 |
| ████████ | Dental Support Plus Franchise | ████████ ████████ | $60,000.00 |
| ████████ ███ | Dental Support Plus Franchise | ████ ████████ | $20,000.00 |
| ████████ | Dental Support Plus Franchise | ████████ | $20,000.00 |
| ████ | Dental Support Plus Franchise | ████████ | $40,000.00 |
| ████████ | Dental Support Plus Franchise | ████ | $20,000.00 |
| ████████ | Dental Support Plus Franchise | ████████ ████████ | $60,000.00 |
| ████████ | Dental Support Plus Franchise | ████ ████████ | $40,000.00 |
| ████████ | Dental Support Plus Franchise | ████ ████████ | $40,000.00 |
| ████████ | Dental Support Plus Franchise | ████████ ██ ████████ | $20,000.00 |
| ████████████ | Dental Support Plus Franchise | ████████ ████████ | $20,000.00 |
| ████ | Dental Support Plus Franchise | ████████ ████████ | $20,000.00 |
| ████████ | Dental Support Plus Franchise | ████████ ████ | $20,000.00 |
| ████████ | Dental Support Plus Franchise | ████████ ████████ | $20,000.00 |
| ████ | Dental Support Plus Franchise | ████████ ████████ | $20,000.00 |
| ████ | Dental Support Plus Franchise | ████████ | $20,000.00 |
| ████████ | Dental Support Plus Franchise | ████ ████ | $20,000.00 |
| ████████ | Dental Support Plus Franchise | ████████ ████████ | $20,000.00 |
| ████ | Dental Support Plus Franchise | ████████ ████████ | $20,000.00 |

| | | | |
|---|---|---|---|
| ███ | Dental Support Plus Franchise | ████ | $20,000.00 |
| ███ | Dental Support Plus Franchise | ███ | $20,000.00 |
| ███ | Dental Support Plus Franchise | ███ | $25,000.00 |
| ███ | Dental Support Plus Franchise | ███ | $20,000.00 |
| ███ | Dental Support Plus Franchise | ███ | $20,000.00 |
| ███ | Dental Support Plus Franchise | ███ | $20,000.00 |
| ███ | Dental Support Plus Franchise | ███ | $20,000.00 |
| ███ | Dental Support Plus Franchise | ███ | $40,000.00 |
| ███ | Dental Support Plus Franchise | ███ | $40,000.00 |
| ███ | Dental Support Plus Franchise | ███ | $20,000.00 |
| ███ | Dental Support Plus Franchise | ███ | $60,000.00 |
| ███ | Dental Support Plus Franchise | ███ | $40,000.00 |
| ███ | Dental Support Plus Franchise | ███ | $60,000.00 |
| ███ | Dental Support Plus Franchise | ███ | $20,000.00 |
| ███ | Dental Support Plus Franchise | ███ | $25,000.00 |
| ███ | Dental Support Plus Franchise | ███ | $40,000.00 |
| ███ | Dental Support Plus Franchise | ███ | $150,000.00 |
| ███ | Dental Support Plus Franchise | ███ | $25,000.00 |
| ███ | Dental Support Plus Franchise | ███ | $50,000.00 |
| ███ | Dental Support | ███ | $25,000.00 |

