IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Norfolk Division

UNITED STATES OF AMERICA

    v.                                    Criminal Case No. 2:19cr47-3

AGHEE WILLIAM SMITH, II,

    Defendant.

## NOTICE OF APPEAL

NOTICE is hereby given that AGHEE WILLIAM SMITH, II, Defendant in the above-named case, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the Order entered on August 25, 2022. *See* ECF Doc 490.

Respectfully submitted,

AGHEE WILLIAM SMITH, II

By     _____/s/_____
Lindsay Jo McCaslin
Virginia State Bar No. 78800

Andrew W. Grindrod
Virginia State Bar No. 83943

Assistant Federal Public Defenders
Attorney for Aghee William Smith, II
Office of the Federal Public Defender
150 Boush Street, Suite 403
Norfolk, Virginia 23510
Telephone: 757-457-0800
Facsimile: 757- 457-0880
Email: lindsay_mccaslin@fd.org
      andrew_grindrod@fd.org

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of September, 2022, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Melissa E. O'Boyle, Esquire
Elizabeth M. Yusi, Esquire
Andrew C. Bosse, Esquire
Assistant United States Attorneys
Office of the United States Attorney
101 W. Main Street, Suite 8000
Norfolk, Virginia 23510
Telephone: 757-441-6331
Email: melissa.oboyle@usdoj.gov
elizabeth.yusi@usdoj.gov
andrew.bosse@usdoj.gov

And I hereby certify that I will mail the document by U.S. mail to the following non-filing user once he reaches his BOP destination:

Aghee William Smith, II

By           /s/_____
Lindsay Jo McCaslin
Virginia State Bar No. 78800

Andrew W. Grindrod
Virginia State Bar No. 83943

Assistant Federal Public Defenders
Attorney for Aghee William Smith, Ii
Office of the Federal Public Defender
150 Boush Street, Suite 403
Norfolk, Virginia 23510
Telephone: 757-457-0800
Facsimile: 757- 457-0880
Email: lindsay_mccaslin@fd.org
andrew_grindrod@fd.org