FILED: September 7, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-4508
(2:19-cr-00047-RAJ-LRL-3)

_____

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

AGHEE WILLIAM SMITH, II

    Defendant - Appellant

---

This case has been opened on appeal.

| Originating Court | United States District Court for the Eastern District of Virginia at Norfolk |
|---|---|
| Originating Case Number | 2:19-cr-00047-RAJ-LRL-3 |
| Date notice of appeal filed in originating court: | 09/06/2022 |
| Appellant(s) | Aghee William Smith, II |
| Appellate Case Number | 22-4508 |
| Case Manager | Naeemah R. Sims<br>804-916-2704 |