FILED: September 7, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-4508
(2:19-cr-00047-RAJ-LRL-3)

_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

AGHEE WILLIAM SMITH, II

      Defendant - Appellant

_____

O R D E R

_____

The court appoints the Federal Defender for the Eastern District of Virginia to represent Aghee William Smith, II in this case.

      For the Court--By Direction

      /s/ Patricia S. Connor, Clerk