FILED: September 29, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-4508 (L)
(2:19-cr-00047-RAJ-LRL-3)

_____

UNITED STATES OF AMERICA

 Plaintiff - Appellee

v.

AGHEE WILLIAM SMITH, II

 Defendant - Appellant

_____

No. 22-4521
(2:19-cr-00047-RAJ-LRL-2)

_____

UNITED STATES OF AMERICA

 Plaintiff - Appellee

v.

DAVID ALCORN

 Defendant - Appellant

_____

O R D E R

_____

The court consolidates Case No. 22-4508 and Case No. 22-4521. Entry of appearance forms and disclosure statements filed by counsel and parties to the lead case are deemed filed in the secondary case.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk