**ORIGINAL**

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>AGHEE WILLIAM SMITH, II<br>*Defendant* | )<br>)<br>) Case No. 2:19cr47<br>)<br>) |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: Wilfred Berndt

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Walter E. Hoffman U.S. Courthouse<br>600 Granby St<br>Norfolk, VA 23510 | Courtroom No.: | Courtroom 4 |
|---|---|---|---|
| | | Date and Time: | 08/24/2022 11:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

(SEAL)

Date: 08/11/2022

CLERK OF COURT

Fernando Galindo, Clerk of Court
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* U.S. ATTORNEY'S OFFICE , who requests this subpoena, are:

Elizabeth M. Yusi, AUSA
Office of the United States Attorney
World Trade Center, Suite 8000
Norfolk, VA 23510
(757) 441-6331

Case No. 2:19cr47

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* Wilfred Berndt
was received by me on *(date)* 8/20/22.

☑ I served the subpoena by delivering a copy to the named person as follows: Via email to wilbfreed@Gmail.com After Speaking w/ him on the phone on *(date)* 8/20/22 ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 8/20/22

_Darcel Sessoms_
Server's signature

Darcel Sessoms - Victim Witness-Specialist
Printed name and title

101 West Main St, Norfolk, VA
Server's address

Additional information regarding attempted service, etc:

RECEIVED
2022 OCT 28 P 2:27
CLERK, US DISTRICT COURT
NORFOLK, VIRGINIA