ORIGINAL

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Virginia

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| David Alcorn, Aghee William Smith, II, | )   Case No.  2:19cr47 |
| and Thomas L. Barnett | ) |
| *Defendant* | ) |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:   *Nicholas Gentile*

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Walter E. Hoffmman U.S. Courthouse<br>600 Granby Street<br>Norfolk, VA 23510 | Courtroom No.:   4 |
|---|---|---|
| | | Date and Time:   02/01/2022 10:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

*(SEAL)*

Date:   01/07/2022

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*   U.S.A _____ , who requests this subpoena, are:

Melissa E. O'Boyle, Elizabeth M. Yusi, & Andrew C. Bosse
Assistant United States Attorney
Office of the United States Attorney
World Trade Center, Suite 8000
Norfolk, Virginia 23510
(757) 441-6331

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   2:19cr47

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _Nicholas Gentile_
was received by me on *(date)* _1/28/2022_ .

☑ I served the subpoena by delivering a copy to the named person as follows: _emailed to_
_Nicholas Gentile_
_____ on *(date)* _1/28/2022_ ; or

☐ I returned the subpoena unexecuted because: _____
_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _1/28/2022_

_Julie Howe_
*Server's signature*

_Julie Howe, Special Agent_
*Printed name and title*

_FBI_
_509 Resource Row_
_Chesapeake, VA 23320_
*Server's address*

Additional information regarding attempted service, etc:

ORIGINAL

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| David Alcorn, Aghee William Smith, II, | ) | Case No.  2:19cr47 |
| and Thomas L. Barnett | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:   Darcy Oliver

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Walter E. Hoffmman U.S. Courthouse 600 Granby Street Norfolk, VA 23510 | Courtroom No.:  4 |
|---|---|---|
| | | Date and Time:  02/01/2022 10:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

*(SEAL)*

Date:    01/07/2022

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*  _____  U.S.A
_____ , who requests this subpoena, are:

Melissa E. O'Boyle, Elizabeth M. Yusi, & Andrew C. Bosse
Assistant United States Attorney
Office of the United States Attorney
World Trade Center, Suite 8000
Norfolk, Virginia 23510
(757) 441-6331

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   2:19cr47

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _Darcy Oliver_
was received by me on *(date)* _1/28/2022_ .

☑ I served the subpoena by delivering a copy to the named person as follows: _emailed to_
_Darcy Oliver_
_____ on *(date)* _1/28/2022_ ; or

☐ I returned the subpoena unexecuted because: _____
_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _1/28/2022_

_Julie Howe_
Server's signature

_Julie Howe, Special Agent_
Printed name and title

_FBI_
_509 Resource Row_
_Chesapeake, VA 23320_
Server's address

Additional information regarding attempted service, etc:

**ORIGINAL**

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| David Alcorn, Aghee William Smith, II, Norma Coffin, and Thomas Barnett | ) | Case No.  2:19cr47 |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:   *Alan Baskin*

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Walter E. Hoffmman U.S. Courthouse 600 Granby Street Norfolk, VA 23510 | Courtroom No.: | 4 |
|---|---|---|---|
| | | Date and Time: | 11/16/2021 10:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

*(SEAL)*

Date:   10/05/2021

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* _____ U.S.A _____ , who requests this subpoena, are:

Melissa E. O'Boyle
Elizabeth M. Yusi
Andrew C. Bossi
Assistant United States Attorneys
Office of the United States Attorney
World Trade Center, Suite 8000
Norfolk, Virginia 23510
(757) 441-6331

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.  2:19cr47

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* Alan Baskin
was received by me on *(date)* 10/14/2021 .

☒ I served the subpoena by delivering a copy to the named person as follows: email to
Alan Baskin

_____  on *(date)* 10/20/2021  ; or

☐ I returned the subpoena unexecuted because:

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: 10/20/2021

Julie Howe
*Server's signature*

Julie Howe, Special Agent
*Printed name and title*

FBI
509 Resource Row
Chesapeake, VA 23320
*Server's address*

Additional information regarding attempted service, etc:

**ORIGINAL**

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| David Alcorn, Aghee William Smith, II, Norma Coffin, | ) | Case No.   2:19cr47 |
| and Thomas Barnett | ) | |
| *Defendant* | ) | |

### SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: Gary Clapper

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Walter E. Hoffmman U.S. Courthouse 600 Granby Street Norfolk, VA 23510 | Courtroom No.:   4 |
|---|---|---|
| | | Date and Time:   11/16/2021 10:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

*(SEAL)*

Date:   10/05/2021

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*   U.S.A
_____ , who requests this subpoena, are:

Melissa E. O'Boyle
Elizabeth M. Yusi
Andrew C. Bossi
Assistant United States Attorneys
Office of the United States Attorney
World Trade Center, Suite 8000
Norfolk, Virginia 23510
(757) 441-6331

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   2:19cr47

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)*   Gary Clapper

was received by me on *(date)*   10/14/2021 .

☒ I served the subpoena by delivering a copy to the named person as follows:   emailed to

Gary Clapper

_____   on *(date)*   11/9/2021   ; or

☐ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   11/9/2021

Julie Howe
*Server's signature*

Julie Howe, Special Agent
*Printed name and title*

FBI
509 Resource Row
Chesapeake, VA 23320
*Server's address*

Additional information regarding attempted service, etc:

**ORIGINAL**

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| David Alcorn, Aghee William Smith, II, Norma Coffin, and Thomas Barnett | ) ) | Case No.  2:19cr47 |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:   Paul Coffin

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Walter E. Hoffmman U.S. Courthouse 600 Granby Street Norfolk, VA 23510 | Courtroom No.:   4 |
|---|---|---|
| | | Date and Time:   11/16/2021 10:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

*(SEAL)*

Date:   10/05/2021

*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*   U.S.A  _____ , who requests this subpoena, are:

Melissa E. O'Boyle
Elizabeth M. Yusi
Andrew C. Bossi
Assistant United States Attorneys
Office of the United States Attorney
World Trade Center, Suite 8000
Norfolk, Virginia 23510
(757) 441-6331

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   2:19cr47

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)*   Paul Coffin
was received by me on *(date)*   10/14/2021 .

☑ I served the subpoena by delivering a copy to the named person as follows:   emailed to
Paul Coffin

_____   on *(date)* _____   ; or

☐ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   10/14/2021

_____ Julie Howe
*Server's signature*

Julie Howe, Special Agent
*Printed name and title*

FBI
509 Resource Row
Chesapeake, VA  23320
*Server's address*

Additional information regarding attempted service, etc:

**ORIGINAL**

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| David Alcorn, Aghee William Smith, II, Norma Coffin, and Thomas Barnett | ) | Case No.  2:19cr47 |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:  George Cushman

  **YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Walter E. Hoffmman U.S. Courthouse 600 Granby Street Norfolk, VA 23510 | Courtroom No.: | 4 |
|---|---|---|---|
| | | Date and Time: | 11/16/2021 10:00 am |

  You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

*(SEAL)*

Date:  10/05/2021

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*  U.S.A
_____ , who requests this subpoena, are:

Melissa E. O'Boyle
Elizabeth M. Yusi
Andrew C. Bossi
Assistant United States Attorneys
Office of the United States Attorney
World Trade Center, Suite 8000
Norfolk, Virginia 23510
(757) 441-6331

ORIGINAL

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   2:19cr47

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* George Cushman
was received by me on *(date)* 10/14/2021 .