| | | | |
|---|---|---|---|
| | Plus Franchise | ████████████ | |
| ████████ | Dental Support Plus Franchise | ████████ ████████ | $50,000.00 |
| ████████ | Dental Support Plus Franchise | ██████ ██████ | $25,000.00 |
| ██████ | Dental Support Plus Franchise | ████████ ██████ | $40,000.00 |
| ████████ | Dental Support Plus Franchise | ████████████ ██████ | $20,000.00 |
| ██████ | Dental Support Plus Franchise | ███████ ██████ | $40,000.00 |
| ████████ | Dental Support Plus Franchise | ███████ ██████ | $40,000.00 |
| ████████ | Dental Support Plus Franchise | ████████ ██████ | $40,000.00 |
| ████████ ███ | Dental Support Plus Franchise | ████████ ██ ████████ | $50,000.00 |
| ██████ | Dental Support Plus Franchise | ████████ ████████ | $20,000.00 |
| ██████ | Dental Support Plus Franchise | ████████ ████ ██████ | $25,000.00 |
| ████████ | Dental Support Plus Franchise | ████████ ██████ | $40,000.00 |
| ██████ | Dental Support Plus Franchise | ████████ ████████ | $25,000.00 |
| ████████ | Dental Support Plus Franchise | ████████ ██████ | $50,000.00 |
| ████████ | Dental Support Plus Franchise | ██████ ██████ | $25,000.00 |
| ████████ | Dental Support Plus Franchise | ██████ ██████ | $100,000.00 |
| ██████ | Dental Support Plus Franchise | ██████ ████████ | $20,000.00 |
| ████████ | Dental Support Plus Franchise | ███████ ██████ | $50,000.00 |
| ████████ | Dental Support Plus Franchise | ███████ ████████ | $25,000.00 |
| ██████ | Dental support Plus Franchise | ████████ ██████ | $20,000.00 |

| | | | |
|---|---|---|---|
| ████████ | Dental Support Plus Franchise | ████████ | $50,000.00 |
| ████████ | Dental Support Plus Franchise | ████████ | $25,000.00 |
| ████████ | Dental Support Plus Franchise | ████████ | $25,000.00 |
| ████████ | Dental Support Plus Franchise | ████████ | $25,000.00 |
| ████████ | Dental Support Plus Franchise | ████████ | $50,000.00 |
| ████████ | Dental Support Plus Franchise | ████████ | $25,000.00 |
| ████████ | Dental Support Plus Franchise | ████████ | $25,000.00 |
| ████████ | Dental Support Plus Franchise | ████████ | $25,000.00 |
| ████████ | Dental Support Plus Franchise | ████████ | $50,000.00 |
| ████████ | Dental Support Plus Franchise | ████████ | $25,000.00 |
| ████████ | Dental Support Plus Franchise | ████████ | $100,000.00 |
| ████████ | Dental Support Plus Franchise | ████████ | $25,000.00 |
| ████████ | Dental Support Plus Franchise | ████████ | $25,000.00 |
| ████████ | Dental Support Plus Franchise | ████████ | $25,000.00 |
| ████████ | Dental Support Plus Franchise | ████████ | $50,000.00 |
| ████████ | Dental Support Plus Franchise | ████████ | $25,000.00 |
| ████████ | Dental Support Plus Franchise | ████████ | $100,000.00 |
| ████████ | Dental Support Plus Franchise | ████████ | $100,000.00 |
| ████████ | Dental Support Plus Franchise | ████████ | $50,000.00 |
| ████████ | Dental Support | ████████ | $25,000.00 |

| | | | |
|---|---|---|---|
| | Plus Franchise | ███████████ ████ | |
| ███████████ | Dental Support Plus Franchise | ████████ ████████ | $100,000.00 |
| ███████████ | Dental Support Plus Franchise | ████████████ ████ | $50,000.00 |
| ███████████ | Dental Support Plus Franchise | █████████ █████████ | $25,000.00 |
| ███████████ | Dental Support Plus Franchise | ████████ ███████████ | $25,000.00 |
| ███████████ | Dental Support Plus Franchise | ███████ ██████████ | $25,000.00 |
| ███████ | Dental Support Plus Franchise | ███████ █████ | $25,000.00 |
| █████████ | Dental Support Plus Franchise | ███████ ███████████ | $125,000.00 |
| ███████████ | Dental Support Plus Franchise | █████████ █████████ | $50,000.00 |
| ███████████ | Dental Support Plus Franchise | ████████████ ██████████ | $75,000.00 |
| ███████████ | Dental Support Plus Franchise | ████████████ ████████████ | $25,000.00 |
| ██████ | Dental Support Plus Franchise | ████████████ █████████ | $25,000.00 |
| ███████████ | Dental Support Plus Franchise | ████████████ ██████████ | $175,000.00 |
| ███████████ | Dental Support Plus Franchise | ████████████ ██████████ | $25,000.00 |
| ████████ | Dental Support Plus Franchise | █████████ █████████ | $25,000.00 |
| ███████████ | Dental Support Plus Franchise | ████████████ █████████ | $25,000.00 |
| ███████████ | Dental Support Plus Franchise | ████████████ ██████████ | $25,000.00 |
| █████████ | Dental Support Plus Franchise | ████████████ ██████████ | $25,000.00 |
| ███████ | Dental Support Plus Franchise | ███████ ██████████ | $50,000.00 |
| ███████████ ███████ | Dental Support Plus Franchise | █████████ █████████ | $25,000.00 |