☒ I served the subpoena by delivering a copy to the named person as follows:  emailed to
George Cushman
_____ on *(date)* 11/2/2021 ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: 11/2/2021

Julie Howe
*Server's signature*

Julie Howe, Special Agent
*Printed name and title*

FBI
509 Resource Row
Chesapeake, VA 23320
*Server's address*

Additional information regarding attempted service, etc:

**ORIGINAL**

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| David Alcorn, Aghee William Smith, II, Norma Coffin, | ) | Case No.  2:19cr47 |
| and Thomas Barnett | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:  Nathaniel Dodson

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Walter E. Hoffmman U.S. Courthouse 600 Granby Street Norfolk, VA 23510 | Courtroom No.: | 4 |
|---|---|---|---|
| | | Date and Time: | 11/16/2021 10:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

*(SEAL)*

Date:   10/05/2021

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*   U.S.A
_____ , who requests this subpoena, are:

Melissa E. O'Boyle
Elizabeth M. Yusi
Andrew C. Bossi
Assistant United States Attorneys
Office of the United States Attorney
World Trade Center, Suite 8000
Norfolk, Virginia 23510
(757) 441-6331

ORIGINAL

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.  2:19cr47

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)*  Nathaniel Dodson
was received by me on *(date)*  10/14/2021 .

☒ I served the subpoena by delivering a copy to the named person as follows:  email to
Nathaniel Dodson

_____  on *(date)*  10/20/2021  ; or

☐ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  10/20/2021

Julie Howe
*Server's signature*

Julie Howe, Special Agent
*Printed name and title*

FBI
509 Resource Row
Chesapeake, VA 23320
*Server's address*

Additional information regarding attempted service, etc:

**ORIGINAL**

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| David Alcorn, Aghee William Smith, II, Norma Coffin, and Thomas Barnett | ) Case No.  2:19cr47 |
| _Defendant_ | ) |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: *Sunshine Grissom*

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Walter E. Hoffmman U.S. Courthouse 600 Granby Street Norfolk, VA 23510 | Courtroom No.: | 4 |
|---|---|---|---|
| | | Date and Time: | 11/16/2021 10:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

*(SEAL)*

Date:   10/05/2021

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*          U.S.A
_____ , who requests this subpoena, are:

Melissa E. O'Boyle
Elizabeth M. Yusi
Andrew C. Bossi
Assistant United States Attorneys
Office of the United States Attorney
World Trade Center, Suite 8000
Norfolk, Virginia 23510
(757) 441-6331



AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   2:19cr47

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)*  Sunshine Grissom
was received by me on *(date)*   10/14/2021 .

☒ I served the subpoena by delivering a copy to the named person as follows:   emailed to
Sunshine Grissom

_____ on *(date)*   10/18/2021   ; or

☐ I returned the subpoena unexecuted because:  _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$  _____ .

My fees are $  _____  for travel and $  _____  for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:  10/18/2021

_____
*Julie Howe*
*Server's signature*

Julie Howe, Special Agent
*Printed name and title*
FBI
509 Resource Row
Chesapeake, VA 23320
*Server's address*

Additional information regarding attempted service, etc:

**ORIGINAL**

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| David Alcorn, Aghee William Smith, II, Norma Coffin, and Thomas Barnett | ) | Case No.  2:19cr47 |
| _____ | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:   Deborah Jenkins

        **YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Walter E. Hoffmman U.S. Courthouse 600 Granby Street Norfolk, VA 23510 | Courtroom No.: | 4 |
|---|---|---|---|
| | | Date and Time: | 11/16/2021 10:00 am |

        You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

        *(SEAL)*

Date:    10/05/2021

                                                CLERK OF COURT

                                                _____
                                                *Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*          U.S.A
_____ , who requests this subpoena, are:

Melissa E. O'Boyle
Elizabeth M. Yusi
Andrew C. Bossi
Assistant United States Attorneys
Office of the United States Attorney
World Trade Center, Suite 8000
Norfolk, Virginia 23510
(757) 441-6331

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   2:19cr47

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)*   Deborah Jenkins
was received by me on *(date)*   10/14/2021 .

☑ I served the subpoena by delivering a copy to the named person as follows:   emailed to
Deborah Jenkins
_____   on *(date)*   10/15/2021   ; or

☐ I returned the subpoena unexecuted because: _____
_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   10/15/2021

*Julie Howe*
Server's signature

Julie Howe, Special Agent
Printed name and title

FBI
509 Resource Row
Chesapeake, VA 23320
Server's address

Additional information regarding attempted service, etc:

**ORIGINAL**

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| David Alcorn, Aghee William Smith, II, Norma Coffin, and Thomas Barnett | ) | Case No.  2:19cr47 |
| _Defendant_ | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: Shelley Maule

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Walter E. Hoffmman U.S. Courthouse 600 Granby Street Norfolk, VA 23510 | Courtroom No.:  4 |
|---|---|---|
| | | Date and Time:  11/16/2021 10:00 am |

You must also bring with you the following documents, electronically stored information, or objects _(blank if not applicable)_:

_(SEAL)_

Date:   10/05/2021

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

The name, address, e-mail, and telephone number of the attorney representing _(name of party)_ _____ U.S.A _____
_____ , who requests this subpoena, are:

Melissa E. O'Boyle
Elizabeth M. Yusi
Andrew C. Bossi
Assistant United States Attorneys
Office of the United States Attorney
World Trade Center, Suite 8000
Norfolk, Virginia 23510
(757) 441-6331

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   2:19cr47

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _Shelley Maule_

was received by me on *(date)* _10/14/2021_ .

☒ I served the subpoena by delivering a copy to the named person as follows: _emailed to_
_Shelley Maule_

_____   on *(date)* _10/15/2021_   ; or

☐ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____   for travel and $ _____   for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _10/15/2021_

_Julie Howe_
*Server's signature*

_Julie Howe, Special Agent_
*Printed name and title*
_FBI_
_509 Resource Row_
_Chesapeake, VA  23320_
*Server's address*

Additional information regarding attempted service, etc:

**ORIGINAL**

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| David Alcorn, Aghee William Smith, II, Norma Coffin, | ) | Case No.  2:19cr47 |
| and Thomas Barnett | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:  Linda McRae

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Walter E. Hoffmman U.S. Courthouse 600 Granby Street Norfolk, VA 23510 | Courtroom No.: | 4 |
|---|---|---|---|
| | | Date and Time: | 11/16/2021 10:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

*(SEAL)*

Date:   10/05/2021

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* _____ U.S.A _____
_____ , who requests this subpoena, are:

Melissa E. O'Boyle
Elizabeth M. Yusi
Andrew C. Bossi
Assistant United States Attorneys
Office of the United States Attorney
World Trade Center, Suite 8000
Norfolk, Virginia 23510
(757) 441-6331

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.  2:19cr47

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)*  Linda McRae
was received by me on *(date)*  10/14/2021 .

☒ I served the subpoena by delivering a copy to the named person as follows:  mailed to
Linda McRae
_____   on *(date)*  10/29/2021   ; or

☐ I returned the subpoena unexecuted because: _____
_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____  for travel and $ _____  for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  10/29/2021

Julie Howe
*Server's signature*

Julie Howe, Special Agent
*Printed name and title*
FBI
509 Resource Row
Chesapeake, VA  23320
*Server's address*

Additional information regarding attempted service, etc:

**ORIGINAL**

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Virginia

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| David Alcorn, Aghee William Smith, II, Norma Coffin, and Thomas Barnett | )  Case No.  2:19cr47 |
| *Defendant* | ) |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:  *Edgar McRae*

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Walter E. Hoffmman U.S. Courthouse 600 Granby Street Norfolk, VA 23510 | Courtroom No.:  4 |
|---|---|---|
| | | Date and Time:  11/16/2021 10:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

*(SEAL)*

Date:  10/05/2021

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*  _____ U.S.A _____
_____ , who requests this subpoena, are:

Melissa E. O'Boyle
Elizabeth M. Yusi
Andrew C. Bossi
Assistant United States Attorneys
Office of the United States Attorney
World Trade Center, Suite 8000
Norfolk, Virginia 23510
(757) 441-6331

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.  2:19cr47

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)*  Edgar McRae

was received by me on *(date)*  10/14/2021 .