| | | | |
|---|---|---|---|
| ████████████ | Dental Support Plus Franchise | ████████████ | $20,000.00 |
| ████████ | Dental Support Plus Franchise | ████████████ | $25,000.00 |
| ████████████ | Dental Support Plus Franchise | ████████ | $100,000.00 |
| ████████████ | Dental Support Plus Franchise | ████████████ | $25,000.00 |
| ████████ | Dental Support Plus Franchise | ████████████ | $40,000.00 |
| ████████████ | Dental Support Plus Franchise | ████████████ | $25,000.00 |
| ████████ | Dental Support Plus Franchise | ████████ | $25,000.00 |
| ████████████ | Dental Support Plus Franchise | ████████████ | $25,000.00 |
| ████████ | Dental Support Plus Franchise | ████████████ | $50,000.00 |
| ████████ | Dental Support Plus Franchise | ████████████ | $50,000.00 |
| ████████ | Dental Support Plus Franchise | ████████████ | $75,000.00 |
| ████████████ | Dental Support Plus Franchise | ████████ | $25,000.00 |
| ████████████ | Dental Support Plus Franchise | ████████████ | $50,000.00 |
| ██████ | Dental Support Plus Franchise | ████████████ | $20,000.00 |
| ████████ | Dental Support Plus Franchise | ████████████ | $75,000.00 |
| ████████████ | Dental Support Plus Franchise | ████████████ | $20,000.00 |
| ████████████ | Dental Support Plus Franchise | ████████████ | $50,000.00 |
| ████████████ | Dental Support Plus Franchise | ████████████ | $25,000.00 |
| ████████ | Dental Support Plus Franchise | ████████████ | $20,000.00 |
| ██████ | Dental Support Plus Franchise | ████████ | $75,000.00 |
| ████████████ | Dental Support | ████████ | $50,000.00 |

| | | | |
|---|---|---|---|
| ▉ | Plus Franchise | ▉ | |
| ▉ | Dental Support Plus Franchise | ▉ | $50,000.00 |
| ▉ | Dental Support Plus Franchise | | $50,000.00 |
| ▉ | Dental Support Plus Franchise | ▉ | $25,000.00 |
| ▉ | Dental Support Plus Franchise | ▉ | $25,000.00 |
| ▉ | Dental Support Plus Franchise | ▉ | $50,000.00 |
| ▉ | Dental Support Plus Franchise | ▉ | $25,000.00 |
| ▉ | Dental Support Plus Franchise | ▉ | $25,000.00 |
| ▉ | Dental Support Plus Franchise | ▉ | $75,000.00 |
| ▉ | Dental Support Plus Franchise | ▉ | $50,000.00 |
| ▉ | Dental Support Plus Franchise | ▉ | $75,000.00 |
| ▉ | Dental Support Plus Franchise | ▉ | $100,000.00 |
| ▉ | Dental Support Plus Franchise | ▉ | $25,000.00 |
| ▉ | Dental Support Plus Franchise | ▉ | $100,000.00 |
| ▉ | Dental Support Plus Franchise | ▉ | $50,000.00 |
| ▉ | Dental Support Plus Franchise | ▉ | $25,000.00 |
| ▉ | Dental Support Plus Franchise | ▉ | $25,000.00 |
| ▉ | Dental Support Plus Franchise | ▉ | $25,000.00 |
| ▉ | Dental Support Plus Franchise | ▉ | $25,000.00 |
| ▉ | Dental Support Plus Franchise | ▉ | $25,000.00 |
| ▉ | Dental Support | ▉ | $25,000.00 |