☒ I served the subpoena by delivering a copy to the named person as follows:  mailed to
Edgar McRae
_____  on *(date)*  10/29/2021  ; or

☐ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  10/29/2021

_____
*Julie Howe*
*Server's signature*

Julie Howe, Special Agent
*Printed name and title*

FBI
509 Resource Row
Chesapeake, VA  23320
*Server's address*

Additional information regarding attempted service, etc:

**ORIGINAL**

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| David Alcorn, Aghee William Smith, II, Norma Coffin, and Thomas Barnett | ) ) | Case No. 2:19cr47 |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:  Peter Moncure

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Walter E. Hoffmman U.S. Courthouse 600 Granby Street Norfolk, VA 23510 | Courtroom No.: | 4 |
|---|---|---|---|
| | | Date and Time: | 11/16/2021 10:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

*(SEAL)*

Date:  10/05/2021

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*   U.S.A
_____ , who requests this subpoena, are:

Melissa E. O'Boyle
Elizabeth M. Yusi
Andrew C. Bossi
Assistant United States Attorneys
Office of the United States Attorney
World Trade Center, Suite 8000
Norfolk, Virginia 23510
(757) 441-6331

ORIGINAL

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   2:19cr47

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)*   Peter Moncure

was received by me on *(date)*   10/14/2021 .

☒ I served the subpoena by delivering a copy to the named person as follows:   emailed to
Peter Moncure at pmoncure@gmail.com
_____   on *(date)*   11/1/2021   ; or

☐ I returned the subpoena unexecuted because: _____
_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____   for travel and $ _____   for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:  11/1/2021

_____
Julie Howe
*Server's signature*

Julie Howe, Special Agent
*Printed name and title*

FBI
509 Resource Row
Chesapeake, VA 23320
*Server's address*

Additional information regarding attempted service, etc:

**ORIGINAL**

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| David Alcorn, Aghee William Smith, II, Norma Coffin, and Thomas Barnett | ) | Case No.  2:19cr47 |
| _____ | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:   Nanette Moore

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Walter E. Hoffmman U.S. Courthouse 600 Granby Street Norfolk, VA 23510 | Courtroom No.:  4 |
|---|---|---|
| | | Date and Time:  11/16/2021 10:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:


*(SEAL)*

Date:    10/05/2021
_____

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* _____ U.S.A
_____ , who requests this subpoena, are:

Melissa E. O'Boyle
Elizabeth M. Yusi
Andrew C. Bossi
Assistant United States Attorneys
Office of the United States Attorney
World Trade Center, Suite 8000
Norfolk, Virginia 23510
(757) 441-6331

ORIGINAL

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   2:19cr47

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)*   Nanette Moore

was received by me on *(date)*   10/14/2021 .

☒ I served the subpoena by delivering a copy to the named person as follows:   emailed to

moorenanette@gmail.com

_____   on *(date)*   _____ ; or

☐ I returned the subpoena unexecuted because:   _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$   _____ .

My fees are $   _____   for travel and $   _____   for services, for a total of $   0.00 .

I declare under penalty of perjury that this information is true.

Date:   10/14/2021

Julie Howe

*Server's signature*

Julie Howe, Special Agent

*Printed name and title*

FBI
509 Resource Row
Chesapeake, VA  23320

*Server's address*

Additional information regarding attempted service, etc:

**ORIGINAL**

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| David Alcorn, Aghee William Smith, II, Norma Coffin, | ) | Case No.  2:19cr47 |
| and Thomas Barnett | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:  *Craig Newell*

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Walter E. Hoffmman U.S. Courthouse 600 Granby Street Norfolk, VA 23510 | Courtroom No.: | 4 |
|---|---|---|---|
| | | Date and Time: | 11/16/2021 10:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

*(SEAL)*

Date:  10/05/2021

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* _____ U.S.A _____ , who requests this subpoena, are:

Melissa E. O'Boyle
Elizabeth M. Yusi
Andrew C. Bossi
Assistant United States Attorneys
Office of the United States Attorney
World Trade Center, Suite 8000
Norfolk, Virginia 23510
(757) 441-6331

ORIGINAL

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   2:19cr47

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* Craig Newell

was received by me on *(date)* 10/19/2021 .

☒ I served the subpoena by delivering a copy to the named person as follows: email to

Craig Newell

_____   on *(date)* 10/20/2021   ; or

☐ I returned the subpoena unexecuted because:

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: 10/20/2021

_____
Julie Howe
*Server's signature*

Julie Howe, Special Agent
*Printed name and title*

FBI
509 Resource Row
Chesapeake, VA 23320
*Server's address*

Additional information regarding attempted service, etc:

**ORIGINAL**

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| David Alcorn, Aghee William Smith, II, Norma Coffin, | ) | Case No. 2:19cr47 |
| and Thomas Barnett | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: Susan Newell

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Walter E. Hoffmman U.S. Courthouse | Courtroom No.: | 4 |
|---|---|---|---|
| | 600 Granby Street Norfolk, VA 23510 | Date and Time: | 11/16/2021 10:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

*(SEAL)*

Date: 10/05/2021

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* _____U.S.A_____
_____ , who requests this subpoena, are:

Melissa E. O'Boyle
Elizabeth M. Yusi
Andrew C. Bossi
Assistant United States Attorneys
Office of the United States Attorney
World Trade Center, Suite 8000
Norfolk, Virginia 23510
(757) 441-6331

ORIGINAL

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.  2:19cr47

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* __Susan Newell__
was received by me on *(date)* __10/14/2021__ .

☒ I served the subpoena by delivering a copy to the named person as follows: __emailed to__
__Susan Newell__

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __10/14/2021__

__Julie Howe__
*Server's signature*

__Julie Howe, Special Agent__
*Printed name and title*

__FBI__
__609 Resource Row__
__Chesapeake, VA 23320__
*Server's address*

Additional information regarding attempted service, etc:

**ORIGINAL**

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| David Alcorn, Aghee William Smith, II, Norma Coffin, and Thomas Barnett | ) | Case No. 2:19cr47 |
| _Defendant_ | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: Jon Palmieri

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Walter E. Hoffmman U.S. Courthouse 600 Granby Street Norfolk, VA 23510 | Courtroom No.: | 4 |
|---|---|---|---|
| | | Date and Time: | 11/16/2021 10:00 am |

You must also bring with you the following documents, electronically stored information, or objects _(blank if not applicable)_:

_(SEAL)_

Date: 10/05/2021

CLERK OF COURT

_____
_Signature of Clerk or Deputy Clerk_

The name, address, e-mail, and telephone number of the attorney representing _(name of party)_ _____ U.S.A
_____ , who requests this subpoena, are:

Melissa E. O'Boyle
Elizabeth M. Yusi
Andrew C. Bossi
Assistant United States Attorneys
Office of the United States Attorney
World Trade Center, Suite 8000
Norfolk, Virginia 23510
(757) 441-6331

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   2:19cr47

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)*   Jon Palmieri

was received by me on *(date)*   10/14/2021 .