| | | | |
|---|---|---|---|
| ▮▮▮▮ | Plus Franchise | ▮▮▮▮ | |
| ▮▮▮▮ | Dental Support Plus Franchise | ▮▮▮▮ | $25,000.00 |
| ▮▮▮ | Dental Support Plus Franchise | | $50,000.00 |
| ▮▮▮▮ | Dental Support Plus Franchise | ▮▮▮ | $40,000.00 |
| ▮▮▮▮ | Dental Support Plus Franchise | ▮▮▮ | $50,000.00 |
| ▮▮▮▮▮ | Dental Support Plus Franchise | ▮▮▮ | $50,000.00 |
| ▮▮▮▮▮ ▮▮ | Dental Support Plus Franchise | ▮▮ ▮▮ | $25,000.00 |
| ▮▮▮▮ | Dental Support Plus Franchise | ▮▮▮ ▮▮▮ | $25,000.00 |
| ▮▮▮▮▮ ▮▮ | Dental Support Plus Franchise | ▮▮▮ ▮▮▮ | $25,000.00 |
| ▮▮▮ | Dental Support Plus Franchise | ▮▮▮ ▮▮▮ | $50,000.00 |
| ▮▮▮▮ ▮▮ | Dental Support Plus Franchise | ▮▮ ▮▮ | $25,000.00 |
| ▮▮▮▮ | Dental Support Plus Franchise | ▮▮▮ ▮▮▮ | $25,000.00 |
| ▮▮▮ | Dental Support Plus Franchise | ▮▮▮ ▮▮▮ | $20,000.00 |
| ▮▮▮▮ | Dental Support Plus Franchise | ▮▮▮ ▮▮▮ | $50,000.00 |
| ▮▮▮▮ | Dental Support Plus Franchise | ▮▮▮ ▮▮▮ | $50,000.00 |
| ▮▮▮▮ | Dental Support Plus Franchise | ▮▮▮ ▮▮▮ | $25,000.00 |
| ▮▮▮ | Dental Support Plus Franchise | ▮▮▮▮ ▮▮▮ | $75,000.00 |
| ▮▮▮▮ | Dental Support Plus Franchise | ▮▮▮ ▮▮▮ | $25,000.00 |
| ▮▮▮▮ | Dental Support Plus Franchise | ▮▮▮ ▮▮▮ | $25,000.00 |
| ▮▮▮▮ ▮▮ | Dental Support Plus Franchise | ▮▮▮ | $75,000.00 |
| ▮▮▮ | Dental Support | ▮▮▮ | $25,000.00 |

| | | | |
|---|---|---|---|
| ████████ | Plus Franchise | ████████████ | |
| ████████ | Dental Support Plus Franchise | █████████████ | $25,000.00 |
| ████████ ██████ | Dental Support Plus Franchise | █████████ ████ | $25,000.00 |
| █████████ | Dental Support Plus Franchise | ██████████ ██████████ | $75,000.00 |
| █████████ | Dental Support Plus Franchise | ███████ ███████ | $50,000.00 |
| ██████████ | Dental Support Plus Franchise | █████████ ██████████ | $25,000.00 |
| █████████ | Dental Support Plus Franchise | ████████ █████████ | $25,000.00 |
| █████████ | Dental Support Plus Franchise | ██████ ██████████ | $25,000.00 |
| ████████ █ | Dental Support Plus Franchise | ███████ ██████████ | $50,000.00 |
| ███████ ████████ | Dental Support Plus Franchise | █████████ █████████ | $25,000.00 |
| ████████ | Dental Support Plus Franchise | ███████ █████████ | $50,000.00 |
| ██████ | Dental Support Plus Franchise | █████████ ████ █████████ | $50,000.00 |
| █████████ | Dental Support Plus Franchise | ████████ ██████ | $25,000.00 |
| ████████ | Dental Support Plus Franchise | █████████ ███████████ | $50,000.00 |
| █████████ | Dental Support Plus Franchise | ████████ █████████ | $25,000.00 |
| ██████ | Dental Support Plus Franchise | ███████ ███████ | $30,000.00 |
| ███████████ ████████ | Dental Support Plus Franchise | █████████ █████████ | $25,000.00 |
| █████████ ██████ | Dental Support Plus Franchise | ████████ █████████ | $25,000.00 |
| ███████ ████████ | Dental Support Plus Franchise | ██████████ ███████ | $25,000.00 |
| ███████ ████████ | Dental Support Plus Franchise | ███████ ██████ | $25,000.00 |
| █████████ | Dental Support | █████████████ | $25,000.00 |