☒ I served the subpoena by delivering a copy to the named person as follows:   emailed to
Jon Palmieri

_____   on *(date)*   10/25/2021   ; or

☐ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   10/25/2021

_____
*Julie Howe*
*Server's signature*

Julie Howe, Special Agent
*Printed name and title*

FBI
509 Resource Row
Chesapeake, VA 23320
_____
*Server's address*

Additional information regarding attempted service, etc:

ORIGINAL

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| David Alcorn, Aghee William Smith, II, Norma Coffin, | ) | Case No.  2:19cr47 |
| and Thomas Barnett | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:  Dee Pinkston

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Walter E. Hoffmman U.S. Courthouse<br>600 Granby Street<br>Norfolk, VA 23510 | Courtroom No.:  4 |
|---|---|---|
| | | Date and Time:  11/16/2021 10:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

(SEAL)

Date:  10/05/2021

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* _____ U.S.A _____ , who requests this subpoena, are:

Melissa E. O'Boyle
Elizabeth M. Yusi
Andrew C. Bossi
Assistant United States Attorneys
Office of the United States Attorney
World Trade Center, Suite 8000
Norfolk, Virginia 23510
(757) 441-6331

ORIGINAL

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   2:19cr47

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)*  _Dee Pinkston_

was received by me on *(date)*  _10/14/2021_.

☒ I served the subpoena by delivering a copy to the named person as follows:  _emailed to_
_Dee Pinkston_

_____   on *(date)*  _10/25/2021_   ; or

☐ I returned the subpoena unexecuted because:  _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____  for travel and $ _____  for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:  _10/25/2021_

_Julie Howe_
Server's signature

_Julie Howe, Special Agent_
Printed name and title
_FBI_
_509 Resource Row_
_Chesapeake, VA  23320_
Server's address

Additional information regarding attempted service, etc:

**ORIGINAL**

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| David Alcorn, Aghee William Smith, II, Norma Coffin, and Thomas Barnett | ) | Case No.  2:19cr47 |
| _Defendant_ | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:  Brian Semple

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Walter E. Hoffmman U.S. Courthouse 600 Granby Street Norfolk, VA 23510 | Courtroom No.: | 4 |
|---|---|---|---|
| | | Date and Time: | 11/16/2021 10:00 am |

You must also bring with you the following documents, electronically stored information, or objects _(blank if not applicable)_:


_(SEAL)_

Date:  10/05/2021

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

The name, address, e-mail, and telephone number of the attorney representing _(name of party)_ _____ U.S.A

_____ , who requests this subpoena, are:

Melissa E. O'Boyle
Elizabeth M. Yusi
Andrew C. Bossi
Assistant United States Attorneys
Office of the United States Attorney
World Trade Center, Suite 8000
Norfolk, Virginia 23510
(757) 441-6331

ORIGINAL

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No. 2:19cr47

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)*  Brian Semple

was received by me on *(date)*  10/14/2021 .

☒ I served the subpoena by delivering a copy to the named person as follows:  emailed to

Brian Semple at bfs@semplecpa.com

_____ on *(date)*  11/2/2021  ; or

☐ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  11/2/2021

Julie Howe
*Server's signature*

Julie Howe, Special Agent
*Printed name and title*

FBI
509 Resource Row
Chesapeake, VA 23320
*Server's address*

Additional information regarding attempted service, etc:

**ORIGINAL**

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| David Alcorn, Aghee William Smith, II, Norma Coffin, and Thomas Barnett | ) | Case No.  2:19cr47 |
| _Defendant_ | ) | |

### SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:   Robert Semple

   **YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Walter E. Hoffmman U.S. Courthouse 600 Granby Street Norfolk, VA 23510 | Courtroom No.:  4 |
|---|---|---|
| | | Date and Time:  11/16/2021 10:00 am |

   You must also bring with you the following documents, electronically stored information, or objects _(blank if not applicable)_:

_(SEAL)_

Date:   10/05/2021

CLERK OF COURT

_____
_Signature of Clerk or Deputy Clerk_

The name, address, e-mail, and telephone number of the attorney representing _(name of party)_ _____ U.S.A
_____ , who requests this subpoena, are:

Melissa E. O'Boyle
Elizabeth M. Yusi
Andrew C. Bossi
Assistant United States Attorneys
Office of the United States Attorney
World Trade Center, Suite 8000
Norfolk, Virginia 23510
(757) 441-6331

ORIGINAL

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   2:19cr47

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)*  Robert Semple

was received by me on *(date)*  10/14/2021 .

☒ I served the subpoena by delivering a copy to the named person as follows:  Robert Semple
was emailed subpoena @ rms@semplecpa.com
_____  on *(date)*  11/2/2021  ; or

☐ I returned the subpoena unexecuted because: _____
_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  11/2/2021            Julie Howe
                                          *Server's signature*

                            Julie Howe, Special Agent
                                          *Printed name and title*
                            FBI
                            509 Resource Row
                            Chesapeake, VA 23320
                                          *Server's address*

Additional information regarding attempted service, etc:

**ORIGINAL**

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Virginia

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| David Alcorn, Aghee William Smith, II, Norma Coffin, | )    Case No.  2:19cr47 |
| and Thomas Barnett | ) |
| _Defendant_ | ) |

### SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: Alan Tilles

    **YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Walter E. Hoffmman U.S. Courthouse | Courtroom No.:   4 |
|---|---|---|
| | 600 Granby Street<br>Norfolk, VA 23510 | Date and Time:   11/16/2021 10:00 am |

    You must also bring with you the following documents, electronically stored information, or objects _(blank if not applicable)_:

_(SEAL)_

Date:   10/05/2021

                                      _CLERK OF COURT_

                                      _Signature of Clerk or Deputy Clerk_

The name, address, e-mail, and telephone number of the attorney representing _(name of party)_     U.S.A
_____ , who requests this subpoena, are:

Melissa E. O'Boyle
Elizabeth M. Yusi
Andrew C. Bossi
Assistant United States Attorneys
Office of the United States Attorney
World Trade Center, Suite 8000
Norfolk, Virginia 23510
(757) 441-6331

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   2:19cr47

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)*  Alan Tilles

was received by me on *(date)*   10/14/2021  .

☒ I served the subpoena by delivering a copy to the named person as follows:  emailed to
Alan Tilles at atilles@shulmanrogers.com

on *(date)*   11/1/2021   ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$

My fees are $             for travel and $             for services, for a total of $   0.00  .

I declare under penalty of perjury that this information is true.

Date:   11/1/2021

Julie Howe
*Server's signature*

Julie Howe, Special Agent
*Printed name and title*

FBI
509 Resource Row
Chesapeake, VA  23320
*Server's address*

Additional information regarding attempted service, etc:

**ORIGINAL**

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| David Alcorn, Aghee William Smith, II, Norma Coffin, | ) | Case No.  2:19cr47 |
| and Thomas Barnett | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:  Kimberly "Max" White

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Walter E. Hoffman U.S. Courthouse 600 Granby Street Norfolk, VA 23510 | Courtroom No.: | 4 |
|---|---|---|---|
| | | Date and Time: | 11/16/2021 10:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

*(SEAL)*

Date:   10/05/2021

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*   U.S.A
_____ , who requests this subpoena, are:

Melissa E. O'Boyle
Elizabeth M. Yusi
Andrew C. Bossi
Assistant United States Attorneys
Office of the United States Attorney
World Trade Center, Suite 8000
Norfolk, Virginia 23510
(757) 441-6331

ORIGINAL

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   2:19cr47

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)*   Kimberly "Max" White
was received by me on *(date)*   10|14|2021 .