| | | | |
|---|---|---|---|
| | Plus Franchise | █████████████ | |
| ████████ | Dental Support Plus Franchise | █████████████ | $20,000.00 |
| █████████████ | Dental Support Plus Franchise | █████████████ | $25,000.00 |
| ████████████ | Dental Support Plus Franchise | █████████████ | $25,000.00 |
| █████████ | Dental Support Plus Franchise | █████████████ | $40,000.00 |
| ██████████ | Dental Support Plus Franchise | █████████████ | $50,000.00 |
| ████████ | Dental Support Plus Franchise | █████████████ | $90,000.00 |
| █████████████ | Dental Support Plus Franchise | ████████████ | $25,000.00 |
| █████████████ | Dental Support Plus Franchise | █████████████ | $30,000.00 |
| ████████████ | Dental Support Plus Franchise | ███████████ | $50,000.00 |
| █████████████ | Dental Support Plus Franchise | ████████████ | $30,000.00 |
| ██████████ | Dental Support Plus Franchise | █████████████ | $50,000.00 |
| ████████ | Dental Support Plus Franchise | █████████████ | $25,000.00 |
| ████████ | Dental Support Plus Franchise | ████████████ | $30,000.00 |
| █████████ | Dental Support Plus Franchise | █████████████ | $47,531.00 |
| ████████ | Dental Support Plus Franchise | █████████████ | $25,000.00 |
| █████████ | Dental Support Plus Franchise | █████████████ | $25,000.00 |
| ████████ | Dental Support Plus Franchise | ████████████ | $70,100.00 |
| █████████ | Dental Support Plus Franchise | ██████████ | $50,000.00 |
| ████████ | Dental Support Plus Franchise | ████████ | $30,000.00 |
| ████████████ | DSPF Group | ███████████ | $2,500.00 |

| | | | |
|---|---|---|---|
| ███████████ | DSPF Group | ███████████ | $61,000.00 |
| ███████████ | DSPF Group | ███████████ | $43,000.00 |
| ███████████ | DSPF Group | ███████████ | $18,000.00 |
| ███████████ | DSPF Group | ███████████ | $11,500.00 |
| ███████████ | DSPF Group | ███████████ | $14,000.00 |
| ███████████ | DSPF Group | ███████████ | $18,000.00 |
| ███████████ | DSPF Group | ███████████ | $1,000.00 |
| █████████ | DSPF Group | ███████████ | $40,500.00 |
| █████████ | DSPF Group | ███████████ | $5,000.00 |
| █████████ | DSPF Group | ███████████ | $8,000.00 |
| █████████ | DSPF Group | ███████████ | $50,000.00 |
| ███████████ | DSPF Group | ███████████ | $10,000.00 |
| █████████ | DSPF Group | ███████████ | $5,000.00 |
| █████████ | DSPF Group | ███████████ | $10,000.00 |
| █████████ | DSPF Group | ███████████ | $41,000.00 |
| █████████ | DSPF Group | ███████████ | $30,000.00 |
| █████████ | DSPF Group | ███████████ | $5,000.00 |
| █████████ | DSPF Group | ███████████ | $150,000.00 |
| █████████ | DSPF Group | ███████████ | $22,000.00 |
| ███████████ | DSPF Group | ███████████ | $50,000.00 |
| █████████ | DSPF Group | ███████████ | $30,000.00 |
| █████████ | DSPF Group | ███████████ | $5,000.00 |

| | | ████████ | |
|---|---|---|---|
| ██████ | DSPF Group | ██████████ | $30,000.00 |
| ██████████ ██████ | DSPF Group | ███████████ ██████ | $18,000.00 |
| ████████████ | DSPF Group | ██████████ ██████ | $209,000.00 |
| ██████████ | DSPF Group | ██████████ | $5,000.00 |
| | | **TOTAL** | ~~$22,428,888.48~~ |

$21,128,499.89