☒ I served the subpoena by delivering a copy to the named person as follows:   emailed to
named person

on *(date)*   10|15|2021   ; or

☐ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____   for travel and $ _____   for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   10|15|2021

Julie Howe
*Server's signature*

Julie Howe, Special Agent
*Printed name and title*
FBI
509 Resource Row
Chesapeake, VA 23320
*Server's address*

Additional information regarding attempted service, etc:

**ORIGINAL**

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| David Alcorn, Aghee William Smith, II, Norma Coffin, and Thomas Barnett | ) | Case No.  2:19cr47 |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:   *Michael Wilhelm*

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Walter E. Hoffmman U.S. Courthouse 600 Granby Street Norfolk, VA 23510 | Courtroom No.:  4 |
|---|---|---|
| | | Date and Time:  11/16/2021 10:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

*(SEAL)*

Date:   10/05/2021

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*   U.S.A
_____ , who requests this subpoena, are:

Melissa E. O'Boyle
Elizabeth M. Yusi
Andrew C. Bossi
Assistant United States Attorneys
Office of the United States Attorney
World Trade Center, Suite 8000
Norfolk, Virginia 23510
(757) 441-6331

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.  2:19cr47

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)*  _Michael Wilhelm_
was received by me on *(date)*  _10/14/2021_ .

☑ I served the subpoena by delivering a copy to the named person as follows:  _emailed to_
_michael.wilhelm@fcc.gov_
_____  on *(date)*  _11/2/2021_   ; or

☐ I returned the subpoena unexecuted because: _____
_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00 .

I declare under penalty of perjury that this information is true.

Date:  _11/2/2021_                      _Julie Howe_
                                         *Server's signature*

                                  _Julie Howe, Special Agent_
                                         *Printed name and title*

                                  _FBI_
                                  _509 Resource Row_
                                  _Chesapeake, VA 23320_
                                         *Server's address*

Additional information regarding attempted service, etc:

ORIGINAL

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | | |
|---|---|---|
| **United States of America** | ) | |
| | ) | |
| **v.** | ) | **Case No. 2:17-cr-126** |
| | ) | |
| **DARYL G. BANK,** | ) | |
| | ) | |
| **and** | ) | |
| | ) | |
| **BILLY J. SEABOLT,** | ) | |
| **Defendants** | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR <u>TRIAL</u> IN A CRIMINAL CASE

To: *Andrea Tottossy*

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| **Place of Appearance:** Walter E. Hoffman United States Courthouse 600 Granby Street Norfolk, Virginia 23510 | **Courtroom No.:**   Courtroom 4 |
|---|---|
| | **Date and Time:**   **March 30, 2021 @ 10:00 a.m.** |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

*(SEAL)*

Date:   January 25, 2021

*CLERK OF COURT*

_____

*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* the United States of America, who requests this subpoena, are:

Melissa E. O'Boyle, Elizabeth M. Yusi, & Andrew Bosse
Assistant United States Attorneys
Office of the United States Attorney
8000 World Trade Center
101 West Main Street
Norfolk, Virginia 23510
Phone: (757) 441-6331

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case Numbers- 2:17cr126

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _Andrea Tottossy_

was received by me on *(date)* _____ .

☒ I served the subpoena by delivering a copy to the named person as follows: _at the U.S. Attorney's_
_Office_____ on _03/19/2021_____ ; or

☐ I returned the subpoena unexecuted because _____

_____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _03/19/2021_                  _Jennifer V Collins_____
                                        *Server's signature*

                                   _Jennifer V. Collins, Special Agent_
                                        *Printed name and title*

                                   _FBI, Chesapeake, VA_____
                                        *Server's address*

Additional information regarding attempted service, etc:

ORIGINAL

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Virginia

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| David Alcorn, Aghee William Smith, II, | )    Case No. 2:19cr47 |
| and Thomas L. Barnett | ) |
| *Defendant* | ) |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: Dennis McCrumb

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Walter E. Hoffmman U.S. Courthouse 600 Granby Street Norfolk, VA 23510 | Courtroom No.: 4 |
|---|---|---|
| | | Date and Time: 02/01/2022 10:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

*(SEAL)*

Date:   01/07/2022

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* _____ U.S.A _____ , who requests this subpoena, are:

Melissa E. O'Boyle, Elizabeth M. Yusi, & Andrew C. Bosse
Assistant United States Attorney
Office of the United States Attorney
World Trade Center, Suite 8000
Norfolk, Virginia 23510
(757) 441-6331

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   2:19cr47

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)*   _Dennis McCrumb_

was received by me on *(date)*   _____ .

☑ I served the subpoena by delivering a copy to the named person as follows:   _via email_

_____

_____ on *(date)*  _02/07/2022_  ; or

☐  I returned the subpoena unexecuted because:   _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$  _____ .

My fees are $  _____  for travel and $  _____  for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:  _02/07/2022_

_Jennifer V Collins_
*Server's signature*

_Jennifer V Collins, Special Agent_
*Printed name and title*

_FBI, Chesapeake, VA_
*Server's address*

Additional information regarding attempted service, etc:

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Virginia

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| David Alcorn, Aghee William Smith, II, | )    Case No.  2:19cr47 |
| and Thomas L. Barnett | ) |
| *Defendant* | ) |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: Dennis McCrumb

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Walter E. Hoffmman U.S. Courthouse 600 Granby Street Norfolk, VA 23510 | Courtroom No.:   4 |
|---|---|---|
| | | Date and Time:   02/01/2022 10:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

*(SEAL)*

Date:    01/07/2022

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*     U.S.A
_____ , who requests this subpoena, are:

Melissa E. O'Boyle, Elizabeth M. Yusi, & Andrew C. Bosse
Assistant United States Attorney
Office of the United States Attorney
World Trade Center, Suite 8000
Norfolk, Virginia 23510
(757) 441-6331

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   2:19cr47

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)*   Dennis McCrumb

was received by me on *(date)*                        .

☑ I served the subpoena by delivering a copy to the named person as follows:

_____

_____ on *(date)* _____ ; or

☑ I returned the subpoena unexecuted because:   duplicate

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$  _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:  02/07/2022

_____
*Jennifer V Collins*
*Server's signature*

Jennifer V Collins, Special Agent
*Printed name and title*

FBI, Chesapeake, VA
*Server's address*

Additional information regarding attempted service, etc:

ORIGINAL

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Virginia

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| David Alcorn, Aghee William Smith, II, | ) |
| and Thomas L. Barnett | ) |
| *Defendant* | ) |

Case No.  2:19cr47

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:   David Idigpio

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Walter E. Hoffman U.S. Courthouse 600 Granby Street Norfolk, VA 23510 | Courtroom No.: | 4 |
|---|---|---|---|
| | | Date and Time: | 02/01/2022 10:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

(SEAL)

Date:   01/07/2022

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* _____ U.S.A
_____ , who requests this subpoena, are:

Melissa E. O'Boyle, Elizabeth M. Yusi, & Andrew C. Bosse
Assistant United States Attorney
Office of the United States Attorney
World Trade Center, Suite 8000
Norfolk, Virginia 23510
(757) 441-6331

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   2:19cr47

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)*   David Idigpio

was received by me on *(date)*                          .

☒ I served the subpoena by delivering a copy to the named person as follows:   Via email

_____   on *(date)*   02/07/2022   ; or

☐ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:  02/07/2022

Jennifer V Collins
*Server's signature*

Jennifer V Collins, Special Agent
*Printed name and title*

FBI, Chesapeake, VA
*Server's address*

Additional information regarding attempted service, etc:

ORIGINAL

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Virginia

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| David Alcorn, Aghee William Smith, II, and Thomas L. Barnett | ) Case No.  2:19cr47 |
| _Defendant_ | ) |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:  Jacob Kurtz

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Walter E. Hoffmman U.S. Courthouse 600 Granby Street Norfolk, VA 23510 | Courtroom No.:   4 |
|---|---|---|
| | | Date and Time:   02/01/2022 10:00 am |

You must also bring with you the following documents, electronically stored information, or objects _(blank if not applicable)_:

_(SEAL)_

Date:   01/07/2022

CLERK OF COURT

_Signature of Clerk or Deputy Clerk_

The name, address, e-mail, and telephone number of the attorney representing _(name of party)_   U.S.A
_____ , who requests this subpoena, are:

Melissa E. O'Boyle, Elizabeth M. Yusi, & Andrew C. Bosse
Assistant United States Attorney
Office of the United States Attorney
World Trade Center, Suite 8000
Norfolk, Virginia 23510
(757) 441-6331

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   2:19cr47

**PROOF OF SERVICE**

This subpoena for *(name of individual and title, if any)*   _Jacob Kurtz_

was received by me on *(date)* _____ .

☒ I served the subpoena by delivering a copy to the named person as follows:   _Via email_

_____ on *(date)* _01/31/2022_ ; or

☐ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _01/31/2022_

_Jennifer V Collins_
Server's signature

_Jennifer V Collins, Special Agent_
Printed name and title

_FBI, Chesapeake, VA_
Server's address

Additional information regarding attempted service, etc:

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| David Alcorn, Aghee William Smith, II, | ) | Case No.  2:19cr47 |
| and Thomas L. Barnett | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:   Jacob Kurtz

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Walter E. Hoffmman U.S. Courthouse 600 Granby Street Norfolk, VA 23510 | Courtroom No.:  4 |
|---|---|---|
| | | Date and Time:  02/01/2022 10:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

*(SEAL)*

Date:   01/07/2022

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* _____ U.S.A

_____ , who requests this subpoena, are:

Melissa E. O'Boyle, Elizabeth M. Yusi, & Andrew C. Bosse
Assistant United States Attorney
Office of the United States Attorney
World Trade Center, Suite 8000
Norfolk, Virginia 23510
(757) 441-6331

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   2:19cr47

**PROOF OF SERVICE**

This subpoena for *(name of individual and title, if any)*   Jacob Kurtz

was received by me on *(date)* _____ .

☒ I served the subpoena by delivering a copy to the named person as follows:   Via email

_____

_____ on *(date)* 01/31/2022 ; or

☐ I returned the subpoena unexecuted because: _____

_____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00 .

I declare under penalty of perjury that this information is true.

Date: 01/31/2022

Jennifer V Collins
*Server's signature*

Jennifer V Collins, Special Agent
*Printed name and title*

FBI, Chesapeake, VA
*Server's address*

Additional information regarding attempted service, etc:

ORIGINAL

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
## for the

### Eastern District of Virginia

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| David Alcorn, Aghee William Smith, II, and Thomas L. Barnett | ) Case No.  2:19cr47 |
| *Defendant* | ) |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:  Special Agent Ryan Braley

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Walter E. Hoffmman U.S. Courthouse 600 Granby Street Norfolk, VA 23510 | Courtroom No.: | 4 |
|---|---|---|---|
| | | Date and Time: | 02/01/2022 10:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

*(SEAL)*

Date:  01/07/2022

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* _____ U.S.A
_____ , who requests this subpoena, are:

Melissa E. O'Boyle, Elizabeth M. Yusi, & Andrew C. Bosse
Assistant United States Attorney
Office of the United States Attorney
World Trade Center, Suite 8000
Norfolk, Virginia 23510
(757) 441-6331

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   2:19cr47

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)*   _Ryan Braley_

was received by me on *(date)* _____ .

☑ I served the subpoena by delivering a copy to the named person as follows:   _in person_

_____   on *(date)* _01/31/2022_ ; or

☐ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____  for travel and $ _____  for services, for a total of $   0.00  .

I declare under penalty of perjury that this information is true.

Date:  _01/31/2022_

_Jennifer V Collins_
Server's signature

_Jennifer V Collins, Special Agent_
Printed name and title

_FBI, Chesapeake, VA_
Server's address

Additional information regarding attempted service, etc:

ORIGINAL

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT

### for the

Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| David Alcorn, Aghee William Smith, II, | ) | Case No.  2:19cr47 |
| and Thomas L. Barnett | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:  *Michael Lindauer*

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Walter E. Hoffmman U.S. Courthouse 600 Granby Street Norfolk, VA 23510 | Courtroom No.:  4 |
|---|---|---|
| | | Date and Time:  02/01/2022 10:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

*(SEAL)*

Date:   01/07/2022

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* _____ U.S.A
_____ , who requests this subpoena, are:

Melissa E. O'Boyle, Elizabeth M. Yusi, & Andrew C. Bosse
Assistant United States Attorney
Office of the United States Attorney
World Trade Center, Suite 8000
Norfolk, Virginia 23510
(757) 441-6331

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   2:19cr47

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)*    *Michael Lindauere*

was received by me on *(date)*                    .

☑ I served the subpoena by delivering a copy to the named person as follows:    _____

_____

_____   on *(date)*   01/31/2022   ; or

☐ I returned the subpoena unexecuted because:    _____

_____.

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$    _____   .

My fees are $    _____   for travel and $    _____   for services, for a total of $    0.00   .

I declare under penalty of perjury that this information is true.

Date:   01/31/2022

*Jennifer V Collins*
Server's signature

Jennifer V Collins, Special Agent
Printed name and title

FBI, Chesapeake, VA
Server's address

Additional information regarding attempted service, etc:

**ORIGINAL**

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| David Alcorn, Aghee William Smith, II, Norma Coffin, | )    Case No.  2:19cr47 |
| and Thomas Barnett | ) |
| *Defendant* | ) |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: *Michael Lindauer*

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Walter E. Hoffmman U.S. Courthouse | Courtroom No.:  4 |
|---|---|---|
| | 600 Granby Street<br>Norfolk, VA 23510 | Date and Time:  11/16/2021 10:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

*(SEAL)*

Date:  10/05/2021

                                               *CLERK OF COURT*

                                            *Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*       U.S.A
_____ , who requests this subpoena, are:

Melissa E. O'Boyle
Elizabeth M. Yusi
Andrew C. Bossi
Assistant United States Attorneys
Office of the United States Attorney
World Trade Center, Suite 8000
Norfolk, Virginia 23510
(757) 441-6331

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   2:19cr47

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)*   *Michael Lindauer*

was received by me on *(date)*                         .

☐  I served the subpoena by delivering a copy to the named person as follows: 

_____

_____   on *(date)* _____  ; or

☑  I returned the subpoena unexecuted because:  *duplicate*

.

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____  .

My fees are $ _____  for travel and $ _____  for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:  01/31/2022

*Jennifer V Collins*
Server's signature

*Jennifer V Collins, Special Agent*
Printed name and title

*FBI, Chisapeake, VA*
Server's address

Additional information regarding attempted service, etc:

**ORIGINAL**

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| David Alcorn, Aghee William Smith, II, Norma Coffin, | )   Case No.  2:19cr47 |
| and Thomas Barnett | ) |
| *Defendant* | ) |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:  **Wilfried Berndt**

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Walter E. Hoffmman U.S. Courthouse | Courtroom No.: | 4 |
|---|---|---|---|
| | 600 Granby Street Norfolk, VA 23510 | Date and Time: | 11/16/2021 10:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

*(SEAL)*

Date:  10/05/2021

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*   U.S.A
_____ , who requests this subpoena, are:

Melissa E. O'Boyle
Elizabeth M. Yusi
Andrew C. Bossi
Assistant United States Attorneys
Office of the United States Attorney
World Trade Center, Suite 8000
Norfolk, Virginia 23510
(757) 441-6331

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   2:19cr47

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)*  Wilfried Berndt

was received by me on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows:  Via Federal Express
tracking #775057497136 _____ on *(date)* 11/02/2021 ; or

☐ I returned the subpoena unexecuted because: _____
_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  11/02/2021

Jennifer V Collins
*Server's signature*

Jennifer V Collins, Special Agent
*Printed name and title*

FBI, Chesapeake, VA
*Server's address*

Additional information regarding attempted service, etc:

**ORIGINAL**

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| David Alcorn, Aghee William Smith, II, Norma Coffin, | ) | Case No.  2:19cr47 |
| and Thomas Barnett | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: Jeff Browne

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Walter E. Hoffmman U.S. Courthouse<br>600 Granby Street<br>Norfolk, VA 23510 | Courtroom No.:  4 |
|---|---|---|
| | | Date and Time:  11/16/2021 10:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

*(SEAL)*

Date:   10/05/2021

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*            U.S.A
_____ , who requests this subpoena, are:

Melissa E. O'Boyle
Elizabeth M. Yusi
Andrew C. Bossi
Assistant United States Attorneys
Office of the United States Attorney
World Trade Center, Suite 8000
Norfolk, Virginia 23510
(757) 441-6331

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   2:19cr47

### PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)*   *Jeff Browne*

was received by me on *(date)* _____ .

☒ I served the subpoena by delivering a copy to the named person as follows:   *via email*

_____   on *(date)*   *10/28/2021*   ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of
$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:  *10/28/2021*

*Jennifer V Collins*
Server's signature

*Jennifer V Collins, Special Agent*
Printed name and title

*FBI, Chesapeake, VA*
Server's address

Additional information regarding attempted service, etc:

**ORIGINAL**

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| David Alcorn, Aghee William Smith, II, Norma Coffin, | ) |
| and Thomas Barnett | ) |
| _Defendant_ | ) |

Case No.  2:19cr47

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:  Ruth Clark

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Walter E. Hoffmman U.S. Courthouse<br>600 Granby Street<br>Norfolk, VA 23510 | Courtroom No.: | 4 |
|---|---|---|---|
| | | Date and Time: | 11/16/2021 10:00 am |

You must also bring with you the following documents, electronically stored information, or objects _(blank if not applicable)_:

_(SEAL)_

Date:  10/05/2021

CLERK OF COURT

_Signature of Clerk or Deputy Clerk_

The name, address, e-mail, and telephone number of the attorney representing _(name of party)_ _____ U.S.A _____
_____ , who requests this subpoena, are:

Melissa E. O'Boyle
Elizabeth M. Yusi
Andrew C. Bossi
Assistant United States Attorneys
Office of the United States Attorney
World Trade Center, Suite 8000
Norfolk, Virginia 23510
(757) 441-6331

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   2:19cr47

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)*   _Ruth Clark_

was received by me on *(date)*   _____ .

☐ I served the subpoena by delivering a copy to the named person as follows:   _Via Federal_
_Express, tracking # 775057631686_
_____   on *(date)*   _10/29/2021_   ; or

☐ I returned the subpoena unexecuted because:   _____
_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of
$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:  _10/29/2021_

_Jennifer V Collins_
Server's signature

_Jennifer V Collins, Special Agent_
Printed name and title

_FBI, Chesapeake, VA_
Server's address

Additional information regarding attempted service, etc:

ORIGINAL

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| David Alcorn, Aghee William Smith, II, Norma Coffin, | ) | Case No.  2:19cr47 |
| and Thomas Barnett | ) | |
| *Defendant* | ) | |

### SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:  **Louis Doug Dunn**

  **YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Walter E. Hoffmman U.S. Courthouse 600 Granby Street Norfolk, VA 23510 | Courtroom No.: 4 |
|---|---|---|
| | | Date and Time:  11/16/2021 10:00 am |

  You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:


  *(SEAL)*


Date:  __10/05/2021__

                                                        CLERK OF COURT

                                                        _____
                                                        *Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*  _____U.S.A_____
_____ , who requests this subpoena, are:

Melissa E. O'Boyle
Elizabeth M. Yusi
Andrew C. Bossi
Assistant United States Attorneys
Office of the United States Attorney
World Trade Center, Suite 8000
Norfolk, Virginia 23510
(757) 441-6331

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   2:19cr47

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)*  _Louis Doug Dunn_

was received by me on *(date)*  _____ .

   ☒  I served the subpoena by delivering a copy to the named person as follows:   _Via email_

_____

_____   on *(date)*  _10/28/2021_  ; or

   ☐  I returned the subpoena unexecuted because: _____

_____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  _10/28/2021_

                              _Jennifer V Collins_

                                 *Server's signature*

                             _Jennifer V Collins, Special Agent_

                                *Printed name and title*

                             _FBI, Chesapeake, VA_

                                 *Server's address*

Additional information regarding attempted service, etc:

ORIGINAL

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| David Alcorn, Aghee William Smith, II, Norma Coffin, and Thomas Barnett | ) | Case No.  2:19cr47 |
| _Defendant_ | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:  Jeffrey Eschrich

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Walter E. Hoffmman U.S. Courthouse 600 Granby Street Norfolk, VA 23510 | Courtroom No.: | 4 |
|---|---|---|---|
| | | Date and Time: | 11/16/2021 10:00 am |

You must also bring with you the following documents, electronically stored information, or objects _(blank if not applicable)_:

_(SEAL)_

Date:  10/05/2021

CLERK OF COURT

_____
_Signature of Clerk or Deputy Clerk_

The name, address, e-mail, and telephone number of the attorney representing _(name of party)_ _____ U.S.A _____ _____ , who requests this subpoena, are:

Melissa E. O'Boyle
Elizabeth M. Yusi
Andrew C. Bossi
Assistant United States Attorneys
Office of the United States Attorney
World Trade Center, Suite 8000
Norfolk, Virginia 23510
(757) 441-6331

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.  2:19cr47

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _Jeffrey Eschrich_

was received by me on *(date)* _____.

☒ I served the subpoena by delivering a copy to the named person as follows: _Via email_

_____ on *(date)* _11/10/2021_ ; or

☐ I returned the subpoena unexecuted because: _____

_____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _0.00_ .

I declare under penalty of perjury that this information is true.

Date: _11/10/2021_

_Jennifer V Collins_
Server's signature

_Jennifer V Collins, Special Agent_
Printed name and title

_FBI, Chesapeake, VA_
Server's address

Additional information regarding attempted service, etc:

**ORIGINAL**

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| David Alcorn, Aghee William Smith, II, Norma Coffin, | ) | Case No.  2:19cr47 |
| and Thomas Barnett | ) | |
| _Defendant_ | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:   Alan Ginn

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Walter E. Hoffmman U.S. Courthouse 600 Granby Street Norfolk, VA 23510 | Courtroom No.:  4 |
|---|---|---|
| | | Date and Time:  11/16/2021 10:00 am |

You must also bring with you the following documents, electronically stored information, or objects _(blank if not applicable)_:

_(SEAL)_

Date:   10/05/2021

CLERK OF COURT

_____
_Signature of Clerk or Deputy Clerk_

The name, address, e-mail, and telephone number of the attorney representing _(name of party)_ _____ U.S.A _____ _____ , who requests this subpoena, are:

Melissa E. O'Boyle
Elizabeth M. Yusi
Andrew C. Bossi
Assistant United States Attorneys
Office of the United States Attorney
World Trade Center, Suite 8000
Norfolk, Virginia 23510
(757) 441-6331

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.  2:19cr47

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)*  _Alan Ginn_

was received by me on *(date)*  _____

☒ I served the subpoena by delivering a copy to the named person as follows:  _Via email_

_____  on *(date)*  _10/28/2021_ ; or

☐ I returned the subpoena unexecuted because: _____

_____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date: _10/28/2021_

_Jennifer V Collins_
*Server's signature*

_Jennifer V Collins, Special Agent_
*Printed name and title*

_FBI, Chesapeake, VA_
*Server's address*

Additional information regarding attempted service, etc:

ORIGINAL

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| David Alcorn, Aghee William Smith, II, Norma Coffin, | ) | Case No.  2:19cr47 |
| and Thomas Barnett | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:  Derek Jones

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Walter E. Hoffmman U.S. Courthouse 600 Granby Street Norfolk, VA 23510 | Courtroom No.: | 4 |
|---|---|---|---|
| | | Date and Time: | 11/16/2021 10:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

*(SEAL)*

Date:   10/05/2021

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*   _____ U.S.A _____
_____ , who requests this subpoena, are:

Melissa E. O'Boyle
Elizabeth M. Yusi
Andrew C. Bossi
Assistant United States Attorneys
Office of the United States Attorney
World Trade Center, Suite 8000
Norfolk, Virginia 23510
(757) 441-6331

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.  2:19cr47

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* Derek Jones

was received by me on *(date)* _____

☒ I served the subpoena by delivering a copy to the named person as follows: via email

_____ on *(date)* 10/28/2021 ___ ; or

☐ I returned the subpoena unexecuted because: _____

_____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10/28/2021 _____           *Jennifer V Collins*
                                   _____
                                   *Server's signature*

                                   Jennifer V Collins, Special Agent
                                   _____
                                   *Printed name and title*


                                   FBI, Chesapeake, VA
                                   _____
                                   *Server's address*

Additional information regarding attempted service, etc:

**ORIGINAL**

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| David Alcorn, Aghee William Smith, II, Norma Coffin, and Thomas Barnett | ) | Case No.  2:19cr47 |
| _Defendant_ | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:  *Alain Martell*

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Walter E. Hoffmman U.S. Courthouse 600 Granby Street Norfolk, VA 23510 | Courtroom No.:  4 |
|---|---|---|
| | | Date and Time:  11/16/2021 10:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

*(SEAL)*

Date:  10/05/2021

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* _____ U.S.A
_____ , who requests this subpoena, are:

Melissa E. O'Boyle
Elizabeth M. Yusi
Andrew C. Bossi
Assistant United States Attorneys
Office of the United States Attorney
World Trade Center, Suite 8000
Norfolk, Virginia 23510
(757) 441-6331

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   2:19cr47

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* *Alain Martell, FBI Forensic Accountant*
was received by me on *(date)* _____ .

☒ I served the subpoena by delivering a copy to the named person as follows: *in office* _____

_____ on *(date)* 11/1/2021 ; or

☐ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of
$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: 11/1/2021

*Jennifer V Collins*
Server's signature

*Jennifer V Collins, Special Agent*
Printed name and title

*FBI, Chesapeake, VA*
Server's address

Additional information regarding attempted service, etc:

**ORIGINAL**

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Virginia

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| David Alcorn, Aghee William Smith, II, Norma Coffin, and Thomas Barnett | )   Case No.  2:19cr47 |
| *Defendant* | ) |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:  *Peter Melley*

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Walter E. Hoffmman U.S. Courthouse 600 Granby Street Norfolk, VA 23510 | Courtroom No.:  4 |
|---|---|---|
| | | Date and Time:  11/16/2021 10:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

*(SEAL)*

Date:  10/05/2021

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* _____ U.S.A _____
_____ , who requests this subpoena, are:

Melissa E. O'Boyle
Elizabeth M. Yusi
Andrew C. Bossi
Assistant United States Attorneys
Office of the United States Attorney
World Trade Center, Suite 8000
Norfolk, Virginia 23510
(757) 441-6331

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   2:19cr47

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)*   _Peter Melley_

was received by me on *(date)* _____ .

☒ I served the subpoena by delivering a copy to the named person as follows:   _Via email_

_____   on *(date)* _10/28/2021_   ; or

☐ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   _0.00_   .

I declare under penalty of perjury that this information is true.

Date: _10/28/2021_

_Jennifer V Collins_
Server's signature

_Jennifer V Collins, Special Agent_
Printed name and title

_FBI, Chesapeake, VA_
Server's address

Additional information regarding attempted service, etc:

ORIGINAL

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Virginia

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| David Alcorn, Aghee William Smith, II, Norma Coffin, and Thomas Barnett | ) Case No.  2:19cr47 |
| _____ | ) |
| *Defendant* | ) |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: *Adan Rangel*

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Walter E. Hoffmman U.S. Courthouse 600 Granby Street Norfolk, VA 23510 | Courtroom No.: | 4 |
|---|---|---|---|
| | | Date and Time: | 11/16/2021 10:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

*(SEAL)*

Date:   10/05/2021

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* _____ U.S.A _____
_____ , who requests this subpoena, are:

Melissa E. O'Boyle
Elizabeth M. Yusi
Andrew C. Bossi
Assistant United States Attorneys
Office of the United States Attorney
World Trade Center, Suite 8000
Norfolk, Virginia 23510
(757) 441-6331

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.  2:19cr47

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)*  *Adan Rangel*

was received by me on *(date)*                    .

☒ I served the subpoena by delivering a copy to the named person as follows:  *at the FBI office,*
*Chesapeake, VA*
                                             on *(date)*  *11/04/2021*      ; or

☐ I returned the subpoena unexecuted because:  

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$                        .

My fees are $                 for travel and $               for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:  *11/04/2021*                 *Jennifer V Collins*
                                        *Server's signature*

*Jennifer V Collins, Special Agent*
*Printed name and title*

*FBI, Chesapeake, VA*
*Server's address*

Additional information regarding attempted service, etc:

**ORIGINAL**

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| David Alcorn, Aghee William Smith, II, Norma Coffin, | ) | Case No.  2:19cr47 |
| and Thomas Barnett | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:  *Adan Rangel*

     **YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Walter E. Hoffmman U.S. Courthouse<br>600 Granby Street<br>Norfolk, VA 23510 | Courtroom No.:  4 |
|---|---|---|
| | | Date and Time:  11/16/2021 10:00 am |

     You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

(SEAL)

Date:  10/05/2021

                                        *CLERK OF COURT*

                                             *Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*        U.S.A

                           , who requests this subpoena, are:

Melissa E. O'Boyle
Elizabeth M. Yusi
Andrew C. Bossi
Assistant United States Attorneys
Office of the United States Attorney
World Trade Center, Suite 8000
Norfolk, Virginia 23510
(757) 441-6331

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   2:19cr47

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

☒ I returned the subpoena unexecuted because: *duplicate* _____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   11/04/2021

*Jennifer V Collins*
_____
Server's signature

*Jennifer V Collins, Special Agent*
_____
Printed name and title

*FBI, Chesapeake, VA*
_____
Server's address

Additional information regarding attempted service, etc:

ORIGINAL

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| United States of America | ) |
|---|---|
| v. | ) |
| David Alcorn, Aghee William Smith, II, Norma Coffin, and Thomas Barnett | ) |
| _Defendant_ | ) |

Case No.  2:19cr47

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: *Andrea Tottossy*

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Walter E. Hoffmman U.S. Courthouse 600 Granby Street Norfolk, VA 23510 | Courtroom No.: | 4 |
|---|---|---|---|
| | | Date and Time: | 11/16/2021 10:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

*(SEAL)*

Date: ___10/05/2021___

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* ___U.S.A___
_____ , who requests this subpoena, are:

Melissa E. O'Boyle
Elizabeth M. Yusi
Andrew C. Bossi
Assistant United States Attorneys
Office of the United States Attorney
World Trade Center, Suite 8000
Norfolk, Virginia 23510
(757) 441-6331

ORIGINAL

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   2:19cr47

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)*  *Andrea Tottossy*

was received by me on *(date)* _____ .

☒ I served the subpoena by delivering a copy to the named person as follows:  *Via email*

_____ on *(date)*  10/28/2021  ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00 .

I declare under penalty of perjury that this information is true.

Date:  10/28/2021

*Jennifer V Collins*
Server's signature

*Jennifer V Collins, Special Agent*
Printed name and title

*FBI, Chesapeake, VA*
Server's address

Additional information regarding attempted service, etc: